TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
BRADLEY K. KING, SBN 274399
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
1016 Palm Ave.
West Hollywood, California 90069
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiff
ABDUL KADIR MOHAMED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendants | Case No. 14-5200<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF, PER LOCAL RULE 3-15**<br><br>JURY TRIAL DEMANDED |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  November 24, 2014

Respectfully submitted,
**AHDOOT & WOLFSON, PC**

_____
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Bradley K. King
16 Palm Ave.,
West Hollywood, California 90069
Tel: 310-474-9111
Facsimile: 310-474-8585

Counsel for Plaintiff
ABDUL KADIR MOHAMED