TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Ave.
West Hollywood, California 90069
Tel: 310-474-9111; Fax: 310-474-8585

Attorneys for Plaintiff
ABDUL KADIR MOHAMED

SEYFARTH SHAW LLP
Pamela Q. Devata
pdevata@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:	(312) 460-5000
Facsimile:	(312) 460-7000

SEYFARTH SHAW LLP
Timothy L. Hix (SBN 184372)
thix@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone:	(213) 270-9600
Facsimile:	(213) 270-9601

SEYFARTH SHAW LLP
Sarah K. Hamilton (SBN 238819)
shamilton@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:	(415) 397-2823
Facsimile:	(415) 397-8549

Attorneys for Defendant
HIREASE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v. | Case No. 3:14-CV-05200-MEJ  EMC<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Judge:    Maria-Elena James |

1

| | |
|---|---|
| UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>           Defendants. | Date Action Filed:  November 24, 2014 |

   Pursuant to Federal Rule of Civil Procedure 12 and Local Rule 6-1(a), Plaintiff Abdul Kadir Mohamed ("Plaintiff") and Defendant Hirease, LLC ("Defendant") hereby stipulate to extend the time within which Defendant has to answer or otherwise respond to the Complaint.

   Plaintiff filed the Complaint in this action on November 24, 2014, and Defendant was served with the Complaint and Summons on December 10, 2014.  With this Stipulation, Defendant's deadline for answering or otherwise responding to the Complaint is extended to February 16, 2015.

   The parties respectfully submit this Stipulation to the Court pursuant to Local Rule 6-1(a).

DATED: January 26, 2015                    Respectfully submitted,

                                           SEYFARTH SHAW LLP

```
IT IS SO ORDERED. Case Number should
be changed to C14-5200 EMC.
```

_____
Edward M. Chen
U.S. District Judge

                                           By: */s/ Timothy Hix*
                                              Pamela Q. Devata
                                              Timothy L. Hix
                                              Sarah K. Hamilton
                                              Attorneys for Defendant
                                              HIREASE, LLC

[Seal: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]

DATED: January 26, 2015                    Respectfully submitted,

                                           AHDOOT & WOLFSON, P.C.

                                           By: */s/ Tina Wolfson*
                                              Tina Wolfson
                                              Attorneys for Plaintiff
                                              ABDUL KADIR MOHAMED

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Timothy Hix, attest that concurrence in the filing of this document has been obtained from the signatory Tina Wolfson.

Executed this 26th day of January 2015 in Los Angeles, California.

By: */s/ Timothy Hix*
Timothy Hix