| | |
|---|---|
| 1 | JOHN C. FISH, Jr., Bar No. 160620<br>jfish@littler.com |
| 2 | ROD M. FLIEGEL, Bar No. 168289<br>rfliegel@littler.com |
| 3 | ANDREW M. SPURCHISE, Bar No. 245998<br>aspurchise@littler.com |
| 4 | LITTLER MENDELSON, P.C.<br>650 California Street |
| 5 | 20th Floor<br>San Francisco, California 94108.2693 |
| 6 | Telephone:  415.433.1940<br>Facsimile:  415.399.8490 |
| 7 | |
| 8 | Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC |
| 9 | |
| 10 | TINA WOLFSON, Bar No. 174806<br>twolfson@ahdootwolfson.com |
| 11 | ROBERT AHDOOT, Bar No. 172098<br>rahdoot@ahdootwolfson.com |
| 12 | THEODORE W. MAYA, Bar No. 223242<br>tmaya@ahdootwolfson.com |
| 13 | BRADLEY K. KING, Bar No. 274399<br>bking@ahdootwolfson.com |
| 14 | AHDOOT & WOLFSON, PC<br>16 Palm Ave.<br>West Hollywood, CA  90069 |
| 15 | Telephone: 310.474.9111 |
| 16 | Attorneys for Plaintiff Abdul Kadir Mohamed |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL KADIR MOHAMED,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>    Defendant | Case No.  CV 14-5200 EMC<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT TO FEBRUARY 6, 2015 ON BEHALF OF DEFENDANTS UBER TECHNOLOGIES, INC. AND RAISER, LLC** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

CASE NO. 14-5200-EMC

1 | DEFENDANTS UBER TECHNOLOGIES, INC. ("UBER"), RAISER, LLC ("RAISER"),
2 | AND PLAINTIFF HEREBY STIPULATE AS FOLLOWS:

3 | 1. The deadline for Defendants Uber and Rasier to answer, move, or otherwise respond to the Complaint in the above-entitled action serviced on Uber on December 16, 2014 and on Rasier on December 9, 2014, shall be extended to **February 6, 2015**, the Court permitting. The parties are requesting the extension of time to answer, move, or otherwise respond to afford the parties additional time to meet and confer regarding a proposed consolidated and modified briefing schedule, in light of Uber's motion to compel arbitration in the related case of *Gillette v. Uber Technologies, Inc.*, Case No. 3:14-cv-05241, and Defendants' anticipated motion to compel arbitration in the captioned matter. On December 18, 2014, Uber and Rasier requested that the deadline be extended until January 30, 2015, which the Court previously granted. The instant extension is only for an additional week period, and therefore the requested modification would not interfere with the Court's schedule of this case. The case management conference in this matter will not take place until March 12, 2015. (Dkt. No. 17.)

IT IS SO STIPULATED.

Dated: January 30, 2015

/s/ Rod M. Fliegel
Rod M. Fliegel
LITTLER MENDELSON, P.C.
Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

Dated: January 30, 2015

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

/s/ Tina Wolfson
Tina Wolfson
AHDOOT & WOLFSON, PC
Attorneys for Plaintiff Abdul Kadir Mohamed

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT | 1. | CASE NO. 14-5200-EMC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940