TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
BRADLEY K. KING, SBN 274399
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
1016 Palm Ave.
West Hollywood, California 90069
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiff
ABDUL KADIR MOHAMED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendants | Case No. 14-5200-EMC<br><br>**STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE ON HIREASE'S JOINDER IN MOTION TO COMPEL ARBITRATION**<br><br>JURY TRIAL DEMANDED |

1     WHEREAS, Defendants Uber Technologies, Inc. and Rasier, LLC filed a motion to compel arbitration in this action on February 6, 2015 (Docket No. 28, the "Motion");

    WHEREAS, on February 9, 2015, this Court entered a stipulated Order that, *inter alia*, set a consolidated briefing schedule governing briefing on the Motion (Docket No. 29);

    WHEREAS, on February 13, 2015, Defendant Hirease, LLC ("Hirease"), filed a Joinder in the Motion (Docket No. 32, the "Joinder"); and

    WHEREAS, Plaintiff and Hirease wish to clarify and confirm their mutual understanding that the same briefing schedule governing the Motion applies to the Joinder in that Motion;

    NOW THEREFORE, Plaintiff and Hirease stipulate and request as follows:

    That the Court enter an Order confirming that any opposition and reply concerning the Joinder shall follow the same consolidated briefing schedule entered by the Court with respect to the Motion. Specifically, Plaintiff's Opposition to the Motion (and the Joinder) is due March 5, 2015, and any reply in support of the Motion (and the Joinder) is due March 20, 2015.

**SO STIPULATED**

Dated: February 25, 2015                   **AHDOOT & WOLFSON, PC**

                                                /s/ Theodore W. Maya
                                        Tina Wolfson
                                        Robert Ahdoot
                                        Theodore W. Maya
                                        Bradley K. King
                                        16 Palm Ave.,
                                        West Hollywood, California 90069
                                        Tel: 310-474-9111
                                        Facsimile: 310-474-8585

                                        Counsel for Plaintiff
                                        ABDUL KADIR MOHAMED

| | | |
|---|---|---|
| 1 | Dated: February 26, 2015 | **P. K. SCHRIEFFER LLP** |
| 2 | | |
| 3 | | By: _/signature/_<br>Paul K. Schrieffer, Esq. |
| 4 | | Mitchell J. Freedman, Esq.<br>Attorneys for Defendant, Hirease, LLC |
| 5 | Dated: February 26, 2015 | SEYFARTH SHAW LLP |
| 6 | | |
| 7 | | By: _/s/_<br>Sarah K. Hamilton, Esq. |
| 8 | | Attorneys for Defendant, Hirease, LLC |

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: February 25, 2015        /s/ Theodore W. Maya
                                 Theodore W. Maya

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 3rd day of ~~February~~ March 2015.

IT IS SO ORDERED

_/signature/_ M. CHEN
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA