1   JOHN C. FISH, Jr., Bar No. 160620
    jfish@littler.com
2   ROD M. FLIEGEL, Bar No. 168289
    rfliegel@littler.com
3   ANDREW M. SPURCHISE, Bar No. 245998
    aspurchise@littler.com
4   LITTLER MENDELSON, P.C.
    650 California Street
5   20th Floor
    San Francisco, California  94108.2693
6   Telephone:     415.433.1940
    Facsimile:     415.399.8490
7
    Attorneys for Defendant
8   UBER TECHNOLOGIES, INC. AND RASIER,
    LLC
9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12   ABDUL KADIR MOHAMED,                    Case No. 3:14-cv-05200-EMC
     individually and on behalf of all others
     similarly-situated,                     **SUPPLEMENTAL DECLARATION OF**
13                                           **MICHAEL COLMAN IN SUPPORT OF**
                         Plaintiff,          **DEFENDANT'S MOTION TO COMPEL**
14                                           **ARBITRATION**
          v.
15                                           Date: April 14, 2015
     UBER TECHNOLOGIES, INC., RASIER,        Time: 1:30 p.m.
16   LLC, HIREASE, LLC and DOES 1-50,        Ctrm.: 5, 17th Floor

17                        Defendants.

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

SUPPLEMENTAL DEC OF MICHAEL            CASE NO. 3:14-CV-05241 EMC /
COLMAN ISO MOTION TO COMPEL           CASE NO. 3:14-cv-05200-EMC
ARBITRATION

I, Michael Colman, hereby declare and state:

1.  The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2.  I am currently employed as an Operations Specialist for Uber Technologies, Inc. ("Uber"), and I work out of Uber's San Francisco location. I have been employed by Uber since October 2011, and have worked as an Operations Specialist since February 2013. In that role, I consult with operations teams throughout the State of California regarding nearly every facet of Uber's operations and I have comprehensive personal knowledge of Uber's business model.

3.  All drivers who sign up to use the Uber app are given access to an online driver portal. The driver portal stores information (particular to each driver) regarding the services provided by that driver through Uber's various platforms. The driver portal also includes access to the applicable contracts entered into by any given driver. For example, drivers who use the uberX platform to book passengers are able to access their portal and review the operative Rasier Agreement. Likewise, drivers who use the UberBLACK platform to book passengers are able to access and view the operative Software License & Online Services Agreement ("Licensing Agreement") as well as the Driver Addendum.

4.  The driver portal is accessible online to the drivers at all times. They may access the information by logging into their Uber account through using the internet on a computer, tablet, smartphone or similar device.

5.  In the past year alone, in California, several thousand drivers have used the Uber app to book passengers.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

SUPPLEMENTAL DEC OF MICHAEL
COLMAN ISO MOTION TO COMPEL
ARBITRATION

1.

CASE NO. 3:14-CV-05241 EMC /
CASE NO. 3:14-cv-05200-EMC

1

2       I declare under penalty of perjury pursuant to the laws of the State of California that the

3 foregoing is true and correct.

4       Executed at San Francisco, California, this 20th day of March, 2015.

5

6

7                                 MICHAEL COLMAN

8

Firmwide:132418896.1 073208.1047

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

SUPPLEMENTAL DEC OF MICHAEL
COLMAN ISO MOTION TO COMPEL
ARBITRATION

2.

CASE NO. 3:14-CV-05241 EMC /
CASE NO. 3:14-cv-05200-EMC