JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-05200-EMC<br><br>**DECLARATION OF ANDREW M. SPURCHISE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint Filed: November 24, 2014<br><br>Trial Date: None set. |

SPURCHISE DECL ISO DEFS' ADMIN MOTION TO CHANGE CMC/RELATED DEADLINES

CASE NO. 3:14-CV-05200 EMC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

PAUL K. SCHRIEFFER, Bar No. 151358
pks@pksllp.com
MITCHELL J. FREEDMAN, Bar No. 105757
mjf@pksllp.com
P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403

Attorneys for Defendant
HIREASE, LLC

SARAH K. HAMILTON, Bar No. 238819
shamilton@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
HIREASE, LLC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

SPURCHISE DECL ISO DEFS' ADMIN
MOTION TO CHANGE CMC/RELATED
DEADLINES

CASE NO. 3:14-CV-05200 EMC

I, Andrew M. Spurchise, hereby declare and state:

1. I am an attorney licensed to practice before this court. I am a shareholder in the law firm of Littler Mendelson P.C., counsel for Defendants Uber Technologies, Inc. and Rasier, LLC in the above-referenced matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness could competently testify thereto.

2. On March 24, 2015, counsel for the parties, along with counsel for Plaintiff in the related action *Gillette v. Uber Technologies, Inc.* ("Gillette"), Case No. 14-05241, conducted a telephone conference to discuss discovery Plaintiff had served, prior to the time permitted by FRCP 26(d), related to arbitration issues. Plaintiff's counsel took the position that the Rule 26(f) conference should also proceed at that time based on the deadlines then in place. During the call, and in email correspondence leading up to the telephone conference, counsel for all Defendants expressed their position that it was premature to conduct a Rule 26(f) conference based on the pending motions to compel arbitration. Counsel for Defendants inquired whether Plaintiff's counsel would be willing to stipulate to reset the case management conference, and related deadlines, to a date following the Court's order on the motions to compel arbitration. Plaintiff's counsel declined to stipulate and proceeded to present Plaintiff's position on the topics outlined in Rule 26(f). During this call, the parties were not able to come to agreement on any substantial case management issues, or whether a Rule 26(f) conference was even appropriate, because of their divergent views on whether the case will proceed in Court or in arbitration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2015

                                                                  /s/ *Andrew M. Spurchise*
                                                                   ANDREW M. SPURCHISE

Firmwide:132640552.1 073208.1046

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

SPURCHISE DECL ISO DEFS' ADMIN MOTION TO CHANGE CMC/RELATED DEADLINES      1.      CASE NO. 3:14-CV-05200 EMC