1   JOHN C. FISH, Jr., Bar No. 160620
    jfish@littler.com
2   ROD M. FLIEGEL, Bar No. 168289
    rfliegel@littler.com
3   ANDREW M. SPURCHISE, Bar No. 245998
    aspurchise@littler.com
4   LITTLER MENDELSON, P.C.
    650 California Street, 20th Floor
5   San Francisco, California  94108.2693
    Telephone:    415.433.1940
6   Facsimile:    415.399.8490

7   Attorneys for Defendants
    UBER TECHNOLOGIES, INC. AND RASIER,
8   LLC

9
    [ADDITIONAL COUNSEL ON FOLLOWING
10  PAGE]

11                UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13  ABDUL KADIR MOHAMED,                    Case No. 3:14-cv-05200-EMC
    individually and on behalf of all others
14  similarly-situated,                     [PROPOSED] ORDER GRANTING
                                            DEFENDANTS' ADMINISTRATIVE
15                     Plaintiff,           MOTION TO CHANGE TIME OF CASE
                                            MANAGEMENT CONFERENCE AND
16           v.                             RELATED DEADLINES

17  UBER TECHNOLOGIES, INC., RASIER,
    LLC, HIREASE, LLC and DOES 1-50,
18                                          Complaint Filed:  November 24, 2014
                       Defendants.
19                                          Trial Date:  None set.

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFS'
ADMIN MOTION TO CHANGE                              CASE NO. 3:14-CV-05200 EMC
CMC/RELATED DEADLINES

PAUL K. SCHRIEFFER, Bar No. 151358
pks@pksllp.com
MITCHELL J. FREEDMAN, Bar No. 105757
mjf@pksllp.com
P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444
Facsimile:  (626) 974-8403

Attorneys for Defendant
HIREASE, LLC

SARAH K. HAMILTON, Bar No. 238819
shamilton@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
HIREASE, LLC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFS'
ADMIN MOTION TO CHANGE
CMC/RELATED DEADLINES

CASE NO.: 3:14-CV-05200 EMC

1       On March 31, 2015, Defendants Uber Technologies, Inc., Rasier, LLC and Hirease, LLC

2  filed a joint motion for administrative relief, requesting that the Court vacate the April 14, 2015 case

3  management conference as well as all related case management deadlines pending the outcome of

4  the motions to compel arbitration.   Defendants requested that the Court reset the initial case

5  management conference and related dates for dates following issuance of the Court's order on the

6  motions to compel.

7       The Court, having considered the motion, and having considered the opposition (if any)

8  submitted by Plaintiff, and good cause appearing therefore, the Court hereby grants Defendants'

9  motion and orders as follows:

10       The case management conference currently set for April 14, 2015, as well as the case

11  management and discovery deadlines based on said date are hereby vacated.   The Court will reset

12  the case management conference to a date after the Court's issuance of a ruling on the motion to

13  compel arbitration, with the associated case management and discovery deadlines to be based on the

14  new case management conference date.

16  **IT IS SO ORDERED.**

18  Dated: _____, 2015     _____

19                            HON. EDWARD M. CHEN
                                UNITED STATES DIST. COURT JUDGE

Firmwide:132638490.1 073208.1046

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFS'
ADMIN MOTION TO CHANGE     1.     CASE NO. 3:14-CV-05200 EMC
CMC/RELATED DEADLINES