1  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
2  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
3  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:   415.433.1940
   Facsimile:   415.399.8490
7
   Attorneys for Defendants
8  UBER TECHNOLOGIES, INC. AND RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendant | Case No.  CV 14-5200 EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING MOTIONS TO COMPEL ARBITRATION HEARING DATE**<br><br>**Civil Local Rule 6-2**<br><br>Complaint Filed:  November 24, 2014<br><br>Trial Date:  None set. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED]
ORDER CHANGING MOTION TO COMPEL
ARBITRATION HEARING DATE

CASE NO. 14-5200-EMC

Pursuant to Civil Local Rule 6-2, Defendants Uber Technologies, Inc. ("Uber"), Rasier, LLC ("Rasier"), Hirease, LLC ("Hirease") and Plaintiff Abdul Kadir Mohamed (collectively "Parties") hereby stipulate to and request that the Court continue the hearing date for the motions to compel arbitration filed by Defendants Uber and Rasier and Defendant Hirease from April 14, 2015 at 10:30 am to May 14, 2015 at 1:30 pm.

This change in time is requested because the client representative for Defendants Uber and Rasier will be out of the country on business on April 14, 2015 and will be unable to attend the hearing as currently scheduled. Counsel for Defendants Uber and Rasier therefore requested a stipulation from counsel for Plaintiff and Defendant Hirease to continue the hearing date on the motions to compel arbitration. All counsel agreed to request a continuance of the hearing date for the motions to compel arbitration and the next available date that worked for all parties and the Court is May 7, 2015.

This request is not made for purposes of unnecessary delay, and none of the Parties will be prejudiced by the granting of this request. The Parties have previously stipulated to several time modifications. On December 18, 2014 and January 30, 2015, Plaintiff and Defendants Uber and Rasier stipulated to extend the time to file a responsive pleading for Defendants Uber and Rasier. On January 26, 2015, Plaintiff and Defendant Hirease stipulated to extend the time for Hirease to file a responsive pleading. On February 5, 2015, in conjunction with the parties in the related action *Gillette v. Uber Technologies, Inc.*, Case No. 14-05241("*Gillette*"), Plaintiff and Defendants Uber and Rasier stipulated to a consolidated briefing schedule regarding the motions to compel arbitration in *Gillette* and the instant action and requested that the Court continue the March 12, 2015 case management conference and associated case management deadlines in order to accommodate the consolidated briefing schedule.

This stipulated request will create only a slight delay with respect to the hearing date on the motions to compel arbitration.

IT IS SO STIPULATED.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING MOTION TO COMPEL ARBITRATION HEARING DATE

1.

CASE NO. 14-5200-EMC

Dated: March 31, 2015

/s/ *Andrew M. Spurchise*
Andrew M. Spurchise
LITTLER MENDELSON, P.C.
Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

Dated: March 31, 2015

/s/*Theodore Maya*
Theodore Maya
AHDOOT & WOLFSON, PC
Attorneys for Plaintiff Abdul Kadir Mohamed

Dated: March 31, 2015

/s/*Mitchell J. Freedman*
Paul K. Schrieffer
Mitchell J. Freedman
P.K. SCHRIEFFER LLP
Attorneys for Defendant Hirease, LLC

Dated: March 31, 2015

/s/*Sarah K. Hamilton*
Sarah K. Hamilton
SEYFARTH SHAW LLP
Attorneys for Defendant Hirease, LLC

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: March 31, 2015                              /s/ *Andrew M. Spurchise*

                                                   ANDREW M. SPURCHISE

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING MOTION TO COMPEL ARBITRATION HEARING DATE           2.           CASE NO. 14-5200-EMC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED: The motion hearing is reset for 5/14/15 at 1:30 p.m. |
| 2 | |
| 3 | Dated: 4/1 , 2015 |

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

M. CHEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:132624593.1 073208.1046

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING MOTION TO COMPEL ARBITRATION HEARING DATE

3.

CASE NO. 14-5200-EMC