UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, *et al.* <br><br> Defendants. | No. C-14-05200 EMC <br><br> **ORDER DENYING DEFENDANTS' MOTION TO CHANGE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> **(Docket No. 41)** |

On March 31, 2015, Defendants Uber Technologies, Inc., Rasier, LLC, and Hirease, LLC (collectively, Defendants) filed an administrative motion to postpone the case management conference and related deadlines in this case until after this Court rules on Defendants' currently pending motion to compel arbitration. Docket No. 41. Plaintiffs opposed the motion on April 3, 2015. Docket No. 44.

The Court **DENIES** Defendants' motion. The Court hereby reschedules the case management conference to 1:30 p.m. on May 14, 2015. A joint CMC statement shall be filed no later than May 7, 2015. All other case management deadlines, including initial disclosure deadlines, remain unchanged.

///

///

Defendants shall make initial disclosures consistent with the compromise positions laid out in Plaintiff's opposition brief (*e.g.*, initial disclosures shall be made for Plaintiffs' individual claims, but not for class claims).[1] *See* Docket No. 44.

This Order disposes of Docket No. 41

**IT IS SO ORDERED**.


Dated: April 3, 2015

_____
EDWARD M. CHEN
United States District Judge

---

[1] Counsel for Defendants are advised that this Court expects attorneys to meet and confer in good faith and otherwise take reasonable steps to resolve disputes amicably without Court intervention. *See generally* N.D. Cal. Local Rule 11-4.

2