UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABDUL KADIR MOHAMED
        Plaintiff(s),

v.

UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC
        Defendant(s).
_____/

CASE NO. 3:14-cv-05200-EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 14, 2015

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Rod Fliegel | Defendants (Uber/Rasier) | 415.439.6253 | rfliegel@littler.com |
| Mitchell Freedman | Defendant (Hirease) | 626.373.2444 | mjf@pksllp.com |
| Theodore Maya | Plaintiff | 310-474-9111 | tmaya@ahdootwolfson.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/10/15

/s/ Theodore Maya
Attorney for Plaintiff
/s/ Rod Fliegel (Uber/Rasier)
/s/ Mitchell Freedman (Hirease)

Dated: 4/10/15

Attorney for Defendant