**P.K. SCHRIEFFER LLP**
Paul K. Schrieffer, Esq.  (CSB#151358)
E-Mail: pks@pksllp.com
Mitchell J. Freedman, Esq.  (CSB#105757)
E-Mail: mjf@pksllp.com
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444/Facsimile:  (626) 974-8403

**SEYFARTH SHAW LLP**
Pamela Q. Devata, Esq. (pro hac pending)
Email: pdevata@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000/Facsimile: (312) 460-7000

**SEYFARTH SHAW LLP**
Sarah K. Hamilton, Esq. (CSB 238819)
Email: shamilton@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823/Facsimile: (415) 397-8549

Attorneys for Defendant, Hirease, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC. and DOES 1 TO 50, INCLUSIVE,<br><br>Defendants. | Case No.:  3:14-cv-05200-EMC<br><br>**DEFENDANT HIREASE, LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PER LOCAL RULE 3-15 AND RULE 7.1 DISCLOSURE** |

1

**DEFENDANT HIREASE, LLC'S CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS PER LOCAL RULE 3-15 AND RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant discloses that Accurate Background LLC is a parent corporation of Hirease, LLC and no publicly held corporation owns 10% or more of Hirease, LLC's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Hirease, LLC;
2. Accurate Background, LLC;
3. Dickerson Family Holdings, Inc.;
4. Abdul Kadir Mohamed;
5. Uber Technologies, Inc., and
6. Rasier, LLC.

Dated: April 13, 2015

P. K. SCHRIEFFER LLP

By: _____
Paul K. Schrieffer, Esq.
Mitchell J. Freedman, Esq.
Attorneys for Defendant, Hirease, LLC