1  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
2  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
3  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
5  San Francisco, California 94108.2693
   Telephone:   415.433.1940
6  Facsimile:   415.399.8490

7  Attorneys for Defendants
   UBER TECHNOLOGIES, INC. AND RASIER,
8  LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-05200-EMC<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: November 24, 2014<br><br>Trial Date: None set. |
|---|---|

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

DEFS UBER/RASIER'S CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS

CASE NO. 3:14-CV-05200 EMC

Pursuant to Civil L.R. 3-15, the undersigned certifies that, other than the named parties to this action, there are no persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

Dated: April 21, 2015

/s/ *Andrew M. Spurchise*
Andrew M. Spurchise
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND
RASIER, LLC

Firmwide:133013384.1 073208.1046

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

DEFS UBER/RASIER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS — 1. — CASE NO. 3:14-CV-05200 EMC