JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-05200-EMC<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: November 24, 2014<br><br>Trial Date: None set. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

DEFS UBER/RASIER'S CORPORATE DISCLOSURE STATEMENT

CASE NO. 3:14-CV-05200 EMC

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Uber Technologies, Inc. and Rasier, LLC make the following corporate disclosures: Uber Technologies, Inc. is a privately held corporation. It is not a subsidiary of any entity, and no publicly held corporation owns ten percent or more of its stock. Rasier, LLC is a wholly owned subsidiary of Uber Technologies, Inc.

Dated: April 21, 2015

/s/ *Andrew M. Spurchise*
Andrew M. Spurchise
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND
RASIER, LLC

Firmwide:133013576.1 073208.1046

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

DEFS UBER/RASIER'S CORPORATE DISCLOSURE STATEMENT — 1. — CASE NO. 3:14-CV-05200 EMC