Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:    (510) 763-9800
Fax:    (510) 835-1417

Oren Sellstrom (SBN 161074)
osellstrom@lccr.com
Meredith Desautels (SBN 259725)
mdesautels@lccr.com
LAWYERS' COMMITTEE FOR CIVIL
  RIGHTS OF THE SAN FRANCISCO
  BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Tel:    (415) 543-9444
Fax:    (415) 543-0296

Attorneys for Plaintiff Gillette and the Putative Class

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, CA  90069
Tel:    (310) 474-9111
Fax:    (310) 474-8585

Counsel for Plaintiff Abdul Kadir Mohamed and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually, and on behalf of all others similarly-situated,<br><br>    Plaintiff,<br>vs.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>    Defendants. | Case No.: 3:14-5200-EMC<br>Case No.: 3:14-cv-05241-EMC<br><br>**SUPPLEMENTAL DECLARATION OF THEODORE MAYA IN SUPPORT OF CONSOLIDATED OPPOSITION TO MOTION TO COMPEL ARBITRATION** |
| RONALD GILLETTE, individually, and on behalf of all others similarly-situated,<br><br>    Plaintiffs,<br>vs.<br><br>UBER TECHNOLOGIES, INC., a California corporation, and DOES 1-20, inclusive<br><br>    Defendants. | Hon. Edward M. Chen<br>Date: April 14, 2015<br>Time: 10:30 a.m.<br>Courtroom: 5, 17th Floor |

I, Theodore Maya, declare as follows:

1. I am an attorney licensed to practice in the courts of the State of California and in the United States District Court for the Northern District of California and a member of the law firm of Ahdoot & Wolfson, PC ("AW"), counsel for Plaintiff Abdul Kadir Mohamed in the above-entitled action. The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true.  If called upon as a witness, I could and would competently testify to these facts.

2. I submit this Supplemental Declaration in support of Plaintiffs' Consolidated Opposition to Defendants' Motion to Compel Arbitration in the above-entitled actions and, in particular, in response to the Supplemental Declaration of Michael Colman in support of Defendants' Motion to Compel Arbitration, in which Mr. Colman declares that: "The driver portal also includes access to the applicable contracts entered into by any given driver," and that "drivers who use the UberBLACK platform to book passengers are able to access and view the operative Software License & Online Services Agreement ('Licensing Agreement') as well as the Driver Addendum." (Case No. 14-cv-05200-EMC, Docket 40-1 at ¶ 3.)

3. On March 16, 2015, an Uber driver who currently works as an Uber X driver and previously worked as an Uber Black driver (until 2014), logged on to Uber's website using his driver credentials, using my office computer.  Together, we searched the website for the Licensing Agreement and/or the Driver Addendum, which include the arbitration agreements on which Defendants base their motion to compel arbitration in this action.

4. Attached hereto as **Exhibit A** is a true and correct copy of screenshots I captured at this time, showing that neither the Licensing Agreement nor the Driver Addendum are available through the driver portal, as Mr. Colman declares, at least for this Uber driver.  I redacted driver's license numbers and contact information out of privacy concerns.

5. The last page of Exhibit A does include links to several agreements, each of which I reviewed, and none of which were the Licensing Agreement or Driver Addendum currently at issue in this case.  And, as shown in my earlier Declaration in Support of Plaintiffs' Consolidated Opposition to Motion to Compel Arbitration, neither the Licensing Agreement nor the Driver Addendum are

available to drivers through the Uber App. (Case No. 14-cv-05200-EMC, Docket 37-2 at ¶¶ 8-9 & Exh. E.)

I declare under the penalty of perjury on the 1st day of May, 2015, that the foregoing is true and correct.

_____
Theodore Maya

# Exhibit A



**agreement**

No results for "agreement"



### ACCOUNT

**GENERAL ISSUES**

Update my profile information

Reset my password

Confirm my mobile number

Use a Google Voice number (US only)

Purchase a gift card (US only)

My account is suspended

I'm not receiving emails from Uber

**LINKING ACCOUNTS**

Linking my AmEx Membership Rewards account

Linking my Spotify account

Linking my Starwood SPG account

Linking my Concur account





