1  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
2  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
3  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendants
8  UBER TECHNOLOGIES, INC. AND RASIER, LLC

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-05200-EMC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL DECLARATION OF THEODORE MAYA**<br><br>Date: May 14, 2015<br>Time: 1:30 p.m.<br>Ctrm.: 5, 17th Floor |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

DEFS' RESPONSE TO SUPPLEMENTAL
DECL OF THEODORE MAYA

CASE NO. 3:14-CV-05241 EMC /
CASE NO. 3:14-cv-05200-EMC

Defendants Uber Technologies, Inc. and Rasier, LLC ("Defendants") hereby submit this Response to Plaintiffs' Supplemental Declaration of Theodore Maya in Support of Consolidated Opposition to Motion to Compel Arbitration, filed on May 1, 2015.

On March 20, 2015 Defendants filed their Reply brief and the Supplemental Declaration of Michael Colman ("Colman Declaration") in support of Defendants' Motion to Compel Arbitration. Plaintiff's May 1, 2015 Supplemental Declaration purports to contradict the Colman Declaration. However, Local Rule 7-3(d) of the United States District Court for the Northern District of California provides that "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval . . ."; see also *Michael Taylor Designs, Inc. v. Travelers Prop. Cas. Co. of Am.*, 761 F. Supp. 2d 904, 909 (N.D. Cal. 2011) (party seeking to submit additional material under Local Rule 7-3(d) should bring an administrative motion). It is Defendants' understanding that the Court did not grant Plaintiffs' leave to file the Supplemental Declaration. In light of the foregoing, Plaintiffs' Supplemental Declaration is procedurally improper and should be disregarded.

If the Court is nevertheless inclined to consider Plaintiffs' supplementary material, Defendants respectfully request that the Court also consider the Second Supplemental Declaration of Michael Colman filed herewith. Defendants submit the Second Supplemental Declaration of Michael Colman to complete the record.

Dated: May 8, 2015

/s/Andrew M. Spurchise
JOHN C. FISH, Jr.
ROD M. FLIEGEL
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND
RASIER, LLC

Firmwide:133395837.1 073208.1046

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

DEFS' RESPONSE TO SUPPLEMENTAL DECL OF THEODORE MAYA   1.   CASE NO. 3:14-CV-05241 EMC / CASE NO. 3:14-cv-05200-EMC