1  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
2  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
3  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California 94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendant
8  UBER TECHNOLOGIES, INC. AND RASIER,
   LLC
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
12  ABDUL KADIR MOHAMED,              Case No. 3:14-cv-05200-EMC
    individually and on behalf of all others
    similarly-situated,               **SECOND SUPPLEMENTAL**
13                                     **DECLARATION OF MICHAEL COLMAN**
                                       **IN SUPPORT OF DEFENDANTS'**
14           Plaintiff,                **MOTION TO COMPEL ARBITRATION**

15      v.                             Date: May 14, 2015
                                       Time: 1:30 p.m.
16  UBER TECHNOLOGIES, INC., RASIER,   Ctrm.: 5, 17th Floor
    LLC, HIREASE, LLC and DOES 1-50,
17
             Defendants.
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

SECOND SUPPLEMENTAL DEC OF                    CASE NO. 3:14-CV-05241 EMC /
MICHAEL COLMAN ISO MOTION TO                  CASE NO. 3:14-cv-05200-EMC
COMPEL ARBITRATION

1

2      I, Michael Colman, hereby declare and state:

3      1.  The information set forth herein is true and correct of my own personal knowledge (unless

4   otherwise stated) and if asked to testify thereto, I would do so competently.

5      2.  I am currently employed as an Operations Specialist for Uber Technologies, Inc. ("Uber"),

6   and I work out of Uber's San Francisco location.  I have been employed by Uber since October

7   2011, and have worked as an Operations Specialist since February 2013.  In that role, I consult with

8   operations teams throughout the State of California regarding nearly every facet of Uber's operations

9   and I have comprehensive personal knowledge of Uber's business model.

10     3.  In June 2014, Uber rolled out updated versions of the Software License & Online Services

11  Agreement, for drivers who use the uberX (Rasier Agreement) and Uber BLACK (Licensing

12  Agreement) platform to book passengers.

13     4.  All drivers who sign up to use the Uber app are given access to an online driver portal.  The

14  driver portal stores information (particular to each driver) regarding the services provided by that

15  driver through Uber's various platforms.  Prior to the June 2014 contract roll out, a driver's then-

16  current contracts were accessible for review via his or her online driver portal.

17     5.  On or about the time of the June 2014 roll out, a technical glitch in the system arose.  The

18  glitch caused any previously agreed to versions of the Licensing Agreement and Rasier Agreement

19  to automatically drop off the driver portals, leaving accessible solely the June 2014 Rasier

20  Agreement and the June 2014 Licensing Agreement.

21     6.  The elimination of links to prior agreements has not occurred with subsequent roll-outs.  In

22  other words, post-June 2014, links to view the June 2014 Rasier Agreement, the June 2014

23  Licensing Agreement, and all subsequently agreed to versions of either agreement are visible on the

24  driver portals.

25     7.  I have access to Uber's databases reflecting the dates and times the transportation providers

26  and drivers agreed to the Licensing Agreement and, if applicable, any Driver Addendum, or Rasier

27  Agreement, as well as any updates to those documents.  These databases are maintained in the

28  regular course of Uber's business and updated automatically as transportation providers and drivers

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

SECOND SUPPLEMENTAL DEC OF
MICHAEL COLMAN ISO MOTION TO
COMPEL ARBITRATION

1.

CASE NO. 3:14-CV-05241 EMC /
CASE NO. 3:14-cv-05200-EMC

1

2   agree to these documents. Specifically, an electronic receipt is generated at the time the

3   transportation provider or driver agrees to the documents.

4       8. According to Uber's records, Plaintiff Abdul Kadir Mohamed's ("Plaintiff") accepted the

5   Licensing Agreement and Driver Addendum on July 31, 2013 and another updated Licensing

6   Agreement and Driver Addendum on July 31, 2014, to use the Uber app to book passengers under

7   the UberBLACK platform. Plaintiff accepted the June 2014 Rasier Agreement on October 3, 2014,

8   to use the Uber app to book passengers under the UberX platform.

9       9. As Operations Specialist, I have access to the driver portals, which are maintained in the

10   regular course of Uber's business. On or about May 6, 2015, I accessed Plaintiff's uberX online

11   driver portal. A screenshot of Plaintiff's uberX driver portal is attached as Exhibit A. A link to view

12   the June 21, 2014 Rasier Agreement is visible under the "Contracts" section of the portal.

13      10. On or about May 8, 2015, I accessed Plaintiff's UberBLACK online driver portal. A

14   screenshot of Plaintiff's UberBLACK driver portal is attached as Exhibit B. A link to view the June

15   21, 2014 Licensing Agreement is visible under the "Contracts" section of the portal. Due to the roll

16   out glitch, links to the 2013 Licensing Agreement and Driver Addendum are not visible.

17      I declare under penalty of perjury pursuant to the laws of the State of California that the

18   foregoing is true and correct.

19

20   Executed at San Francisco, California, this 8th day of May, 2015.

21

22

23                         MICHAEL COLMAN

24

Firmwide:133388431.1 073208.1046

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

# Exhibit A



# Exhibit B

