United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, *et al.* | No. C-14-5200 EMC |
| Plaintiff, | No. C-14-5241 EMC |
| v. | |
| UBER TECHNOLOGIES, INC., *et al.*, | **SUPPLEMENTAL BRIEFING ORDER** |
| Defendants. / | |
| RONALD GILLETTE, *et al.* | |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, *et al.*, | |
| Defendants. / | |

In its consolidated reply brief, Uber argues that litigation of PAGA claims is as "time consuming, costly and procedurally complex" as litigating class actions. *See* Reply Br. at II.B.2. Plaintiffs are hereby directed to file a response to Uber's arguments contained in Section II.B.2.

///

///

///

Such response shall be filed no later than noon on Wednesday, May 13, 2015. The response shall not exceed five (5) pages of text.

IT IS SO ORDERED.

Dated: May 11, 2015

_____
EDWARD M. CHEN
United States District Judge