UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, *et al.* | No. C-14-5200 EMC |
| Plaintiff, | No. C-14-5241 EMC |
| v. | |
| UBER TECHNOLOGIES, INC., *et al.*, | **ORDER REGARDING ORAL ARGUMENT** |
| Defendants. | |
| RONALD GILLETTE, *et al.* | |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, *et al.*, | |
| Defendants. | |

The parties shall be prepared to discuss at oral argument on May 14, 2015, the California Supreme Court's opinion in *Gentry v. Superior Court*, 42 Cal App. 443 (2007), and specifically the Supreme Court's discussion of procedural unconscionability at Section II.B ("The Opt-out Provision and Procedural Unconscionability"). The parties shall also be prepared to address the discussions regarding the enforceability of delegation clauses under the "clear and unmistakable" test as discussed by:

///

///

(1) *Parada v. Superior Court*, 176 Cal. App. 4th 1554 (2009); (2) *Baker v. Osborne Development Corp.*, 159 Cal. App. 4th 884 (2008); and (3) *Hartley v. Superior Court*, 196 Cal. App. 4th 1249 (2011).

IT IS SO ORDERED.

Dated: May 12, 2015

_____
EDWARD M. CHEN
United States District Judge

2