# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 14, 2015  **Time:** 2:30-4:00  **Judge:** EDWARD M. CHEN

**Case No.**: 14-cv-05200-EMC  **Case Name:** Mohamed v. Uber, et al.
    and    14-cv-05241 EMC                   Gillette v. Uber, et al.

**Attorney for Plaintiff:** Tina Wolfson and Theodore Maya for Plaintiff Mohamed
                     Laura Ho and Andrew Lee for Plaintiff Gillette
                     Chris Morosoff and Doug Caiafa for Plaintiff in LA case

**Attorney for Defendant:** Mitchell Freeman and Sarah Hamilton for Defendant Hirease
                         Andrew Spurchise and Rod Fliegel for Defendants Uber, et al.

**Deputy Clerk:** Betty Lee  **Court Reporter:** Lydia Zinn

## PROCEEDINGS

DEFENDANTS' MOTION TO COMPEL ARBITRATION / CMC

## SUMMARY

Supplemental briefing (not to exceed 3 pages) shall be filed by 5/21/15.  Court will then take the matter under submission and to issue order.  Further CMC set for 8/6/15 at 1:30 p.m.  An updated joint CMC statement shall be filed by 7/30/15.