| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | LITTLER MENDELSON, P.C. |
| THEODORE J. BOUTROUS, JR., SBN 132099 | JOHN C. FISH, JR., SBN 160620 |
|    tboutrous@gibsondunn.com |    jfish@littler.com |
| DEBRA WONG YANG, SBN 123289 | ROD M. FLIEGEL, SBN 168289 |
|    dwongyang@gibsondunn.com |    rfliegel@littler.com |
| MARCELLUS A. MCRAE, SBN 140308 | ANDREW M. SPURCHISE, SBN 245998 |
|    mmcrae@gibsondunn.com |    aspurchise@littler.com |
| THEANE D. EVANGELIS, SBN 243570 | 650 California Street, 20th Floor |
|    tevangelis@gibsondunn.com | San Francisco, California 94108.2693 |
| DHANANJAY S. MANTHRIPRAGADA, SBN 254433 | Telephone: 415.433.1940 |
|    dmanthripragada@gibsondunn.com | Facsimile: 415.399.8490 |
| 333 South Grand Avenue | |
| Los Angeles, CA 90071-3197 | |
| Telephone: 213.229.7000 | |
| Facsimile: 213.229.7520 | |

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
   jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
   kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC and DOES 1-50,<br><br>            Defendants. | CASE NO.  3:14-cv-05200-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC**<br><br>Complaint Filed:  November 24, 2014<br>Trial Date:       None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorneys Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, Theane D. Evangelis, and Dhananjay S. Manthripragada of the law firm Gibson, Dunn & Crutcher LLP, 333 S. Grand Avenue, Los Angeles, California, 90071, and attorneys Joshua S. Lipshutz and Kevin J. Ring-Dowell of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, San Francisco, California, 94105, enter their appearances as further counsel of record, in addition to Littler Mendelson P.C., for Defendants Uber Technologies, Inc. and Rasier, LLC in the above-captioned matter.

Appearing counsel request that all papers in this action be served upon the undersigned at the address below.

```
Gibson, Dunn & Crutcher LLP
Theodore J. Boutrous, Jr.
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
Email:      tboutrous@gibsondunn.com

Gibson, Dunn & Crutcher LLP
Debra Wong Yang
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
Email:      dwongyang@gibsondunn.com

Gibson, Dunn & Crutcher LLP
Marcellus A. McRae
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
Email:      mmcrae@gibsondunn.com

Gibson, Dunn & Crutcher LLP
Theane D. Evangelis
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
Email:      tevangelis@gibsondunn.com
```

```
 1   Gibson, Dunn & Crutcher LLP
     Dhananjay S. Manthripragada
 2   333 South Grand Avenue
     Los Angeles, CA 90071-3197
 3   Telephone:  213.229.7000
     Facsimile:  213.229.7520
 4   Email:      dmanthripragada@gibsondunn.com
 5
     Gibson, Dunn & Crutcher LLP
 6   Joshua S. Lipshutz
     555 Mission Street, Suite 3000
 7   San Francisco, CA 94105-0921
     Telephone:  415.393.8200
 8   Facsimile:  415.393.8306
     Email:      jlipshutz@gibsondunn.com
 9
10   Gibson, Dunn & Crutcher LLP
     Kevin J. Ring-Dowell
11   555 Mission Street, Suite 3000
     San Francisco, CA 94105-0921
12   Telephone:  415.393.8200
     Facsimile:  415.393.8306
13   Email:      kringdowell@gibsondunn.com
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

| | | |
|---|---|---|
| 1 | DATED:  May 20, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | By:  /s/ |
| | | THEODORE J. BOUTROUS, JR. |
| 3 | DATED:  May 20, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| 4 | | |
| 5 | | By:  /s/ |
| | | DEBRA WONG YANG |
| 6 | DATED:  May 20, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| 7 | | By:  /s/ |
| | | MARCELLUS A. MCRAE |
| 8 | DATED:  May 20, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| 9 | | |
| 10 | | By:  /s/ |
| | | THEANE D. EVANGELIS |
| 11 | DATED:  May 20, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| 12 | | By:  /s/ |
| | | JOSHUA S. LIPSHUTZ |
| 13 | DATED:  May 20, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| 14 | | |
| 15 | | By:  /s/ |
| | | DHANANJAY S. MANTHRIPRAGADA |
| 16 | DATED:  May 20, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| 17 | | By:  /s/ |
| | | KEVIN J. RING-DOWELL |

Attorneys for UBER TECHNOLOGIES, INC. and RASIER, LLC

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Dhananjay S. Manthripragada, hereby attest that concurrence in the filing of this document has been obtained from Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, Theane D. Evangelis, Joshua S. Lipshutz, and Kevin J. Ring-Dowell.

DATED: May 20, 2015            GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
          DHANANJAY S. MANTHRIPRAGADA

Attorneys for UBER TECHNOLOGIES, INC. and RASIER, LLC

# DECLARATION OF SERVICE

I, Shailey Jain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On May 20, 2015, I served the within:

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on May 20, 2015. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on May 20, 2015, at San Francisco, California.

/s/
Shailey Jain