| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>　tboutrous@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>　dwongyang@gibsondunn.com<br>MARCELLUS A. MCRAE, SBN 140308<br>　mmcrae@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>　tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA,<br>SBN 254433<br>　dmanthripragada@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | LITTLER MENDELSON, P.C.<br>JOHN C. FISH, JR., SBN 160620<br>　jfish@littler.com<br>ROD M. FLIEGEL, SBN 168289<br>　rfliegel@littler.com<br>ANDREW M. SPURCHISE, SBN 245998<br>　aspurchise@littler.com<br>650 California Street, 20th Floor<br>San Francisco, California 94108.2693<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
　jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
　kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC and DOES 1-50,<br><br>　　　　　Defendants. | CASE NO.  3:14-cv-05200-EMC<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC**<br><br>Complaint Filed:  November 24, 2014<br>Trial Date:　　　None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that John C. Fish, Jr., Rod M. Fliegel, and Andrew M. Spurchise, attorneys of record for Defendants Uber Technologies, Inc. and Rasier, LLC, hereby associate Gibson, Dunn & Crutcher LLP attorneys Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, Theane D. Evangelis, Dhananjay S. Manthripragada, Joshua S. Lipshutz, and Kevin J. Ring-Dowell as co-counsel in this matter.  Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, Theane D. Evangelis, Dhananjay S. Manthripragada, Joshua S. Lipshutz, and Kevin J. Ring-Dowell are members of the Bar of this Court.

The office addresses, telephone numbers, fax numbers, and e-mail addresses of the associated counsel are as follows:

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.
    tboutrous@gibsondunn.com
DEBRA WONG YANG,
    dwongyang@gibsondunn.com
MARCELLUS A. MCRAE,
    mmcrae@gibsondunn.com
THEANE D. EVANGELIS,
    tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA
    dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ
    jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL
    kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Counsel requests that copies of all materials served in this action be served upon Gibson, Dunn & Crutcher LLP, in addition to being served upon Littler Mendelson, P.C.

DATED: May 20, 2015               LITTLER MENDELSON, P.C.

                                  By: _____/s/_____

                                  Andrew M. Spurchise
                                  Attorneys for Defendants
                                  UBER TECHNOLOGIES, INC. and
                                  RASIER, LLC

I accept the above association, on behalf of both myself and Gibson, Dunn & Crutcher LLP.

DATED: May 20, 2015               GIBSON, DUNN & CRUTCHER LLP

                                  By: _____/s/_____

                                  Theodore J. Boutrous, Jr.
                                  Attorneys for Defendants
                                  UBER TECHNOLOGIES, INC. and
                                  RASIER, LLC

**ATTESTATION:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

# DECLARATION OF SERVICE

I, Shailey Jain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On May 20, 2015, I served the within:

**NOTICE OF ASSOCIATION OF COUNSEL FOR**
**DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on May 20, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on May 20, 2015, at San Francisco, California.

/s/

Shailey Jain

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE