# P.K. S<u>CHRIEFFER</u> LLP

*Established in 1998*

| | | | |
|---|---|---|---|
| **Paul K. Schrieffer**<br>*Founding Partner*<br><br>**Mitchell J. Freedman+**<br>*Managing Partner*<br><br>**Donald S. Zalewski**<br>*Partner*<br><br>**Norma N. Schrieffer**<br>*Administrative Director* | ***Los Angeles***<br>100 N. Barranca Ave.<br>Suite 1100<br>West Covina, CA 91791<br>Phone 626.373.2444<br>Facsimile 626.974.8403 | ***San Diego***<br>402 W. Broadway Ave.<br>Suite 650<br>San Diego, CA 92101<br>Phone 619.321.6920<br>Facsimile 626.974.8403 | Rena M. Stone♦<br>Wayne H. Hammack♦<br>Tami Kay Lee *<br>James R. Carty °<br>Ellin J. Lee<br>Hernan L. Lacuesta<br>Kenneth A. Remson ^♦<br>Mark S. Julius<br>Jack D. Mantych<br>J. Michael Echevarria |

*Reply To*
Los Angeles Office
pks@pksllp.com
mjf@pksllp.com

\* Also admitted in NV
\+ Also admitted in AZ
° Also admitted in IL
^ Also admitted in HI
♦ Senior Counsel

May 21, 2015

Honorable Edward M. Chen, United States District Court Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Mohamed v. Uber Technologies, Inc., et al. (Case No. 3:14-cv-05200) and Gillette v. Uber Technologies, Inc. (Case No. 3:14-cv-05241)

To the Honorable Edward M. Chen:

    Defendant Hirease, Inc. hereby joins in the letter brief of Littler Mendelson, P.C., attorneys for Uber/Raiser dated May 21, 2015 and incorporates their letter by reference.

    Respectfully submitted,

**P.K. SCHRIEFFER LLP**

Paul K. Schrieffer
Mitchell J. Freedman