1   Laura L. Ho (SBN 173179)
    lho@gbdhlegal.com
2   Andrew P. Lee (SBN 245903)
    alee@gbdhlegal.com
3   GOLDSTEIN, BORGEN, DARDARIAN & HO
    300 Lakeside Drive, Suite 1000
4   Oakland, CA  94612
    Tel:    (510) 763-9800
5   Fax:    (510) 835-1417

6   Oren Sellstrom (SBN 161074)
    osellstrom@lccr.com
7   Meredith Desautels (SBN 259725)
    mdesautels@lccr.com
8   LAWYERS' COMMITTEE FOR CIVIL
       RIGHTS OF THE SAN FRANCISCO
9       BAY AREA
    131 Steuart Street, Suite 400
10  San Francisco, CA  94105
    Tel:    (415) 543-9444
11  Fax:    (415) 543-0296

12  Attorneys for Plaintiff Gillette and the Putative
    Class

    Tina Wolfson (SBN 174806)
    twolfson@ahdootwolfson.com
    Robert Ahdoot (SBN 172098)
    rahdoot@ahdootwolfson.com
    Theodore W. Maya (SBN 223242)
    tmaya@ahdootwolfson.com
    Bradley K. King (SBN 274399)
    bking@ahdootwolfson.com
    AHDOOT & WOLFSON, P.C.
    1016 Palm Avenue
    West Hollywood, CA  90069
    Tel:    (310) 474-9111
    Fax:    (310) 474-8585

    Attorneys for Plaintiff Abdul Kadir Mohamed
    and the Putative Class

13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  ABDUL KADIR MOHAMED, individually, and on behalf of all others similarly-situated,<br><br>19              Plaintiff,<br><br>vs.<br><br>20  UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>21              Defendants. | Case No.:  3:14-cv-05200-EMC<br>Case No.:  3:14-cv-05241-EMC<br><br><br>**DECLARATION OF LAURA L. HO IN SUPPORT OF CONSOLIDATED SUPPLEMENTAL BRIEF RE DELEGATION ARGUMENT IN FURTHER OPPOSITION TO MOTION TO COMPEL ARBITRATION** |
| 23  RONALD GILLETTE, individually, and on behalf of all others similarly-situated,<br><br>24              Plaintiffs,<br><br>vs.<br><br>26  UBER TECHNOLOGIES, INC., a California corporation, and DOES 1-20, inclusive<br><br>27              Defendants. | Hon. Edward M. Chen<br><br>Date: May 14, 2015<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor |

28

1    I, Laura L. Ho, declare as follows:

2    1.    I am a member in good standing of the Bar of the State of California and a partner in the

3    firm Goldstein, Borgen, Dardarian & Ho, in Oakland, California.  My firm represents Plaintiff Ronald

4    Gillette in this Action.

5    2.    I submit this declaration in support of the accompanying Consolidated Supplemental

6    Brief Re Delegation Argument in Further Opposition to Motion to Compel Arbitration.

7    3.    Attached hereto as Exhibit A is an excerpt of a true and correct copy of the transcript of

8    the oral argument on Defendant's motion to compel arbitration, which took place before this Court on

9    May 14, 2015.

10

11    I declare under penalty of perjury under the laws of the State of California and of the United

12    States that the foregoing is true and correct, and that this Declaration was executed this 21st day of

13    May in Oakland, California.

14

15

16    _____
      Laura L. Ho, Esq.

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LAURA L. HO – CASE NO. 3:14-CV-05241-EMC

579008.2

# EXHIBIT A

                                        **Pages 1 - 65**

                    UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Edward M. Chen, Judge

ABDUL KADIR MOHAMED,              )
individually and on behalf of     )
all others similarly-situated,    )
                                  )
                                  )
          Plaintiff,              )
                                  )
  VS.                             )    **NO. C 14-05200 EMC**
                                  )
UBER TECHNOLOGIES, INC.,          )
RASIER, LLC, HIREASE, LLC and     )
DOES 1-50,                        )
                                  )
          Defendants.             )
_____)
RONALD GILLETTE, individually,    )
and on behalf of all others       )
similarly-situated,               )
                                  )
          Plaintiffs,             )
                                  )
  VS.                             )    **NO. C 14-05241 EMC**
                                  )
UBER TECHNOLOGIES, INC., a        )
California corporation, and       )
DOES 1-20, inclusive,             )
                                  )    San Francisco, California
          Defendants.             )    Thursday, May 14, 2015
_____)    2:30 p.m.

                   **TRANSCRIPT OF PROCEEDINGS**

Reported By:  Lydia Zinn, CSR #9223, Official Reporter

1  rendered?

2       **MR. MAYA:**  No.  There was a decision on a motion to

3  compel that was discovery related.  And I don't think it was

4  even really a decision.

5       **THE COURT:**  So it's done in phases, and

6  bill-as-you-go?

7       **MR. MAYA:**  It settled.  It settled before it ever

8  went to an arbitration hearing.

9       **THE COURT:**  I assume there are going to be bills

10  incurred before final adjudication.

11       **MR. MAYA:**  Oh, yes.

12       **MR. SPURCHISE:**  It's a little bit misleading to

13  reference the JAMS rules, since that particular provision in

14  the arbitration provision only refers to the selection of the

15  arbitrator.  For purposes of the paying for the arbitration --

16  Section Number 6 there -- paying for the arbitration is the

17  controlling provision.  So --

18       **THE COURT:**  Section 6?

19       **MR. SPURCHISE:**  Right.  Paying for the arbitration.

20       **THE COURT:**  6 of 14.3?

21       **MR. SPURCHISE:**  Well, I'm looking at the Rasier

22  agreement, Your Honor.

23       **THE COURT:**  Oh.

24       **MR. MAYA:**  It is 6(b).

25       **THE COURT:**  I'm looking at 2014 Uber agreement.

```
 1  question in another context, and I'm aware of that; but I'm
 2  going to take it all under submission at this point.  I think
 3  it's complicated enough, and I do want to take a second look at
 4  cases, including the issue that I asked you to brief -- that
 5  very threshold question -- because everything you've just said
 6  in the last half hour may be moot, depending on what I conclude
 7  on that.
 8       So I want to now do this consolidated case-management
 9  question about where we go from here, but let me ask if the
10  court reporter needs a break.
11  (Discussion off the record.)
12  (At 4:01 p.m. the proceedings were adjourned.)
13  I certify that the foregoing is a correct transcript from the
14  record of proceedings in the above-entitled matter.
15
16
17  _____    May 16, 2015
    Signature of Court Reporter/Transcriber    Date
18  Lydia Zinn
19
20
21
22
23
24
25
```