THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendants UBER
TECHNOLOGIES, INC. and RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-05200 EMC<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S JOINT NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendants Uber Technologies, Inc. and Rasier, LLC (together, "Defendants") hereby jointly appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendants' Motions to Compel Arbitration; Denying Defendant Hirease's Joinder in Motion to Compel Arbitration (Dkt. No. 70), entered in this action on June 9, 2015, and all other orders and rulings preventing arbitration of this case.

This appeal is related to: (1) a concurrently-filed notice of appeal from an identical Order Denying Defendants' Motions to Compel Arbitration; Denying Defendant Hirease's Joinder in Motion to Compel Arbitration (Dkt. No. 48), entered in *Gillette v. Uber Technologies, Inc.*, No. 3:14-cv-05241 EMC (N.D. Cal. June 9, 2015); and (2) a currently pending appeal in the United States Court of Appeals for the Ninth Circuit, *O'Connor v. Uber Technologies, Inc*., No. 14-16078.

Dated: June 11, 2015

                                                            GIBSON, DUNN & CRUTCHER LLP

                                                             By:  /s/ Theodore J. Boutrous Jr.
                                                                          Theodore J. Boutrous Jr.

                                                            Attorneys for Defendants UBER TECHNOLOGIES, INC. and RASIER, LLC

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

                                                             By:  /s/ Kevin J. Ring-Dowell
                                                                         Kevin J. Ring-Dowell

THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendants UBER TECHNOLOGIES, INC and RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-05200 EMC<br><br>**REPRESENTATION STATEMENT IN CONNECTION WITH DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S JOINT NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Pursuant to Federal Rule of Appellate Procedure 12 and Circuit Rule 3-2, Defendants Uber Technologies, Inc. and Rasier, LLC (together, "Defendants") hereby identify the following parties to this action and their counsel of record:

| Plaintiff: | Plaintiff's Counsel: |
|---|---|
| Abdul Kadir Mohamed | Tina Wolfson<br>  twolfson@ahdootwolfson.com<br>Robert Ahdoot<br>  rahdoot@ahdootwolfson.com<br>Theodore Walter Maya<br>  tmaya@ahdootwolfson.com<br>Bradley Keith King<br>  bking@ahdootwolfson.com<br>AHDOOT & WOLFSON, P.C.<br>1016 Palm Avenue<br>West Hollywood, CA 90069<br>Tel: 310-474-9111<br>Fax: 310-474-8585 |
| Defendants:<br><br>Uber Technologies, Inc. and Rasier, LLC | Defendants' Counsel:<br><br>Theodore J. Boutrous, Jr.<br>  tboutrous@gibsondunn.com<br>Marcellus Antonio McRae<br>  mmcrae@gibsondunn.com<br>Debra W. Yang<br>  dwongyang@gibsondunn.com<br>Theane Evangelis<br>  tevangelis@gibsondunn.com<br>Dhananjay S. Manthripragada<br>  dmanthripragada@gibsondunn.com<br>Brandon J. Stoker<br>   bstoker@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: 213-229-7000<br>Fax: 213-229-7520<br><br>Joshua S. Lipshutz<br>  jlipshutz@gibsondunn.com<br>Kevin Ring-Dowell<br>  kringdowell@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Tel: 415-393-8200<br>Fax: 415-393-8306 |

|  | Defendants' Counsel (contd.):<br><br>John C. Fish, Jr.<br>  jfish@littler.com<br>Rod M. Fliegel<br>  rfliegel@littler.com<br>Andrew M. Spurchise<br>  aspurchise@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street<br>20th Floor<br>San Francisco, CA 94108-2693<br>Tel: 415-433-1940<br>Fax: 415-399-8490 |
|---|---|

Dated: June 11, 2015

                            GIBSON, DUNN & CRUTCHER LLP

                            By:  /s/ Theodore J. Boutrous Jr.
                                  Theodore J. Boutrous Jr.

Attorneys for Defendants UBER TECHNOLOGIES, INC. and RASIER, LLC

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

                            By:  /s/ Kevin J. Ring-Dowell
                                  Kevin J. Ring-Dowell