| | |
|---|---|
| 1 | P.K. SCHRIEFFER LLP<br>Paul K. Schrieffer (SBN 151358) |
| 2 | *pks@pksllp.com*<br>Mitchell J. Freedman (SBN 105757) |
| 3 | *mjf@pksllp.com*<br>100 N. Barranca Avenue, Suite 1100 |
| 4 | West Covina, California  91791<br>Telephone:     (626) 373-2444 |
| 5 | Facsimile:      (626) 974-8403 |
| 6 | SEYFARTH SHAW LLP |
| 7 | Pamela Q. Devata (*pro hac pending*)<br>*pdevata@seyfarth.com* |
| 8 | 131 S. Dearborn Street, Suite 2400<br>Chicago, Illinois  60603 |
| 9 | Telephone:     (312) 460-5000<br>Facsimile:      (312) 460-7000 |
| 10 | SEYFARTH SHAW LLP |
| 11 | Timothy L. Hix (SBN 184372)<br>*thix@seyfarth.com* |
| 12 | 333 South Hope Street, Suite 3900<br>Los Angeles, California  90071 |
| 13 | Telephone:     (213) 270-9600<br>Facsimile:      (213) 270-9601 |
| 14 | SEYFARTH SHAW LLP |
| 15 | Sarah K. Hamilton (SBN 238819)<br>*shamilton@seyfarth.com* |
| 16 | Nicholas R. Clements (SBN 267314)<br>*nclements@seyfarth.com* |
| 17 | 560 Mission Street, Suite 3100<br>San Francisco, California  94105-2930 |
| 18 | Telephone:     (415) 397-2823<br>Facsimile:      (415) 397-8549 |
| 19 | Attorneys for Defendant HIREASE, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated, | Case No. 3:14-cv-05200-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC. and DOES 1 TO 50, INCLUSIVE, | |
| Defendants. | Complaint Filed:  November 24, 2014 |

PLEASE TAKE NOTICE that attorney Nicholas R. Clements of the law firm of Seyfarth Shaw LLP, 560 Mission Street, 31st Floor, San Francisco, California 94105 hereby appears as an attorney of record on behalf of the defendant Hirease, LLC, in addition to those attorneys already on record with the court.

DATED:  June 18, 2015                    Respectfully submitted,

SEYFARTH SHAW LLP


By:   */s/ Nicholas R. Clements*
Paul K. Schrieffer
Mitchell J. Freedman
Pamela Q. Devata
Timothy L. Hix
Sarah K. Hamilton
Nicholas R. Clements

Attorneys for Defendant
HIREASE, LLC.