JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendant. | Case No. 3:14-cv-05200-EMC<br>Case No. 3:14-cv-05241-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONFIRM DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint Filed: November 24, 2014<br><br>Trial Date: None set. |
| RONALD GILLETTE, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendant. | |

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONFIRM DEFS' TIME TO FILE RESPONSIVE PLEADING

1.

3:14-cv-05200-EMC
3:14-cv-05241-EMC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Pursuant to Local Rule 6-2, Plaintiffs RONALD GILLETTE and ABDUL KADIR MOHAMED and Defendants UBER TECHNOLOGIES INC., RASIER, LLC and HIREASE, LLC (collectively, the "Parties") hereby stipulate to confirm that the deadline for Defendants to respond to the complaints is July 9, 2015. This Stipulation is based on the following:

1.  The Parties previously agreed in the Joint Case Management Conference Statement (Docket No. 34) that Defendants would have 30 days from the date of the Court's ruling on Defendants' motions to compel arbitration to respond to the complaints.

2.  On June 9, 2015, the Court entered a ruling denying Defendants' motions to compel arbitration.

3.  Pursuant to the Parties' agreement, and subject to this Court's approval, Defendants have until July 9, 2015 to respond to the complaints.

4.  This request is not made by the Parties for purposes of unnecessary delay and no party will be prejudiced by the granting of this request. Defendant Uber Technologies, Inc. and Plaintiff Gillette previously stipulated to an extension of Defendant's time to respond to the complaint. Defendants Uber Technologies, Inc. and Rasier, LLC and Plaintiff Mohamed previously stipulated to two extensions of Defendants' time to respond to the complaint. Defendant Hirease, LLC and Plaintiff Mohamed previously stipulated to one extension of Hirease's time to respond to the complaint.

THEREFORE, the parties to this Stipulation hereby stipulate and respectfully request as follows: that the Court confirm the cutoff for Defendants to respond to the complaints as July 9, 2015.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONFIRM DEFS' TIME TO FILE RESPONSIVE PLEADING

2.

3:14-cv-05200-EMC
3:14-cv-05241-EMC

Dated: June 18, 2015

                                      */s/ Andrew M. Spurchise*
Andrew M. Spurchise
LITTLER MENDELSON, P.C.
Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

Dated: June 18, 2015

                                      */s/Theodore Maya*
Theodore Maya
AHDOOT & WOLFSON, PC
Attorneys for Plaintiff Abdul Kadir Mohamed

Dated: June 18, 2015

                                      */s/ Laura L. Ho*
Laura L. Ho
GOLDSTEIN, BORGEN, DARDARIAN & HO
Attorneys for Plaintiff Ronald Gillette

Dated: June 18, 2015

                                      */s/Mitchell J. Freedman*
Paul K. Schrieffer
Mitchell J. Freedman
P.K. SCHRIEFFER LLP
Attorneys for Defendant Hirease, LLC

Dated: June 18, 2015

                                      */s/Sarah K. Hamilton*
Sarah K. Hamilton
SEYFARTH SHAW LLP
Attorneys for Defendant Hirease, LLC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONFIRM DEFS' TIME TO FILE RESPONSIVE PLEADING    3.    3:14-cv-05200-EMC
3:14-cv-05241-EMC

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: June 18, 2015        /s/ *Andrew M. Spurchise*
                            ANDREW M. SPURCHISE

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____, 2015

_____
HON. EDWARD M. CHEN

Firmwide:134172089.1 073208.1047

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONFIRM DEFS' TIME TO FILE RESPONSIVE PLEADING        4.        3:14-cv-05200-EMC
3:14-cv-05241-EMC