| | |
|---|---|
| 1 | JOHN C. FISH, Jr., Bar No. 160620<br>jfish@littler.com |
| 2 | ROD M. FLIEGEL, Bar No. 168289<br>rfliegel@littler.com |
| 3 | ANDREW M. SPURCHISE, Bar No. 245998<br>aspurchise@littler.com |
| 4 | LITTLER MENDELSON, P.C.<br>650 California Street |
| 5 | 20th Floor<br>San Francisco, California 94108.2693 |
| 6 | Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |
| 7 | |
| 8 | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC. AND RASIER, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendant. | Case No. 3:14-cv-05200-EMC<br>Case No. 3:14-cv-05241-EMC<br><br>**STIPULATED REQUEST AND [P~~ROP~~OSED] ORDER TO CONFIRM DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint Filed: November 24, 2014<br><br>Trial Date: None set. |
| RONALD GILLETTE, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendant. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONFIRM DEFS' TIME TO FILE RESPONSIVE PLEADING

1.

3:14-cv-05200-EMC
3:14-cv-05241-EMC

Pursuant to Local Rule 6-2, Plaintiffs RONALD GILLETTE and ABDUL KADIR MOHAMED and Defendants UBER TECHNOLOGIES INC., RASIER, LLC and HIREASE, LLC (collectively, the "Parties") hereby stipulate to confirm that the deadline for Defendants to respond to the complaints is July 9, 2015. This Stipulation is based on the following:

1. The Parties previously agreed in the Joint Case Management Conference Statement (Docket No. 34) that Defendants would have 30 days from the date of the Court's ruling on Defendants' motions to compel arbitration to respond to the complaints.

2. On June 9, 2015, the Court entered a ruling denying Defendants' motions to compel arbitration.

3. Pursuant to the Parties' agreement, and subject to this Court's approval, Defendants have until July 9, 2015 to respond to the complaints.

4. This request is not made by the Parties for purposes of unnecessary delay and no party will be prejudiced by the granting of this request. Defendant Uber Technologies, Inc. and Plaintiff Gillette previously stipulated to an extension of Defendant's time to respond to the complaint. Defendants Uber Technologies, Inc. and Rasier, LLC and Plaintiff Mohamed previously stipulated to two extensions of Defendants' time to respond to the complaint. Defendant Hirease, LLC and Plaintiff Mohamed previously stipulated to one extension of Hirease's time to respond to the complaint.

THEREFORE, the parties to this Stipulation hereby stipulate and respectfully request as follows: that the Court confirm the cutoff for Defendants to respond to the complaints as July 9, 2015.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONFIRM DEFS' TIME TO FILE RESPONSIVE PLEADING 2. 3:14-cv-05200-EMC
3:14-cv-05241-EMC

1  Dated: June 18, 2015

3 　　　　　　　　　　　　　　　　　　/s/ Andrew M. Spurchise
4 　　　　　　　　　　　　　　　　　　Andrew M. Spurchise
　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Uber Technologies,
5 　　　　　　　　　　　　　　　　　　Inc. and Rasier, LLC

7  Dated: June 18, 2015

9 　　　　　　　　　　　　　　　　　　/s/Theodore Maya
　　　　　　　　　　　　　　　　　　　Theodore Maya
10 　　　　　　　　　　　　　　　　　 AHDOOT & WOLFSON, PC
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Abdul Kadir Mohamed

11 Dated: June 18, 2015

14 　　　　　　　　　　　　　　　　　/s/ Laura L. Ho
　　　　　　　　　　　　　　　　　　Laura L. Ho
　　　　　　　　　　　　　　　　　　GOLDSTEIN, BORGEN, DARDARIAN &
15 　　　　　　　　　　　　　　　　　HO
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Ronald Gillette

17 Dated: June 18, 2015

19 　　　　　　　　　　　　　　　　　/s/Mitchell J. Freedman
　　　　　　　　　　　　　　　　　　Paul K. Schrieffer
20 　　　　　　　　　　　　　　　　　Mitchell J. Freedman
　　　　　　　　　　　　　　　　　　P.K. SCHRIEFFER LLP
21 　　　　　　　　　　　　　　　　　Attorneys for Defendant Hirease, LLC

22 Dated: June 18, 2015

24 　　　　　　　　　　　　　　　　　/s/Sarah K. Hamilton
　　　　　　　　　　　　　　　　　　Sarah K. Hamilton
　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
25 　　　　　　　　　　　　　　　　　Attorneys for Defendant Hirease, LLC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONFIRM DEFS' TIME TO FILE RESPONSIVE PLEADING

3.

3:14-cv-05200-EMC
3:14-cv-05241-EMC

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: June 18, 2015                                  /s/ *Andrew M. Spurchise*
                                                      ANDREW M. SPURCHISE

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____6/18_____, 2015

_____
HON. EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:134172089.1 073208.1047

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONFIRM DEFS' TIME TO FILE RESPONSIVE PLEADING

4.

3:14-cv-05200-EMC
3:14-cv-05241-EMC