| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>   tboutrous@gibsondunn.com<br>MARCELLUS MCRAE, SBN 140308<br>   mmcrae@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>   dwongyang@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>   tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>   dmanthripragada@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>Facsimile:  213.229.7520 | JOHN C. FISH, JR., SBN 160620<br>   jfish@littler.com<br>ROD M. FLIEGEL, SBN 168289<br>   rfliegel@littler.com<br>ANDREW M. SPURCHISE, SBN 245998<br>   aspurchise@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, California 94108.2693<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |

JOSHUA S. LIPSHUTZ, SBN 242557
   jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
   kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendants UBER TECHNOLOGIES, INC. and RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-05200 EMC<br><br>**DECLARATION OF KEVIN RING-DOWELL IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S ADMINISTRATIVE MOTION TO EXPEDITE**<br><br>[L.R. 7-11] |

1  I, Kevin Ring-Dowell, hereby declare and state:

2  1.  I am an attorney at Gibson, Dunn & Crutcher, LLP, counsel of record in this action for Defendants Uber Technologies, Inc. and Rasier, LLC (together, "Uber"). The information set forth herein is true and correct of my own personal knowledge and if asked to testify thereto, I would do so competently.

3  2.  On June 18, 2015, I sent an email to counsel of record for Plaintiff Abdul Mohamed in which I requested that counsel consent to a stipulated expedited briefing schedule for Uber's forthcoming motion to stay.

4  3  In response, Mr. Andrew P. Lee, responding for Plaintiff's counsel of record, advised that he is "not agreeable to the proposed expedited briefing schedule."

5  4.  A true and correct copy of this email correspondence is attached hereto as <u>Exhibit A</u>.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, the 19th day of June, 2015.

By: _____
Kevin Ring-Dowell