# EXHIBIT A

**Ring Dowell, Kevin**

---

| | |
|---|---|
| **From:** | Andrew P. Lee <alee@gbdhlegal.com> |
| **Sent:** | Thursday, June 18, 2015 2:38 PM |
| **To:** | Ring Dowell, Kevin; bking@ahdootwolfson.com; rahdoot@ahdootwolfson.com; tmaya@ahdootwolfson.com; disaac@lccr.com; mdesautels@lccr.com; Laura Ho |
| **Cc:** | Evangelis, Theane; Lipshutz, Joshua S.; Manthripragada, Dhananjay S.; Stoker, Brandon J.; Fliegel, Rod M. (RFliegel@littler.com); Spurchise, Andrew M. (ASpurchise@littler.com) |
| **Subject:** | RE: Mohamed/Gillette v. Uber Technologies, Nos. 15-16178, 15-16181 |

Kevin,

Thank you for reaching out.  We have conferred with *Mohamed*  Counsel and are authorized to respond on their behalf.

We do not oppose consolidation of the appeals in *Gillette* and *Mohamed*.  We oppose, however, having the appeal heard on an expedited basis and a stay of the district court proceedings.

With respect to Uber/Rasier's anticipated motion to stay, we are not agreeable to the proposed expedited briefing schedule set forth in your email.  We will stipulate, however, to advancing the hearing date by one week if Uber/Rasier waive their reply brief.

If you have any questions regarding the foregoing, please do not hesitate to contact me.

Thank you,

Andrew P. Lee
Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612-3534
Telephone:  510-763-9800
Email:  alee@gbdhlegal.com

Please Note:
The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored. Thank you.

**From:** Ring Dowell, Kevin [mailto:KRingDowell@gibsondunn.com]
**Sent:** Thursday, June 18, 2015 10:21 AM
**To:** bking@ahdootwolfson.com; rahdoot@ahdootwolfson.com; tmaya@ahdootwolfson.com; disaac@lccr.com; mdesautels@lccr.com; Laura Ho; Andrew P. Lee
**Cc:** Evangelis, Theane; Lipshutz, Joshua S.; Manthripragada, Dhananjay S.; Stoker, Brandon J.; Fliegel, Rod M. (RFliegel@littler.com); Spurchise, Andrew M. (ASpurchise@littler.com)
**Subject:** Mohamed/Gillette v. Uber Technologies, Nos. 15-16178, 15-16181

Counsel,

Uber Technologies, Inc. and Rasier, LLC intend to file a motion tomorrow with the Ninth Circuit, requesting that the court consolidate the pending appeals in *Gillette* and *Mohamed* and hear those appeals on an expedited basis.  In

addition, Uber and Rasier intend to seek a stay of proceedings in the district court, pending the outcome of the Ninth Circuit appeals.

By close of business today, can you please advise us (1) of your clients' positions with respect to expedition of these appeals; and (2) whether your clients will stipulate to a stay of the district court proceedings, pending the Ninth Circuit appeals, or whether a motion to stay will be necessary on our part?

In the event that your clients are not amenable to a stay of the district court proceedings, can you please advise, by close of business today, whether you will agree to the following expedited briefing schedule for our anticipated motion to stay:

- Uber/Rasier's motion to stay:  Due Monday June 22;
- Plaintiffs' oppositions: Due Friday, June 26; and
- Uber and Rasier will waive reply briefs.

Thank you,

Kevin


**Kevin J. Ring-Dowell**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8342 * Fax +1 415.374.8467
KRingDowell@gibsondunn.com * www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

2