THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

JOHN C. FISH, JR., SBN 160620
  jfish@littler.com
ROD M. FLIEGEL, SBN 168289
  rfliegel@littler.com
ANDREW M. SPURCHISE, SBN 245998
  aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants Uber Technologies, Inc. and
Rasier, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-5200 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE THE BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO STAY**<br><br>[L.R. 7-11] |

Gibson, Dunn &
Crutcher LLP

On June 19, 2015, Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Defendants") filed an Motion for Administrative Relief to Expedite the Briefing and Hearing Schedule For Defendants' Motion to Stay ("Motion for Administrative Relief").  Having considered all papers filed in connection with the Motion for Administrative Relief, the Court hereby orders as follows:

Defendants' Motion for Administrative Relief is GRANTED.  The following deadlines shall apply to the briefing and hearing in connection with Defendants' Motion to Stay:

| Plaintiff's Opposition to the Motion | June 26, 2015 |
|---|---|
| Defendants' Reply Brief | Waived by Defendants |
| Hearing on the Motion Due | July 2, 2015 |

**IT IS SO ORDERED**

Dated: _____, 2015

_____
Hon. Edward M. Chen
United States District Judge for the
Northern District of California