| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>MARCELLUS MCRAE, SBN 140308<br>  mmcrae@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>  dwongyang@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>  dmanthripragada@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>Facsimile:  213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>KEVIN RING-DOWELL, SBN 278289<br>  kringdowell@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306 | JOHN C. FISH, JR., SBN 160620<br>  jfish@littler.com<br>ROD M. FLIEGEL, SBN 168289<br>  rfliegel@littler.com<br>ANDREW M. SPURCHISE, SBN 245998<br>  aspurchise@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, California 94108.2693<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |

Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>            Defendants. | Case No. 3:14-cv-5200 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING APPEAL**<br><br>Hearing Date: July 30, 2015<br><br>Time: 1:30 p.m.<br><br>Location: Courtroom 5 |

**[PROPOSED] ORDER**

On June 19, 2015, Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Uber") filed a Motion to Stay Pending Appeal. Having heard oral argument on July 30, 2015, and having considered all papers filed in connection with this motion, the Court hereby orders:

Good cause appearing, Uber's Motion to Stay Pending Appeal is GRANTED. All proceedings are hereby STAYED pending resolution of Uber's appeal to the Ninth Circuit.

**IT IS SO ORDERED**

Dated: _____, 2015

_____
Hon. Edward M. Chen
United States District Judge for the
Northern District of California