| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>    tboutrous@gibsondunn.com<br>MARCELLUS MCRAE, SBN 140308<br>    mmcrae@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>    dwongyang@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>    tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>    dmanthripragada@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>Facsimile:  213.229.7520 | JOHN C. FISH, JR., SBN 160620<br>    jfish@littler.com<br>ROD M. FLIEGEL, SBN 168289<br>    rfliegel@littler.com<br>ANDREW M. SPURCHISE, SBN 245998<br>    aspurchise@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, California 94108.2693<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |

JOSHUA S. LIPSHUTZ, SBN 242557
    jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
    kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>    Defendants. | Case No. 3:14-cv-5200 EMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE THE BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO STAY   As Modified<br><br>[L.R. 7-11] |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF – CASE NO. 3:14-CV-5200 EMC

On June 19, 2015, Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Defendants") filed an Motion for Administrative Relief to Expedite the Briefing and Hearing Schedule For Defendants' Motion to Stay ("Motion for Administrative Relief"). Having considered all papers filed in connection with the Motion for Administrative Relief, the Court hereby orders as follows:

Defendants' Motion for Administrative Relief is GRANTED. The following deadlines shall apply to the briefing and hearing in connection with Defendants' Motion to Stay:

| | |
|---|---|
| Plaintiff's Opposition to the Motion | ~~June 26~~, 2015  July 3, 2015 |
| Defendants' Reply Brief | Waived by Defendants |
| Hearing on the Motion Due | ~~July 2, 2015~~  July 16, 2015 |

**IT IS SO ORDERED**

Dated: ___June 19___, 2015



Hon. Edward M. Chen
United States District Judge for the
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF – CASE NO. 3:14-CV-5200 EMC