1   P.K. SCHRIEFFER LLP
    Paul K. Schrieffer (SBN 151358)
2   *pks@pksllp.com*
    Mitchell J. Freedman (SBN 105757)
3   *mjf@pksllp.com*
    100 N. Barranca Avenue, Suite 1100
4   West Covina, California  91791
    Telephone:    (626) 373-2444
5   Facsimile:    (626) 974-8403

6   SEYFARTH SHAW LLP
    Pamela Q. Devata (*pro hac pending*)
7   *pdevata@seyfarth.com*
    131 S. Dearborn Street, Suite 2400
8   Chicago, Illinois  60603
    Telephone:    (312) 460-5000
9   Facsimile:    (312) 460-7000

10  SEYFARTH SHAW LLP
    Sarah K. Hamilton (SBN 238819)
11  *shamilton@seyfarth.com*
    Nicholas R. Clements (SBN 267314)
12  *nclements@seyfarth.com*
    560 Mission Street, Suite 3100
13  San Francisco, California  94105-2930
    Telephone:    (415) 397-2823
14  Facsimile:    (415) 397-8549

15  SEYFARTH SHAW LLP
    Timothy L. Hix (SBN 184372)|
16  *thix@seyfarth.com*
    333 South Hope Street, Suite 3900
17  Los Angeles, California  90071
    Telephone:    (213) 270-9600
18  Facsimile:    (213) 270-9601

19  Attorneys for Defendant HIREASE, LLC

20                      **UNITED STATES DISTRICT COURT**

21                      **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated, | Case No. 3:14-cv-05200-EMC |
| Plaintiff, | **DEFENDANT HIREASE, LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| v. | |
| UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC. and DOES 1 TO 50, INCLUSIVE, | |
| Defendants. | |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant HIREASE, LLC ("Defendant HIREASE") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendants' Motions to Compel Arbitration; Denying Defendant Hirease's Joinder in Motion to Compel Arbitration (Dkt. No. 70), entered in this action on June 9, 2015, and all other orders and rulings preventing arbitration of this case.

This appeal is related to: (1) Defendants Uber Technologies, Inc.'s and Rasier, LLC's notice of appeal from the Order Denying Defendants' Motions to Compel Arbitration; Denying Defendant Hirease's Joinder in Motion to Compel Arbitration (Dkt. No. 71) in this case; (2) a notice of appeal from an identical Order Denying Defendants' Motions to Compel Arbitration; Denying Defendant Hirease's Joinder in Motion to Compel Arbitration (Dkt. No. 48), entered in *Gillette v. Uber Technologies, Inc.*, No. 3:14-cv-05241 EMC (N.D. Cal. June 9, 2015); and (3) a currently pending appeal in the United States Court of Appeals for the Ninth Circuit, *O'Connor v. Uber Technologies, Inc.*, No. 14-16078.

DATED: June 22, 2015              P.K. SCHRIEFFER LLP


                                  By: _/s/ Paul K. Schrieffer_
                                      Paul K. Schrieffer
                                      Mitchell J. Freedman


DATED: June 22, 2015              SEYFARTH SHAW LLP


                                  By: _/s/ Timothy L. Hix_
                                      Pamela Q. Devata
                                      Timothy L. Hix
                                      Sarah K. Hamilton

                                  Attorneys for Defendant
                                  HIREASE, LLC.