| | |
|---|---|
| 1 | P.K. SCHRIEFFER LLP |
|   | Paul K. Schrieffer (SBN 151358) |
| 2 | *pks@pksllp.com* |
|   | Mitchell J. Freedman (SBN 105757) |
| 3 | *mjf@pksllp.com* |
|   | 100 N. Barranca Avenue, Suite 1100 |
| 4 | West Covina, California  91791 |
|   | Telephone:    (626) 373-2444 |
| 5 | Facsimile:     (626) 974-8403 |
| 6 | SEYFARTH SHAW LLP |
|   | Pamela Q. Devata (*pro hac pending*) |
| 7 | *pdevata@seyfarth.com* |
|   | 131 S. Dearborn Street, Suite 2400 |
| 8 | Chicago, Illinois  60603 |
|   | Telephone:    (312) 460-5000 |
| 9 | Facsimile:     (312) 460-7000 |
| 10 | SEYFARTH SHAW LLP |
|   | Sarah K. Hamilton (SBN 238819) |
| 11 | *shamilton@seyfarth.com* |
|   | Nicholas R. Clements (SBN 267314) |
| 12 | *nclements@seyfarth.com* |
|   | 560 Mission Street, Suite 3100 |
| 13 | San Francisco, California  94105-2930 |
|   | Telephone:    (415) 397-2823 |
| 14 | Facsimile:     (415) 397-8549 |
| 15 | SEYFARTH SHAW LLP |
|   | Timothy L. Hix (SBN 184372) |
| 16 | *thix@seyfarth.com* |
|   | 333 South Hope Street, Suite 3900 |
| 17 | Los Angeles, California  90071 |
|   | Telephone:    (213) 270-9600 |
| 18 | Facsimile:     (213) 270-9601 |
| 19 | Attorneys for Defendant HIREASE, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated, | Case No. 3:14-cv-05200-EMC |
| Plaintiff, | **STATEMENT OF REPRESENTATION IN CONNECTION WITH DEFENDANT HIREASE, LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| v. | |
| UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC. and DOES 1 TO 50, INCLUSIVE, | |
| Defendants. | |

Pursuant to Federal Rule of Appellate Procedure 12 and Circuit Rule 3-2, Defendant HIREASE, LLC ("Defendant HIREASE") hereby identifies the following parties to this action and their counsel of record:

| **Plaintiff:** | **Plaintiff's Counsel:** |
|---|---|
| **Abdul Kadir Mohamed** | AHDOOT & WOLFSON, P.C.<br>Tina Wolfson (twolfson@ahdootwolfson.com)<br>Robert Ahdoot (rahdoot@ahdootwolfson.com)<br>Theodore Walter Maya (tmaya@ahdootwolfson.com )<br>Bradley Keith King (bking@ahdootwolfson.com)<br>1016 Palm Avenue<br>West Hollywood, California 90069<br>Telephone:   (310) 474-9111<br>Facsimile:    (310) 474-8585 |
| **Defendant HIREASE:** | **Defendant HIREASE's Counsel:** |
| **HIREASE, LLC** | P.K. SCHRIEFFER LLP<br>Paul K. Schrieffer (*pks@pksllp.com*)<br>Mitchell J. Freedman (*mjf@pksllp.com*)<br>100 N. Barranca Avenue, Suite 1100<br>West Covina, California  91791<br>Telephone:    (626) 373-2444<br>Facsimile:     (626) 974-8403<br><br>SEYFARTH SHAW LLP<br>Pamela Q. Devata (*pdevata@seyfarth.com*)<br>131 S. Dearborn Street, Suite 2400<br>Chicago, Illinois  60603<br>Telephone:    (312) 460-5000<br>Facsimile:     (312) 460-7000<br><br>SEYFARTH SHAW LLP<br>Sarah K. Hamilton (*shamilton@seyfarth.com*)<br>Nicholas R. Clements (*nclements@seyfarth.com*)<br>560 Mission Street, Suite 3100<br>San Francisco, California  94105-2930<br>Telephone:    (415) 397-2823<br>Facsimile:     (415) 397-8549<br><br>SEYFARTH SHAW LLP<br>Timothy L. Hix (*thix@seyfarth.com*)<br>333 South Hope Street, Suite 3900<br>Los Angeles, California  90071<br>Telephone:    (213) 270-9600<br>Facsimile:     (213) 270-9601 |

| | | |
|---|---|---|
| 1 | DATED: June 22, 2015 | P.K. SCHRIEFFER LLP |
| 2 | | |
| 3 | | By: */s/ Paul K. Schrieffer* |
| 4 | | Paul K. Schrieffer<br>Mitchell J. Freedman |
| 5 | | |
| 6 | DATED: June 22, 2015 | SEYFARTH SHAW LLP |
| 7 | | |
| 8 | | By: */s/ Timothy L. Hix* |
| 9 | | Pamela Q. Devata<br>Timothy L. Hix<br>Sarah K. Hamilton |
| 10 | | |
| 11 | | Attorneys for Defendant<br>HIREASE, LLC. |

2