**P.K. SCHRIEFFER LLP**
Paul K. Schrieffer, Esq.  (CSB#151358)
E-Mail: pks@pksllp.com
Mitchell J. Freedman, Esq.  (CSB#105757)
E-Mail: mjf@pksllp.com
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444/Facsimile:  (626) 974-8403

**SEYFARTH SHAW LLP**
Pamela Q. Devata, Esq. (pro hac pending)
Email: pdevata@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000/Facsimile: (312) 460-7000

**SEYFARTH SHAW LLP**
Timothy L. Hix, Esq. (CSB 184372)
Email: thix@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 270-9600/Facsimile:  (213) 270-9601

**SEYFARTH SHAW LLP**
Sarah K. Hamilton, Esq. (CSB 238819)
Email: shamilton@seyfarth.com
Nicholas R. Clements, Esq. (CSB 267314)
Email: rclements@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823/Facsimile: (415) 397-8549

Attorneys for Defendant, Hirease, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, HIREASE, LLC. and DOES 1 TO 50, INCLUSIVE,<br><br>Defendants. | Case No.:  3:14-cv-05200-EMC<br><br>**DEFENDANT HIREASE, LLC'S *JOINDER* IN UBER AND RASIER'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE THE BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO STAY**<br><br>[L.R. 7-11] |

1

***JOINDER* IN UBER AND RASIER'S MOTION FOR ADMINISTRATIVE RELIEF
TO EXPEDITE THE BRIEFING AND HEARING SCHEDULE**

Defendant Hirease, LLC ("Hirease") files this **JOINDER** to Defendants Uber and Rasier's Motion for Administrative Relief to Expedite the Briefing and Hearing Schedule for Defendants' Motion To Stay. Hirease hereby states that the arguments and facts bearing on the motion apply as well to Hirease as it is also seeking an appeal from the Order denying the motion to compel arbitration in the instant matter and Hirease's joinder in the motion to compel arbitration in said matter. The Joinder herein incorporates the Motion of Uber and Raiser for Administrative Relief by reference as if set forth fully herein.

DATED: June 22, 2015                     P.K. SCHRIEFFER LLP


By: */s/ Paul K. Schrieffer*
    Paul K. Schrieffer
    Mitchell J. Freedman


DATED: June 22, 2015                     SEYFARTH SHAW LLP


By: */s/ Timothy L. Hix*
    Pamela Q. Devata
    Timothy L. Hix
    Sarah K. Hamilton

Attorneys for Defendant
HIREASE, LLC.