ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

July 9, 2015

To:   Counsel of Record

Re:   Mohamed v. Uber Technologies, Inc.
      Case No. C 14-05200 EMC

      and

      Gillette v. Uber Technologies, Inc.
      Case No. C 14-05241 EMC

Dear Counsel:

The new call-in information for the further ADR Phone Conference scheduled on **October 8, 2015 at 10:00 AM** is as follows:

**Call-in Number:**   641-715-3274

**Access Code:**   822885

Sincerely,

/s/

Claudia Forehand
ADR Case Administrator