OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** July 16, 2015     **Time:** 1:49-2:17     **Judge:** EDWARD M. CHEN

**Case No.:** 14-cv-05200-EMC     **Case Name:** Mohamed v. Uber, et al.
<u>and</u>  14-cv-05241- EMC                            Gillette v. Uber, et al.

**Attorney for Plaintiff:** Theodore Maya (for Mohamed)
                                        Andrew Lee (for Gillette)

**Attorney for Defendant:** Rod Fliegel, Andrew Spurchise, Kevin Dewell and Joshua Lipshutz

**Deputy Clerk:** Betty Lee               **Court Reporter:** Lydia Zinn

PROCEEDINGS

DEFENDANTS' MOTION TO STAY PENDING APPEAL

SUMMARY

Court took motions under submission and to issue order.