# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 16, 2015    **Time:** 1:49-2:17    **Judge:** EDWARD M. CHEN

**Case No.:** 14-cv-05200-EMC    **Case Name:** Mohamed v. Uber, et al.
   <u>and</u>  14-cv-05241- EMC                         Gillette v. Uber, et al.

**Attorney for Plaintiff:** Theodore Maya (for Mohamed)
                         Andrew Lee (for Gillette)

**Attorney for Defendant:** Rod Fliegel, Andrew Spurchise, Kevin Dewell and Joshua Lipshutz
                          (for Uber)
                          Sarah Hamilton for Hirease

**Deputy Clerk:** Betty Lee    **Court Reporter:** Lydia Zinn

## PROCEEDINGS

DEFENDANTS' MOTION TO STAY PENDING APPEAL

## SUMMARY

Court took motions under submission and to issue order.