Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
Tuvia Korobkin (SBN 268066)
    tuvia@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Ste. 907
Beverly Hills, California  90212
Tel:  (310) 888-7771
Fax:  (310) 888-0109

Attorneys for
MICHAEL NOKCHAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendants | Case No. 14-5200<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13** |

Pursuant to Civil L.R. 3-13, Michael Nokchan hereby notifies the Court that the instant case is related to the following case: *Michael Nokchan v. Uber Technologies, Inc.*, *et al*, Case No. 15-CV-03009-DMR *("Nokchan")*. Nokchan was filed in United States District Court for the Northern District of California on June 29, 2015. The complaint in that action involves all or a material part of the same subject matter as the action before this Court as it alleges violations of the Fair Credit Reporting Act 15 U.S.C. § 1681 in employment background screening, along with California Consumer Credit Reporting Agencies Act, California Civil Code § 1785.1 *et seq.*

Michael Nokchan also hereby notifies the Court that the instant case is related to another case, *Ronald Gillette v. Uber Technologies, Inc*., Case No.: 3:14-cv-05241-LB ("*Gillette*"). *Gillette* was filed in United States District Court for the Northern District of California on November 26, 2014. The complaint in that action also involves all or a material part of the same subject matter as the action before this Court as it alleges violations of the Fair Credit Reporting Act 15 U.S.C. § 1681 in employment background screening, along with California Consumer Credit Reporting Agencies Act, Cal Civ. Code §§ 1785.1 *et seq,* and California Investigative Consumer Reporting Agencies Act, California Civil Code § 1786 *et seq*.

Respectfully submitted,

Dated: July 22, 2015          SETAREH LAW GROUP

BY /s/Shaun Setareh_____
       Shaun Setareh
       Attorneys for
       MICHAEL NOKCHAN