Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Meredith Desautels (SBN 259725)
mdesautels@lccr.com
Dana Isaac Quinn (SBN278848)
disaac@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
    OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Tel:  (415) 543-9444
Fax:  (415) 543-0296

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, CA  90069
Tel:  (310) 474-9111
Fax:  (310) 474-8585

Attorneys for Plaintiffs and the Putative Class

Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>**STIPULATED ORDER REGARDING MEDIATION**<br><br>Before:  Hon. Edward M. Chen<br><br>Trial Date:    None Set |

| | |
|---|---|
| 1 | John C. Fish, Jr. (SBN 160620) |
|  | jfish@littler.com |
| 2 | Rod M. Fliegel (SBN 168289) |
|  | rfliegel@littler.com |
| 3 | Andrew M. Spurchise (SBN 245998) |
|  | aspurchise@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
|  | 650 California Street, 20th Floor |
| 5 | San Francisco, CA  94108.2693 |
|  | Tel:   (415) 433-1940 |
| 6 | Fax:  (415) 399-8490 |
| 7 | Theodore J. Boutrous, Jr. (SBN 132099) |
|  | tboutrous@gibsondunn.com |
| 8 | Debra Wong Yang (SBN 123289) |
|  | dwongyang@gibsondunn.com |
| 9 | Marcellus A. Mcrae (SBN 140308) |
|  | mmcrae@gibsondunn.com |
| 10 | Theane D. Evangelis (SBN 243570) |
|  | tevangelis@gibsondunn.com |
| 11 | Dhananjay S. Manthripragada (SBN 254433) |
|  | dmanthripragada@gibsondunn.com |
| 12 | GIBSON, DUNN & CRUTCHER LLP |
|  | 333 South Grand Avenue |
| 13 | Los Angeles, CA  90071-3197 |
|  | Tel:   (213) 229-7000 |
| 14 | Fax:  (213) 229-7520 |
| 15 | Joshua S. Lipshut (SBN 242557) |
|  | jlipshutz@gibsondunn.com |
| 16 | Kevin Ring-Dowell (SBN 278289) |
|  | kringdowell@gibsondunn.com |
| 17 | GIBSON, DUNN & CRUTCHER LLP |
|  | 555 Mission Street, Suite 3000 |
| 18 | San Francisco, CA  94105-0921 |
|  | Tel:   (415) 393-8200 |
| 19 | Fax:  (415) 393-8306 |
| 20 | Attorneys for Defendants |
|  | UBER TECHNOLOGIES, INC. AND RASIER, LLC |
| 21 | |
|  | Pamela Devata (*pro hac* pending) |
| 22 | pdevata@seyfarth.com |
|  | SEYFARTH SHAW LLP |
| 23 | 131 South Dearborn Street, Suite 2400 |
|  | Chicago, IL  60603 |
| 24 | Tel:   (312) 460-5000 |
|  | Fax:  (312) 460-7000 |
| 25 | |
|  | Timothy L. Hix (CSB 184372) |
| 26 | thix@seyfarth.com |
|  | SEYFARTH SHAW LLP |
| 27 | 333 South Hope Street, Suite 3900 |
|  | Los Angeles, CA  90071 |
| 28 | Tel:   (213) 270-9600 |
|  | Fax:  (213) 270-9601 |

597248.2

SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT - CASE NO. 14-CV-05200-EMC

1
2  Nicholas R. Clements (CSB 267314)
   rclements@seyfarth.com
3  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
4  San Francisco, CA  94105
   Tel:  (415) 397-2823
5  Fax:  (415) 397-8549

6  Attorneys for Defendant HIREASE, LLC

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

597248.2

The parties, pursuant to the Court's oral order of November 4, 2015 (Civil Minutes at ECF No. 117), hereby stipulate and agree to the following schedule in anticipation of their selected alternative dispute resolution option, private mediation.

The parties met and conferred and after extensive discussions, selected Mark Rudy as a mutually-agreeable mediator for this matter. The parties inquired into Mr. Rudy's availability (including if any Saturday dates were available) and the first date Mr. Rudy is available for the mediation is March 30, 2016. The parties immediately reserved the March 30, 2016 date with Mr. Rudy's office to ensure the earliest practicable mediation with a mutually-agreeable qualified mediator. As such, they propose the following schedule:

- Mediation Completion Date: <u>March 31, 2016</u>
- Deadline for Defendants Uber Technologies, Inc. and Rasier, LLC to file responsive pleading to Plaintiffs' Consolidated Complaint: If mediation is unsuccessful in reaching resolution, <u>15 days after the Mediation Completion Date</u>.
- Deadline for Defendant Hirease, LLC to file responsive pleading to Plaintiffs' Consolidated Complaint: If mediation is unsuccessful in reaching resolution, <u>15 days after the Ninth Circuit resolves the pending appeal of this Court's denial of Defendants' motion to compel arbitration</u>.[1]
- Deadline for opposition to any motions filed as responsive pleadings to Plaintiffs' Consolidated Complaint: <u>30 days after the filing of the motions</u>.
- Deadline to file replies in further support of any motions filed as responsive pleadings to Plaintiffs' Consolidated Complaint: <u>14 days after the filing of the oppositions to such motions</u>.
- Deadline to file motions under Rule 23 related to class certification: If mediation is unsuccessful in reaching resolution, <u>~~225~~ 180 days after the Mediation Completion Deadline,</u>

---

[1] Hirease is a defendant in only one count of the Consolidated Complaint, the Eleventh Cause of Action, which is brought only by Named Plaintiff Mohamed, whose claims are stayed with the exception of his individual claims. Therefore the parties have agreed to a different deadline for Hirease to respond to the Consolidated Complaint.

     <u>180</u>
or <s>225</s> days after the Court's resolution of any dispositive motion filed in response to Plaintiffs' Consolidated Complaint, whichever is later.

- Deadline to file opposition to motions under Rule 23 related to class certification: <u>60 days after the filing of the underlying motions (*Plaintiffs' proposal*)</u> or <s>75 days after the filing of the underlying motions (*Defendants' proposal*)</s>.[2]

- Deadline to file replies in further support of motions under Rule 23 related to class certification: <u>30 days after the filing of the underlying motions</u>.

- Class certification hearing: <u>Next hearing date that is at least 21 days after filing of reply to motion.</u>

- All other deadlines: <u>TBD</u> after decision on motions under Rule 23 related to class certification.

The parties agree that nothing contained herein waives any party's rights, objections, or defenses of any kind, including but not limited to Defendants' standing objections to this Court's jurisdiction and Defendants' assertions that certain named plaintiffs and putative class members are bound to assert their claims, if at all, in individual arbitration.

In light of the parties' agreements stated herein, the parties respectfully request that the deadline to submit a further case management conference statement on December 3, 2015 and the case management conference scheduled for December 10, 2015 be vacated. The deadlines stated above would have formed the only relevant modifications to the parties' previously submitted case management conference statements in a December 3rd filing.

IT IS SO ORDERED as STIPULATED this <u>25th</u> day of <u>December</u>, 2015:



_____
HONORABLE EDWARD M. CHEN

---

[2] The parties disagree on the relevant timing for just this deadline and have agreed to request that the Court simply circle the deadline which it accepts and delete the date it rejects. Defendants note that the Court ordered a deadline for filing opposition to class certification in the *O'Connor* case that was at least 75 days after the filing of that class certification motion. Plaintiffs believe that deadline was specific to *O'Connor* and should not apply here. Rather, Plaintiffs believe that the opposition and reply schedule should continue to be the one Defendants previously agreed to in the parties' joint case management conference statements of May 7, 2015 and July 31, 2015. *See Gillette* ECF Nos. 34, 76.

| | |
|---|---|
| Dated: November 24, 2015 | Respectfully submitted, |
| | GOLDSTEIN, BORGEN, DARDARIAN & HO |
| | |
| | */s/ Andrew P. Lee* |
| | Laura L. Ho |
| | Andrew P. Lee |
| | 300 Lakeside Drive, Suite 1000 |
| | Oakland, CA  94612 |
| | Tel:  (510) 763-9800 |
| | Fax:  (510) 835-1417 |
| | |
| | Attorneys for Plaintiffs and the Putative Class |
| | |
| | LITTLER MENDELSON, P.C. |
| | |
| | */s/ Rod M. Fliegel* |
| | John C. Fish, Jr. |
| | Rod M. Fliegel |
| | Andrew M. Spurchise |
| | 650 California Street, 20th Floor |
| | San Francisco, CA  94108.2693 |
| | Tel:  415.433.1940 |
| | Fax: 415.399.8490 |
| | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. AND RASIER, LLC |
| | |
| | SEYFARTH SHAW LLP |
| | |
| | */s/ Timothy Hix* |
| | Timothy Hix |
| | 333 South Hope Street, Suite 3900 |
| | Los Angeles, CA 90071 |
| | Tel: (213) 270-9600 |
| | Fax: (213) 270-9601 |

**ATTESTATION OF FILER**

I, Andrew P. Lee, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.  Signed this 24th day of November, 2015.

*/s/ Andrew P. Lee*
Andrew P. Lee