UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants.<br><br>IN RE UBER FCRA LITIGATION<br><br>HAKAN YUCESOY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03826-EMC<br>Case No. 14-cv-05200-EMC<br>Case No. 15-cv-00262-EMC<br><br>**ORDER RE DEFENDANT'S REQUEST TO EXPEDITE THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY**<br><br>*O'Connor* Docket No. 440<br><br>*In re Uber FCRA Litigation* Docket No. 141<br><br>*Yucesoy* Docket No. 167 |

　　　　On December 30, 2015, Defendant Uber Technologies, Inc. filed a motion for administrative relief to expedite the briefing schedule on Uber's motion to stay the Court's December 23, 2015 order on Plaintiffs' motions to enjoin Uber's communications with class and putative class members. Plaintiffs are to file any opposition to Uber's motion to expedite the briefing schedule on the motion to stay by **January 4, 2016** at **2:00 P.M**.

　　　　**IT IS SO ORDERED**.

Dated: December 31, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge