UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE UBER FCRA LITIGATION

Case No. 14-cv-5200-EMC

Case No. 15-cv-3667-EMC

**ORDER RE CORRECTIVE NOTICE**

RICARDO DEL RIO, et al.,

      Plaintiffs,

      v.

UBER TECHNOLOGIES, INC., et al.,

      Defendants

**United States District Court**
For the Northern District of California

On December 23, 2015, the Court issued an order requiring Uber to issue a revised notice provision and corrective cover letter as to Uber's new arbitration agreement. *O'Connor v. Uber Technologies, Inc.*, Case No. 13-cv-3826-EMC, Docket No. 435; *In re Uber FCRA Litigation*, Case No. 14-cv-5200-EMC, Docket No. 137; *Yucesoy*, Case No. 15-cv-262-EMC, Docket No. 161. The plaintiffs in *O'Connor* have since requested that any corrective notice not be issued until after the class notice process in *O'Connor* has been completed. *O'Connor*, Docket No. 446 at 10.

///

///

///

///

///

1    Any comments by the parties in *In re Uber FCRA Litigation* and *Del Rio v. Uber*

2  *Technologies, Inc.* on the *O'Connor* plaintiffs' request must be filed by **Wednesday**, **January 6,**

3  **2016 at 5:00 p.m.**

4

5    **IT IS SO ORDERED**.

6

7  Dated: January 5, 2016

8  _____

9  EDWARD M. CHEN
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California