1  Laura L. Ho (SBN 173179)
   lho@gbdhlegal.com
2  Andrew P. Lee (SBN 245903)
   alee@gbdhlegal.com
3  William C. Jhaveri-Weeks (SBN 289984)
   wjhaveriweeks@gbdhlegal.com
4  GOLDSTEIN, BORGEN, DARDARIAN & HO
   300 Lakeside Drive, Suite 1000
5  Oakland, CA  94612
6  Tel:   (510) 763-9800
   Fax:   (510) 835-1417
7
   Meredith Desautels (SBN 259725)
8  mdesautels@lccr.com
   Dana Isaac Quinn (SBN278848)
9  disaac@lccr.com
10 LAWYERS' COMMITTEE FOR CIVIL RIGHTS
     OF THE SAN FRANCISCO BAY AREA
11 131 Steuart Street, Suite 400
   San Francisco, CA  94105
12 Tel: (415) 543-9444
   Fax: (415) 543-0296
13

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, CA  90069
Tel: (310) 474-9111
Fax: (310) 474-8585

14  Attorneys for Plaintiffs and the Putative Class

15  Additional counsel listed on following page

16

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                                          Case No.: 14-cv-05200-EMC

20  IN RE UBER FCRA LITIGATION              **STIPULATION REGARDING AMENDED
                                            CONSOLIDATED COMPLAINT AND
21                                          RESPONSIVE PLEADING DEADLINE**

22                                          Before:  Hon. Edward M. Chen

23                                          Trial Date:   None Set

24

25

26

27

28

595896.5

JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:  415.433.1940
Fax: 415.399.8490

THEODORE J. BOUTROUS, Jr., Bar No. 132099
tboutrous@gibsondunn.com
DEBRA WONG YANG, Bar No. 123289
dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, Bar No. 140308
mmcrae@gibsondunn.com
THEANE D. EVANGELIS, Bar No. 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, Bar No. 254433
dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel:  213.229.7000
Fax: 213.229.7520

JOSHUA S. LIPSHUTZ, Bar No. 242557
jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, Bar No. 278289
kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel:  415.393.8200
Fax: 415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

SEYFARTH SHAW LLP
PAMELA DEVATA (*pro hac* pending)
pdevata@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel: 312.460.5000
Fax: 312.460.7000

1

595896.5

SEYFARTH SHAW LLP
TIMOTHY L. HIX (CSB 184372)
thix@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, CA 90071
Tel: 213.270.9600
Fax: 213.270.9601

Attorneys for Defendant HIREASE, LLC

The parties, through their undersigned counsel, hereby agree and stipulate to: (a) allow Plaintiffs to file an amended consolidated complaint, and (b) extend the deadline for Defendants to file their responsive pleading to same, as set forth more fully herein.  In support thereof, the parties state as follows:

1.      On October 15, 2015, Plaintiffs filed the operative master consolidated complaint. (ECF 109.)

2.      On March 30, 2016, the parties participated in mediation before a private mediator. While the mediation was productive, the parties were unable to reach resolution on March 30, 2016, and are scheduling a second day of mediation (with ongoing dialogue in the meantime).

3.      Under the current scheduling order, Defendants' deadline to respond to the operative complaint is April 15, 2016.

4.      Meanwhile, in light of documents produced during discovery, and in accordance with Fed. R. Civ. P. 15(a)(2), Plaintiffs will file an amended consolidated complaint in the form attached hereto.  Plaintiffs have circulated the draft amended consolidated complaint to Defendants, in clean and redlined form.   The amended consolidated complaint will supersede the current complaint if allowed.

5.      For sake of efficiency of the parties and the Court, the parties have agreed that Defendants will stipulate to Plaintiffs' ability to file the amended consolidated complaint.

6.      In exchange, and also for sake of the efficiency of the parties and the Court, the parties have agreed that Defendants should have until thirty (30) days after the amended consolidated complaint is filed or thirty (30) days after the second day of mediation occurs, whichever is later, to file their responsive pleading to the amended consolidated complaint.  This will allow the parties to focus their time most efficiently on attempted resolution of the claims raised in the amended consolidated complaint.  In addition, Plaintiffs' proposed amended complaint adds new national class claims against Hirease for the first time, which Defendants will need to investigate and respond to.[1]

---

[1] Defendants contend – though Plaintiffs disagree – that the Ninth Circuit's recent grant of the Rule 23(f) petition in the *O'Connor* case also warrants further delay of proceedings in this matter given the potential overlap of arbitration related issues in the two cases.

595896.5

3e

7.    The parties agree to file a notice with the Court once the second day of mediation is scheduled, informing the Court of that date.

8.    As such, the parties have agreed, and respectfully request that the Court order that Plaintiffs may file their amended consolidated complaint in the form attached hereto, Defendants need not file any response to the current consolidated complaint, and Defendants shall have the later of 30 days after the filing of same or the second day of mediation, whichever is later, to file their responsive pleading to the amended consolidated complaint.

**IT IS SO AGREED AND STIPULATED:**

Dated: April 12, 2016                    Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

/s/Laura L. Ho
Laura L. Ho
Andrew P. Lee
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:  (510) 763-9800
Fax: (510) 835-1417

AHDOOT & WOLFSON, P.C.
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Bradley K. King

Attorneys for Plaintiffs and the Putative Class

1    Dated: April 12, 2016                    LITTLER MENDELSON, P.C.

2                                             /s/Rod M. Fliegel
                                              John C. Fish, Jr.
3                                             Rod M. Fliegel
                                              Andrew M. Spurchise
4                                             333 Bush Street, 34th Floor
                                              San Francisco, CA  94104
5                                             Tel: 415.433.1940
                                              Fax: 415.399.8490
6                                             Attorneys for Defendants
7                                             UBER TECHNOLOGIES, INC. AND RASIER, LLC

8
9    Dated: April 12, 2016                    SEYFARTH SHAW LLP

10                                            /s/Timothy Hix
                                              Timothy Hix
11                                            333 South Hope Street, Suite 3900
                                              Los Angeles, CA 90071
12                                            Tel: (213) 270-9600
                                              Fax: (213) 270-9601
13
14                                            Attorneys for Defendant, Hirease LLC

15

16                                 **ATTESTATION OF FILER**

17        I, Emily E. O'Connor, attest that concurrence in the filing of this document has been obtained

18   from each of the other Signatories, which shall serve in lieu of their signatures on the document.

19   Signed this 12th day of April, 2016.

20

21                                            /s/ Emily E. O'Connor

22

23   **IT IS SO ORDERED:**      The amended consolidated complaint shall be filed as a
                                separate document.
24

25

26   **HONORABLE EDWARD M.**

27

28
                                            5

595896.5