Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Meredith Desautels (SBN 259725)
mdesautels@lccr.com
Dana Isaac Quinn (SBN278848)
disaac@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444
Fax: (415) 543-0296

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, CA 90069
Tel: (310) 474-9111
Fax: (310) 474-8585

Attorneys for Plaintiffs and the Putative Class

Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>**STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE**<br><br>Before: Hon. Edward M. Chen<br><br>Trial Date:   None Set |

JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:  415.433.1940
Fax: 415.399.8490

THEODORE J. BOUTROUS, Jr., Bar No. 132099
tboutrous@gibsondunn.com
DEBRA WONG YANG, Bar No. 123289
dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, Bar No. 140308
mmcrae@gibsondunn.com
THEANE D. EVANGELIS, Bar No. 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, Bar No. 254433
dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel:  213.229.7000
Fax: 213.229.7520

JOSHUA S. LIPSHUTZ, Bar No. 242557
jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, Bar No. 278289
kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel:  415.393.8200
Fax: 415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

SEYFARTH SHAW LLP
PAMELA DEVATA (*pro hac* pending)
pdevata@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel: 312.460.5000
Fax: 312.460.7000

1  SEYFARTH SHAW LLP
   TIMOTHY L. HIX (CSB 184372)
2  thix@seyfarth.com
   333 South Hope Street, Suite 3900
3  Los Angeles, CA 90071
   Tel:  213.270.9600
4  Fax:  213.270.9601

5  Attorneys for Defendant HIREASE, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties, through their undersigned counsel, hereby agree and stipulate to extend the deadline for Defendants to file their responsive pleading to Plaintiffs' Amended Consolidated Complaint [ECF No. 171], as set forth more fully herein.  In support thereof, the parties state as follows:

1. On March 30, 2016, the parties participated in mediation before a private mediator. While the mediation was productive, the parties were unable to reach resolution on March 30, 2016, and scheduled a second day of mediation for May 2, 2016.

2. Again, the May 2, 2016 mediation session was productive but the parties were unable to reach resolution, and resolution discussions are continuing.

3. On April 13, 2016, Plaintiffs filed an Amended Consolidated Complaint [ECF No. 171].

4. Under the Court's April 12, 2016 Order [ECF No. 170], based on the parties' previous stipulation [ECF No. 169], Defendants' deadline to respond to the Amended Consolidated Complaint was extended until 30 days after the second day of mediation, or June 1, 2016.

5. Given the parties' continuing resolution discussions, the parties have agreed that Defendants should have until June 22, 2016 to file their responsive pleading to the Amended Consolidated Complaint.

6. As such, the parties have agreed, and respectfully request that the Court order, that Defendants' deadline to file a responsive pleading to the Amended Consolidated Complaint should be <u>June 22, 2016</u>.

7. As noted above, this is the second request for an extension of time to respond to the Amended Consolidated Complaint.

**IT IS SO AGREED AND STIPULATED:**

Dated:  May 25, 2016                Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/Laura L. Ho*
Laura L. Ho
Andrew P. Lee
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

AHDOOT & WOLFSON, P.C.
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Bradley K. King

Attorneys for Plaintiffs and the Putative Class

Dated:  May 25, 2016                LITTLER MENDELSON, P.C.

*/s/Rod M. Fliegel*
John C. Fish, Jr.
Rod M. Fliegel
Andrew M. Spurchise
333 Bush Street, 34th Floor
San Francisco, CA  94104
Tel:  415.433.1940
Fax:  415.399.8490
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

Dated:  May 25, 2016                SEYFARTH SHAW LLP

*/s/Timothy Hix*
Timothy Hix
333 South Hope Street, Suite 3900
Los Angeles, CA 90071
Tel: (213) 270-9600
Fax: (213) 270-9601

Attorneys for Defendant, Hirease LLC

**ATTESTATION OF FILER**

I, Rod M. Fliegel, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.  Signed this 26th day of May, 2016.

*/s/* Rod M. Fliegel

**IT IS SO ORDERED:**

**HONORABL**



_____

Judge Edward M. Chen

5
STIPULATION
CASE NO. 14-CV-05200-EMC

595896.5