GOLDSTEIN, BORGEN, DARDARIAN & HO
Laura L. Ho (SBN 173179)
  lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
  alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
  wjhaveriweeks@gbdhlegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
  tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
  bking@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, CA  90069
Tel:   (310) 474-9111
Fax:   (310) 474-8585

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
Meredith Desautels (SBN 259725)
  mdesautels@lccr.com
Dana Isaac Quinn (SBN 278848)
  disaac@lccr.com
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444
Fax: (415) 543-0296

Attorneys for Plaintiffs and the Putative Classes
[*Additional Counsel Listed on Following Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | CASE NO. 14-cv-05200-EMC<br><br>**JOINT STIPULATION TO VACATE CMC AND VACATE OR EXTEND DEADLINE TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT**<br><br>[~~PROPOS~~ED] ORDER FILED CONCURRENTLY HEREWITH |

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>DHANANJAY MANTHRIPRAGADA, SBN 254433<br>  dmanthripragada@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>  kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendants<br>Uber Technologies, Inc. and Rasier, LLC | SEYFARTH SHAW LLP<br>PAMELA Q. DEVATA (admitted *pro hac vice*)<br>pdevata@seyfarth.com<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>Telephone:     (312) 460-5000<br>Facsimile:       (312) 460-7000<br><br>SEYFARTH SHAW LLP<br>TIMOTHY L. HIX (SBN 184372)<br>thix@seyfarth.com<br>333 S. Hope Street, Suite 3900<br>Los Angeles, California 90071<br>Telephone:     (213) 270-9600<br>Facsimile:       (213) 270-9601<br><br>Attorneys for Defendant<br>Hirease, LLC |

JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:     415.433.1940
Fax:    415.399.8490

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 7-12, Plaintiffs Ronald Gillette, Abdul Mohamed, Shannon Wise, Brandon Farmer, and Meghan Christenson (collectively, "Plaintiffs"), Defendants Uber Technologies, Inc. and Rasier, LLC (together, "Uber"), and Defendant Hirease, LLC ("Hirease") (together with Plaintiffs and Uber, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 30, 2016, the Parties participated in mediation before a private mediator. While the mediation was productive, the parties were unable to reach resolution on March 30, 2016, and scheduled a second day of mediation for May 2, 2016.

WHEREAS, on April 12, 2016, the Court granted a joint stipulation filed by the Parties, permitting Plaintiffs to file an Amended Consolidated Complaint and setting the deadline for Uber and Hirease to respond to the Complaint as "thirty (30) days after the amended consolidated complaint is filed or thirty (30) days after the second day of mediation occurs, whichever is later …." ECF No. 170 at 3.

WHEREAS, on April 13, 2016, Plaintiffs filed an Amended Consolidated Complaint. *See* ECF No. 171.

WHEREAS, on May 2, 2016, the Parties participated in a second mediation session before a private mediator. The Parties were unable to reach a settlement-in-principle at that time; however, the mediation session was productive and settlement discussions continued after that session.

WHEREAS, on May 26, 2016, the Court granted a joint stipulation filed by the Parties setting June 22, 2016 as the deadline for Uber and Hirease to respond to the Amended Consolidated Complaint, in light of the "continuing resolution discussions" between the Parties. ECF No. 174.

WHEREAS, Plaintiffs filed a notice of settlement on June 15, 2016, advising the Court that Plaintiffs and Uber have reached a settlement-in-principle in this case, have "executed a Memorandum of Understanding ('MOU'), and are in the process of preparing [a] final settlement agreement and related documentation." ECF No. 178 at 1.

WHEREAS, Plaintiffs and Hirease continue to engage in good faith settlement negotiations in an effort to reach their own settlement.

WHEREAS, this is Defendants' third request to vacate or extend the time to respond to the Amended Consolidated Complaint.

WHEREAS, the Court previously scheduled a Case Management Conference for June 30, 2016 (10:00 a.m.), and Civil Local Rule 16-10(d) therefore requires the Parties to file a Joint Case Management Statement on or before June 23, 2016.

WHEREAS, in light of the settlement-in-principle between Plaintiffs and Uber, as well as the ongoing resolution discussions between Plaintiffs and Hirease, the Parties believe that it would preserve the time and resources of both the Parties and the Court to vacate the Case Management Conference scheduled for June 30, 2016 and the accompanying Joint Case Management Statement filing deadline.

**NOW THEREFORE**, the Parties stipulate, subject to the approval of this Court, as follows:

1. In light of the settlement-in-principle between Uber and Plaintiffs, Uber's deadline to file a responsive pleading is hereby vacated, until and unless this Court denies Plaintiffs' forthcoming motion(s) for preliminary and/or final settlement approval. Should this Court deny Plaintiffs' motion(s) for preliminary and/or final settlement approval, Uber's responsive pleading deadline shall be thirty (30) days after the Court issues its order denying settlement approval.

2. Hirease's deadline to file a responsive pleading is hereby extended to July 6, 2016.

3. The Case Management Conference scheduled for June 30, 2016 (10:00 a.m.) is vacated. Therefore, the parties shall not be required to submit a Joint Case Management Statement on or before June 23, 2016.

Dated:  June 22, 2016              Respectfully submitted,

                                   GOLDSTEIN, BORGEN, DARDARIAN & HO

                                   *Laura L. Ho*
                                   Laura L. Ho
                                   Attorneys for Plaintiffs and the Putative Class

| | |
|---|---|
| Dated: June 22, 2016 | Respectfully submitted, |
| | AHDOOT & WOLFSON, P.C. |
| | |
| | *Tina Wolfson* |
| | Tina Wolfson |
| | Attorneys for Plaintiffs and the Putative Class |
| | |
| Dated: June 22, 2016 | Respectfully submitted, |
| | LITTLER MENDELSON, P.C. |
| | |
| | *Rod Fliegel* |
| | Rod M. Fliegel |
| | Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC |
| | |
| Dated: June 22, 2016 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | *Joshua Lipshutz* |
| | Joshua Lipshutz |
| | Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC |
| | |
| Dated: June 22, 2016 | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| | |
| | *Timothy Hix* |
| | Timothy Hix |
| | Attorneys for Defendant Hirease, LLC |

### [PROPO~~S~~ED] ORDER

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.** The Further CMC is reset for 8/4/16 at 10:30 a.m. An updated joint CMC statement shall be filed by 7/28/16.

Dated: _____ June 22 _____, 2016

_____
The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**ECF ATTESTATION**

    I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: June 22, 2016                              GIBSON DUNN & CRUTCHER, LLP

                                                                                                By <u>/s/ Kevin J. Ring-Dowell</u>
Kevin J. Ring-Dowell

Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC