Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:     (510) 763-9800
Fax:     (510) 835-1417

Meredith Desautels (SBN 259725)
mdesautels@lccr.com
Dana Isaac Quinn (SBN278848)
disaac@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Tel:  (415) 543-9444
Fax: (415) 543-0296

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, CA  90069
Tel: (310) 474-9111
Fax: (310) 474-8585

Attorneys for Plaintiffs and the Putative Class

Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE UBER FCRA LITIGATION

Case No.: 14-cv-05200-EMC

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM AUGUST 4, 2016 TO SEPTEMBER 8, 2016; [PROPOSED] ORDER**

Before:  Hon. Edward M. Chen

JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:  415.433.1940
Fax: 415.399.8490

THEODORE J. BOUTROUS, Jr., Bar No. 132099
tboutrous@gibsondunn.com
DEBRA WONG YANG, Bar No. 123289
dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, Bar No. 140308
mmcrae@gibsondunn.com
THEANE D. EVANGELIS, Bar No. 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, Bar No. 254433
dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7000
Fax: 213.229.7520

JOSHUA S. LIPSHUTZ, Bar No. 242557
jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, Bar No. 278289
kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel:  415.393.8200
Fax: 415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

SEYFARTH SHAW LLP
PAMELA DEVATA (*pro hac* pending)
pdevata@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel: 312.460.5000
Fax: 312.460.7000

595896.5

1  SEYFARTH SHAW LLP
   TIMOTHY L. HIX (CSB 184372)
2  thix@seyfarth.com
   333 South Hope Street, Suite 3900
3  Los Angeles, CA 90071
   Tel:  213.270.9600
4  Fax:  213.270.9601

5  Attorneys for Defendant HIREASE, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

595896.5

595896.5

**IT IS HEREBY STIPULATED AND REQUESTED** by and between the parties, through their undersigned counsel of record, based upon the following recitals:

1.    WHEREAS, a case management conference is scheduled for August 4, 2016 at 10:30 a.m. in the instant action.

2.    WHEREAS, a case management conference is scheduled for September 8, 2016 at 10:30 a.m. in both *Yucesoy et al. v. Uber Technologies, Inc.* (Case No. C-15-0262-EMC) and *Del Rio et al. v. Uber Technologies, Inc. et al.* (Case No. 3:15-cv-03667-EMC).

3.    WHEREAS, holding the case management conference in the instant action on September 8, 2016 along with the case management conferences in *Yucesoy* and *Del Rio* will serve judicial economy and promote efficiency given the various overlapping issues.  Furthermore, holding the further case management conference on September 8, 2016 would be more convenient for the parties and their counsel.

4.    WHEREAS, the requested modification will not require the alteration of any other deadline already set by the Court.

## **STIPULATION**

The Parties hereby stipulate, agree and respectfully request that the case management conference currently scheduled for August 4, 2016 at 10:30 a.m. be continued to September 8, 2016 at 10:30 a.m.

595896.5

Dated:  July 29, 2016                    Respectfully submitted,

                                         GOLDSTEIN, BORGEN, DARDARIAN & HO

                                         /s/Theodore W. Maya
                                         Laura L. Ho
                                         Andrew P. Lee
                                         300 Lakeside Drive, Suite 1000
                                         Oakland, CA  94612
                                         Tel:  (510) 763-9800
                                         Fax:  (510) 835-1417

                                         AHDOOT & WOLFSON, P.C.
                                         Tina Wolfson
                                         Robert Ahdoot
                                         Theodore W. Maya
                                         Bradley K. King

                                         Attorneys for Plaintiffs and the Putative Class

Dated:  July 29, 2016                    LITTLER MENDELSON, P.C.

                                         /s/Rod M. Fliegel
                                         John C. Fish, Jr.
                                         Rod M. Fliegel
                                         Andrew M. Spurchise
                                         333 Bush Street, 34th Floor
                                         San Francisco, CA  94104
                                         Tel:  415.433.1940
                                         Fax: 415.399.8490
                                         Attorneys for Defendants
                                         UBER TECHNOLOGIES, INC. AND RASIER, LLC

Dated:  July 29, 2016                    SEYFARTH SHAW LLP

                                         /s/Timothy Hix
                                         Timothy Hix
                                         333 South Hope Street, Suite 3900
                                         Los Angeles, CA 90071
                                         Tel: (213) 270-9600
                                         Fax: (213) 270-9601

                                         Attorneys for Defendant, Hirease LLC

595896.5

**ATTESTATION OF FILER**

I, Rod M. Fliegel, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.  Signed this 29th day of July 2016.

*/s/* Rod M. Fliegel

**IT IS SO ORDERED:**



**HONORABLE EDWARD M. CHEN**

Firmwide:141807279.1 073208.1047

595896.5