Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:    (510) 763-9800
Fax:    (510) 835-1417

Meredith Desautels (SBN 259725)
mdesautels@lccr.com
Dana Isaac Quinn (SBN278848)
disaac@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Tel: (415) 543-9444
Fax: (415) 543-0296

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, CA  90069
Tel: (310) 474-9111
Fax: (310) 474-8585

Attorneys for Plaintiffs and the Putative Class

Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM SEPTEMBER 15, 2016 TO OCTOBER 18, 2016; [PROPOSED] ORDER**<br><br>Before: Hon. Edward M. Chen |

JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415.433.1940
Fax: 415.399.8490

THEODORE J. BOUTROUS, Jr., Bar No. 132099
tboutrous@gibsondunn.com
DEBRA WONG YANG, Bar No. 123289
dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, Bar No. 140308
mmcrae@gibsondunn.com
THEANE D. EVANGELIS, Bar No. 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, Bar No. 254433
dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7000
Fax: 213.229.7520

JOSHUA S. LIPSHUTZ, Bar No. 242557
jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, Bar No. 278289
kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel: 415.393.8200
Fax: 415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

SEYFARTH SHAW LLP
PAMELA DEVATA (*pro hac* pending)
pdevata@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel: 312.460.5000
Fax: 312.460.7000

SEYFARTH SHAW LLP
TIMOTHY L. HIX (CSB 184372)
thix@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, CA 90071
Tel: 213.270.9600
Fax: 213.270.9601

Attorneys for Defendant HIREASE, LLC

**IT IS HEREBY STIPULATED AND REQUESTED** by and between the parties, through their undersigned counsel of record, based upon the following recitals:

1. WHEREAS, a case management conference is scheduled for September 15, 2016 at 10:30 a.m. in the instant action. The case management statement for this case management conference is due by September 8, 2016.

2. WHEREAS, a case management conference is scheduled for October 18, 2016 at 10:30 a.m. in *O'Connor v. Uber Technologies, Inc.* (Case No. C-15-0262-EMC).

3. WHEREAS, the parties in *Del Rio v. Uber Technologies, Inc.* (Case No. 3:15-cv-03667-EMC) filed a joint stipulation on September 2, 2016 requesting that the status conference in that action be continued from September 15, 2016 to October 18, 2016.

4. WHEREAS, holding the case management conference in the instant action on October 18, 2016 along with the case management conference in *O'Connor* (and potentially *Del Rio*) will serve judicial economy and promote efficiency. Furthermore, holding the further case management conference on October 18, 2016 would be more convenient for the parties and their counsel.

5. WHEREAS, the requested modification will not require the alteration of any other deadline already set by the Court.

## STIPULATION

The Parties hereby stipulate, agree and respectfully request that the case management conference currently scheduled for September 15, 2016 at 10:30 a.m. be continued to October 18, 2016 at 10:30 a.m. The deadline for filing a case management statement shall be continued from September 8, 2016 to October 11, 2016.

Dated: September 6, 2016

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/Theodore W. Maya*
Laura L. Ho
Andrew P. Lee
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:  (510) 763-9800
Fax: (510) 835-1417

AHDOOT & WOLFSON, P.C.
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Bradley K. King

Attorneys for Plaintiffs and the Putative Class

Dated: September 6, 2016

LITTLER MENDELSON, P.C.

*/s/Rod M. Fliegel*
John C. Fish, Jr.
Rod M. Fliegel
Andrew M. Spurchise
333 Bush Street, 34th Floor
San Francisco, CA  94104
Tel:  415.433.1940
Fax: 415.399.8490
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

Dated: September 6, 2016

SEYFARTH SHAW LLP

*/s/Timothy Hix*
Timothy Hix
333 South Hope Street, Suite 3900
Los Angeles, CA 90071
Tel: (213) 270-9600
Fax: (213) 270-9601

Attorneys for Defendant, Hirease LLC

## ATTESTATION OF FILER

I, Rod M. Fliegel, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. Signed this 6th day of September 2016.

/s/ Rod M. Fliegel

**IT IS SO ORDERED:**

September 7, 2016

**HONORABLE EDWARD M. CHEN**

Firmwide:142556574.1 073208.1047