GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:     415.393.8200
Facsimile:     415.393.8306

LITTLER MENDELSON, P.C.
ANDREW M. SPURCHISE, SBN 245998
  aspurchise@littler.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:    415.433.1940
Fax:    415.399.8490

Attorneys for Uber Technologies, Inc. and Rasier, LLC

[*Additional Counsel Listed on Following Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | CASE NO. 14-cv-05200-EMC |
| | **JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| | (Denied) |
| | Judge:  Hon. Edward M. Chen |

Gibson, Dunn &
Crutcher LLP

GOLDSTEIN, BORGEN, DARDARIAN & HO
LAURA L. HO, SBN 173179
  lho@gbdlegal.com
ANDREW P. LEE, SBN 245903
  alee@gbdlegal.com
WILLIAM C. JHAVERI-WEEKS, SBN 289984
  wjhaveriweeks@gbdhlegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel:     510.763.9800
Fax:     510.835.1417

AHDOOT & WOLFSON, PC
TINA WOLFSON, SBN 174806
  twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
  rahdoot@ahdootwolfson.com
THEODORE W. MAYA, SBN 223242
  tmaya@ahdootwolfson.com
BRADLEY K. KING, SBN 274399
  bking@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, CA  90069
Tel:     310.474.9111
Fax:     310.474.8585

Attorneys for Plaintiffs

SEYFARTH SHAW LLP
Pamela Q. Devata (admitted *pro hac vice*)
  pdevata@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:     312.460.5000
Facsimile:     312.460.7000

SEYFARTH SHAW LLP
Timothy L. Hix (SBN 184372)
  thix@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone:     213.270.9600
Facsimile:     213.270.9601

Attorneys for Defendant Hirease, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

1    **STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

2    Pursuant to Civil Local Rule 7-12, the *In re Uber FCRA Litigation* Plaintiffs, Defendant

3    Hirease, LLC ("Hirease"), and Defendants Uber Technologies, Inc. and Rasier, LLC (together,

4    "Uber"), by and through their respective counsel of record, hereby stipulate as follows:[1]

5    WHEREAS, on November 21, 2016, the Court stayed (1) the above-captioned case,

6    (2) *O'Connor et al v. Uber Technologies, Inc.*, Northern District of California Case No. CV 13-

7    03826-EMC ("*O'Connor*"), (3) *Yucesoy v. Uber Technologies, Inc.*, Northern District of California

8    Case No. CV 15-00262-EMC ("*Yucesoy*"), (4) *Del Rio v. Uber Technologies, Inc.*, Northern District

9    of California Case No. CV 15-03667-EMC ("*Del Rio*"), and (5) *Johnston v. Uber Technologies, Inc.*,

10   Northern District of California Case No. 16-cv-03134-EMC ("*Johnston*") (collectively, the "Uber

11   Cases") until the next scheduled Case Management Conference in the Uber Cases;

12   WHEREAS, on January 24, 2017, the Court granted the parties' stipulation to reschedule the

13   Case Management Conference in the Uber Cases to March 23, 2017, at 11:00 a.m., to account for a

14   change in the hearing date for the PAGA settlement approval hearing in *Price v. Uber Technologies,*

15   *Inc.*, Los Angeles Superior Court, Case No. BC554512, *see O'Connor* Dkt. 783;

16   WHEREAS on February 7, 2017, the Court granted the parties' stipulation to reschedule the

17   Case Management Conference in the Uber Cases to March 22, 2017, at 10:00 a.m., in light of certain

18   scheduling conflicts, *see O'Connor* Dkt. 786;

19   WHEREAS, the *Price* Court held a PAGA settlement approval hearing on March 10, 2017

20   and declined to enter a final order regarding the parties' joint motion for PAGA settlement approval;

21   WHEREAS, the *Price* Court ordered further supplemental briefing pertaining to the *Price*

22   parties' joint motion for PAGA settlement approval to be submitted on or before March 24, 2017, and

23   scheduled a second PAGA settlement approval hearing for May 2, 2017;

24

25

26   [1] The *O'Connor*, *Yucesoy*, *Del Rio*, and *Johnston* class and putative class plaintiffs declined to
     stipulate to move the Case Management Conference and Joint Case Management Conference
     Statement deadlines currently scheduled in those cases.  Accordingly, and for the same reasons
27   set forth above, Uber will file an expedited motion to move the Case Management Conference
     and Case Management Conference Statement deadlines in *O'Connor*, *Yucesoy*, *Del Rio*, and
28   *Johnston*.

Gibson, Dunn &
Crutcher LLP

1    WHEREAS, this Court indicated that it wanted to schedule the next Case Management

2  Conference in the Uber Cases for a date after the *Price* Court has completed its PAGA settlement

3  approval hearing;

4    NOW THEREFORE, the undersigned parties hereby stipulate, subject to the approval of this

5  Court, that:

6    1.    The Case Management Conference set for March 22, 2017, at 10:00 a.m., should be

7  rescheduled for June 1, 2017, at 10:30 a.m.

8    2.    Case Management Conference Statements should be due on May 25, 2017.

9    3.    *In re Uber FCRA Litigation*, Case No. 14-cv-05200-EMC should remain STAYED

10  until the next Case Management Conference.

11

**IT IS SO STIPULATED**

12

13  Dated:  March 14, 2017              Respectfully submitted,

14                                      GIBSON, DUNN & CRUTCHER LLP

15

16                                      ___/s/ Theodore J. Boutrous, Jr._____
                                        Theodore J. Boutrous, Jr.
                                        Attorneys for Defendants Uber Technologies, Inc. and
17                                      Rasier, LLC

18

19  Dated:  March 14, 2017              Respectfully submitted,

                                        SEYFARTH SHAW LLP
20

21                                      ___/s/ Timothy Hix_____
                                        Timothy Hix
22                                      Attorneys for *In re FCRA* Defendant Hirease, LLC

23

24  Dated:  March 14, 2017              Respectfully submitted,

                                        LITTLER MENDELSON, P.C.
25

26                                      ___/s/ Andrew M. Spurchise_____
                                        Andrew M. Spurchise
27                                      Attorneys for Defendants Uber Technologies, Inc.
                                        and Rasier, LLC

28

Gibson, Dunn &
Crutcher LLP

Dated:  March 14, 2017                         Respectfully submitted,

                                               GOLDSTEIN, BORGEN, DARDARIAN & HO


                                                 */s/ Laura L. Ho*
                                               Laura L. Ho
                                               Attorneys for *In re Uber FCRA* Plaintiffs


**[PRO~~POS~~ED] ORDER**

   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  `Denied.  CMC remains`
`set for 3/22/17 at 10:00 a.m.  An updated joint CMC statement shall be filed`
`by 3/16/17.`

Dated: ____3/16____, 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED
Judge Edward M. Chen

The ___
U ___

3

Gibson, Dunn &
Crutcher LLP

1    I, Kevin Ring-Dowell, hereby attest that concurrence in the filing of this document has been
2    obtained from counsel for all parties.

3    Dated:  March 14, 2017                             By:      /s/ *Kevin Ring-Dowell*
4                                                                 Kevin Ring-Dowell

Gibson, Dunn &
Crutcher LLP