Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, P.C.**
1016 Palm Avenue
West Hollywood, California  90069
(310) 474-9111; (310) 474-8585 (Fax)

Laura L. Ho (SBN 173179)
*lho@gbdhlegal.com*
Andrew P. Lee (SBN 245903)
*alee@gbdhlegal.com*
William C. Jhaveri-Weeks (SBN 289984)
*wjhaveriweeks@gbdhlegal.com*
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, California  94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

*Attorneys for Plaintiffs and Interim Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>Hon. Edward M. Chen<br><br>**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXTEND TIME TO FILE AND TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>[N.D. CAL. L.R. 6-3, 7-11] |

Plaintiffs hereby respectfully request (i) a short extension of time by which to file their memorandum of law in support of their Motion for Preliminary Approval of Class Action Settlement ("Motion"), and (ii) leave to file the Motion in excess of the twenty-five (25) page limit.  In support of this motion, Plaintiffs state as follows:

1. The parties have worked diligently and collaboratively to ensure the Motion would be filed by April 21, 2017, as ordered by the Court.

2. Due to a recent power outage in San Francisco, the parties are hindered in their ability to finalize all necessary documents required in support of the Motion;

3. In light of this delay, Plaintiffs request the Court grant them a short extension, allowing them to file the Motion on or before April 25, 2017.

4. Due to the complexity of legal and factual issues involved, the parties would suffer substantial harm without the ability to exercise due care in finalizing all documents.

5. The parties have not previously, by stipulation or Court order, modified the deadline by which to file the Motion.

6. This extension will not disturb the already-calendared hearing date of June 1, 2017, as that hearing date, in accordance with N.D. CAL. L.R.7-2(a), is not less than thirty-five (35) days after the extended deadline of April 25, 2017.

7. As a result, the requested time modification would have no effect on the schedule for this case.

8. Pursuant to Northern District Local Rule 7-11(a), counsel for Plaintiffs and counsel for Defendants have conferred and agree that the short extension is necessary.  *See* Stipulation to Extend Time to File and to Exceed Page Limitation for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed concurrently herewith.

9. Additionally, Plaintiffs request leave to file their Motion with up to ten (10) additional pages.

10. Given the complexity of the legal and factual issues involved in the preliminary approval and class certification analysis, the twenty-five (25) page limitation set forth in the Civil

Local Rules would inhibit Plaintiffs' ability to thoroughly and adequately brief the merits of the Motion and proposed Settlement to the Court.

11. Pursuant to Northern District Local Rule 7-11(a), counsel for Plaintiffs and counsel for Defendants have conferred and agree that due to the number and complexity of issues raised in Plaintiffs' Motion, it will be necessary for Plaintiffs to exceed the twenty-five (25) page limitation. *See* Stipulation to Extend Time to File and to Exceed Page Limitation for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed concurrently herewith.

Accordingly, Plaintiffs hereby request leave to file their Motion on or before April 25, 2017, not to exceed thirty-five (35) pages.

Dated: April 21, 2017                                      AHDOOT & WOLFSON, PC

By: */s/ Tina Wolfson*
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
1016 Palm Ave.
West Hollywood, CA 90069
Tel: (310) 474-9100
Fax: (310) 474-8585

Attorneys for Plaintiffs and the Putative Class