
1  Tina Wolfson (SBN 174806)
   *twolfson@ahdootwolfson.com*
2  Robert Ahdoot (SBN 172098)
   *rahdoot@ahdootwolfson.com*
3  Theodore W. Maya (SBN 223242)
   *tmaya@ahdootwolfson.com*
4  **AHDOOT & WOLFSON, P.C.**
   1016 Palm Avenue
5  West Hollywood, California  90069
   (310) 474-9111; (310) 474-8585 (Fax)
6
   Laura L. Ho (SBN 173179)
7  *lho@gbdhlegal.com*
   Andrew P. Lee (SBN 245903)
8  *alee@gbdhlegal.com*
   William C. Jhaveri-Weeks (SBN 289984)
9  *wjhaveriweeks@gbdhlegal.com*
   **GOLDSTEIN, BORGEN, DARDARIAN & HO**
10 300 Lakeside Drive, Suite 1000
   Oakland, California  94612
11 Tel:  (510) 763-9800
   Fax:  (510) 835-1417
12

13 *Attorneys for Plaintiffs and Interim Co-Lead Counsel*

14             **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16

17 IN RE UBER FCRA LITIGATION

Case No.: 14-cv-05200-EMC

Hon. Edward M. Chen

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO EXTEND TIME TO FILE AND TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION FOR LEAVE TO EXTEND TIME TO FILE AND TO EXCEED PAGE LIMITATION

1  Upon consideration of Plaintiffs' Unopposed Administrative Motion for Leave to Extend Time to File and to Exceed the Page Limitation in filing their Motion for Preliminary Approval of the Proposed Settlement, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Plaintiffs' Motion is GRANTED. Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement shall be filed on or before April 25, 2017. Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement shall not exceed thirty-five (35) pages.

**IT IS SO ORDERED.**

Dated: 4/24/17



2

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION FOR LEAVE TO EXTEND TIME TO FILE AND TO EXCEED PAGE LIMITATION