Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California  90069
(310) 474-9111; (310) 474-8585 (Fax)


Laura L. Ho (SBN 173179)
*lho@gbdhlegal.com*
Andrew P. Lee (SBN 245903)
*alee@gbdhlegal.com*
William C. Jhaveri-Weeks (SB
N 289984)
*wjhaveriweeks@gbdhlegal.com*
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, California  94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

*Attorneys for Plaintiffs and Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC |
|---|---|
| | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Before:  The Honorable Edward M. Chen |

Pursuant to Civil Local Rules ("LR") 7-11 and 79-5, Plaintiffs Ronald Gillette, Abdul Kadir Mohamed, Shannon Wise, Brandon Farmer, and Meghan Christenson (collectively, "Plaintiffs"), by and through their counsel, file this administrative motion to seal portions of the following documents that Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Defendants") have designated as confidential and requested to be filed under seal:

- Page 5, line 3, page 26, lines 9-11, and page 31, lines 22-23 of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;

- Page 5, lines 4-6 of the Declaration of Tina Wolfson in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; and

- Page 27, lines 2, 7-8, and 14-15 of the Stipulation of Settlement.

Attached here are: (a) the Declaration of Tina Wolfson in support of this administrative motion and Proof of Service pursuant to LR 79-5(e); (b) a Proposed Order pursuant to LR 79-5(d)(1)(B); (c) redacted versions of the above-referenced documents Defendants seek to be filed under seal pursuant to LR 79-5(d)(1)(C); and (d) sealed, unredacted versions of the above-referenced documents Defendants seek to be filed under seal in accordance with LR 79-5(d)(1)(D).

Pursuant to LR 79-5(e)(1), Defendants must file a declaration within 4 days of this filing to establish that the above-designated material is sealable.

Respectfully submitted,

**AHDOOT & WOLFSON, PC**

Dated: April 25, 2017           */s/ Tina Wolfson*
                                           Tina Wolfson
                                           Robert Ahdoot
                                           Theodore W. Maya
                                           Attorneys for Plaintiffs and Interim Lead Counsel

Dated: April 25, 2017           **GOLDSTEIN, BORGEN, DARDARIAN & HO**

                                           */s/ Laura L. Ho*
                                           Laura L. Ho
                                           Andrew P. Lee

William C. Jhaveri-Weeks
Attorneys for Plaintiffs and Interim Lead Counsel

## ATTESTATION OF FILER

The undersigned hereby attests that all signatories above have concurred in the filing of this motion.

/s/ Tina Wolfson
Tina Wolfson