1  Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
2  Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
3  William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
4  GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
5  Oakland, CA  94612
Tel:   (510) 763-9800
6  Fax:   (510) 835-1417

7  Robert Ahdoot (SBN 172098)
Tina Wolfson (SBN 174806)
8  Theodore Maya (SBN 223342)
AHDOOT & WOLFSON, PC
9  1016 Palm Avenue
West Hollywood, CA 90069
10  (310) 474-9111; (310) 474-8585 (FAX)

11  *Additional counsel listed on the following page*

12  Attorneys for Plaintiffs and the Putative Class

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17  IN RE UBER FCRA LITIGATION

| | |
|---|---|
| | Case No.: 14-cv-05200-EMC |
| IN RE UBER FCRA LITIGATION | **DECLARATION OF LAURA L. HO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Date:     June 1, 2017<br>Time:     1:30 p.m.<br>Before:  Hon. Edward M. Chen |
| | Trial Date:     None Set |

1  Elisa Della-Piana (SBN 226462)
   edellapiana@lccr.com
2  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
3  131 Steuart Street, Suite 400
   San Francisco, CA  94105
4  Tel:  (415) 543-9444
   Fax:  (415) 543-0296
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

675145.5

I, Laura L. Ho, declare as follows:

1.      I am a member in good standing of the Bar of the State of California and a partner at the law firm of Goldstein, Borgen, Dardarian & Ho ("GBDH"), in Oakland, California.  I am a member of Interim Lead Counsel and represent the Plaintiffs in the above-captioned matter.  I submit this declaration in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement.  I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if called upon to do so.

2.      I recommend approval of the proposed Settlement, which I consider to be an excellent result for the proposed Settlement Class in light of the potential exposure and significant risks of continued litigation, set out in detail in the Declaration of Tina Wolfson.  I strongly believe that the Settlement is fair and appropriate, is in the best interests of the Settlement Class, and will result in prompt and significant financial benefit to participating Settlement Class Members.

## QUALIFICATIONS TO REPRESENT THE SETTLEMENT CLASS

3.      Goldstein Borgen Dardarian & Ho ("GBDH") is a plaintiffs' class action firm that was founded in 1972, in Oakland, California.  GBDH has a national practice.  We have litigated class and collective action lawsuits over the last forty-five years in Arizona, Florida, Georgia, Illinois, Missouri, Minnesota, Maryland, New Jersey, New York, Pennsylvania, Tennessee, and Texas, as well as California, where our office is located.

4.      GBDH long has been recognized as one of the leading plaintiffs' class action and employment litigation firms in the country.  The National Law Journal listed the firm in its "A National Who's Who of the Top Lawyers in Employment Litigation."  *See* "Bias Law Booms," The National Law Journal (July 27, 1992) at 36 (referring to the firm as "[i]n a league of their own").  *Business Week* published an article featuring the class action litigation our firm has accomplished, referring to our firm as the "Swat Team of Bias Law."  More recently, California Lawyer Magazine has named the firm's senior partners California Lawyers of the Year (the "CLAY Award"), and Best Lawyers has named them Attorney of the Year for Labor and Employment Litigation in the local community.  Every year since 2004, GBDH partners have been named "Northern California Super

Lawyers" by their peers, in recognition of their outstanding legal achievements and high ethical standards.

5.    A copy of my resume is attached hereto as Exhibit A.  I have practiced law since 1994, with an emphasis in employment litigation.  I have been with GBDH since October 1998, became a partner in January 2005, and became a named partner in January 2013.  From October 1998 until December 2004, I was an associate at GBDH.  During my time at GBDH, I have been responsible for all facets of class action employment and other complex litigation, from pre-filing investigation through trial and appeal.  Since approximately October 1998, I have spent most of my time representing workers in wage and hour matters, both individually and in class and collective actions, leading to favorable statewide class action and nationwide collective action settlements that have recouped millions of dollars in unpaid wages, including *Willner v. Manpower Inc.*, 11-cv-2846 (N.D. Cal.) ($8.75 million settlement of wage and hour class action on behalf of temporary employees), *Garcia v. Oracle*, JCCP No. 4597 (Alameda Cnty. Super. Ct. Mar. 9, 2012) (final approval of $35 million settlement for 1,725 software employees); *Zamora, et al. v. Balboa Life & Cas., LLC, et al.*, No. BC360026 (L.A. Cnty. Super. Ct. Mar. 7, 2013) (final approval in 2013 of up to $6 million settlement for approximately 10,631 employees denied proper meal and rest breaks); *Myart v. Autozone*, No. 05CC03219 (Orange Cnty. Super. Ct. Nov. 2, 2011) (final approval of $9 million settlement on behalf of hourly workers statewide); *Contreras v. Bank of America*, No. CGC-07-467749 (S.F. Cnty. Super. Ct. Sept. 3, 2010) (co-lead counsel in $16.65 million settlement for 3,000 mortgage loan officers in California approved in 2010); *Mousai v. E-Loan, Inc.*, No. 06-01993 SI (N.D. Cal. May 30, 2007) ($13.6 million settlement in overtime class action for mortgage salespeople approved in May 2007); *Lin v. Siebel Systems, Inc.*, No. CIV 435601 (San Mateo Cnty. Super. Ct. Apr. 27, 2007) (final approval in 2007 for $27.5 million class action settlement in overtime case for certified class of over 800 software engineers); *Butler v. Countrywide*, No. BC 268250 (L.A. Cnty. Super. Ct. June 27, 2005) ($30 million class settlement for over 450 misclassified account executives approved in 2005*).*

6.    GBDH also has significant experience litigating systemic civil rights cases.  GBDH serves as class counsel in *Willits v. City of Los Angeles*, No. 10-cv-05782 CBM (RZx) (C.D. Cal.), in

675145.5

which the plaintiffs successfully obtained a settlement that requires the City of Los Angeles to spend in excess of $1.37 billion over thirty years to remove access barriers that prevent individuals with mobility disabilities from having full and equal enjoyment of the City's pedestrian right of way. Similarly, GBDH serves as class counsel in the *Ochoa v. City of Long Beach*, No. 14-cv-04307-DSF (FFMx) (C.D. Cal.), in which the plaintiffs recently obtained a settlement that requires the City of Long Beach to spend approximately $200 million over thirty years to remove access barriers from its pedestrian right of way.  My firm has also successfully litigated and settled cases under the California Voting Rights Act ("CVRA"), including *Moreno v. City of Anaheim*, No. 30-2012-0057998-CV-CR-CXC (Orange Cnty. Super. Ct.) (CVRA challenge to at large election system for city council; settled 2014) and *Rios v. ABC Unified School District,* No BC505510 (L.A. Cnty. Super. Ct.) (CVRA challenge to at large election system for school board; settled 2013).  In addition, GBDH recently prevailed in *Ernst v. City of Chicago*, 08-cv-04370, a case in which the plaintiffs challenged the City of Chicago's physical abilities test that discriminated against female paramedics.

7.     Andrew Lee is a 2006 graduate of the University of California Hastings College of the Law and has been a member of the California State Bar since 2006.  He is admitted to practice in California and before the United States District Courts for the Central and Northern Districts of California, as well as before the United States Courts of Appeals for the Ninth Circuit.  Mr. Lee is responsible for all aspects of class action and complex litigation.  He has served as class counsel in the following matters, among others: *Willits v. City of Los Angeles*, No. 10-cv-05782 CBM (RZx) (C.D. Cal.) ($1.37 billion injunctive relief class action on behalf of a class of persons with mobility disabilities who reside in the City of Los Angeles); *Ochoa v. City of Long Beach*, No. 14-cv-04307-DSF (FFMx) (C.D. Cal.) ($200 million injunctive relief class action on behalf of a class of persons with mobility disabilities who reside in the City of Long Beach); *Reynoldson v. City of Seattle*, No. 15-cv-01608 (certified injunctive relief class action on behalf of a class of persons with mobility disabilities who reside in the City of Seattle); (*Lopes v. Kohl's Department Stores*, Case No. RG08380189 (Alameda County Superior Court) (certified wage and hour class action involving approximately 122,000 class members); *Williams v. H&R Block Enterprises, Inc.*, Case No.

675145.5

RG08366506 (Alameda County Superior Court) ($7.5 million class action for unpaid wages); *Wren v. RGIS Inventory Specialists, LLC*, Case No. C-06-05778 (N.D. Cal.) ($27 million nation-wide collective action and multi-state class action for unpaid wages); *Rosa et al. v. Morrison Homes*, Case No. 373059 (Stanislaus County Superior Court) ($5.9 million construction defect class action); and *Chau et al. v. CVS RX Services, Inc.*, Case No. BC349224 (Los Angeles Superior Court) ($19.75 million class action for unpaid wages).

8.     William C. Jhaveri-Weeks joined GBDH in March 2015 and is a partner at the firm.  He graduated from Yale College with honors and received a J.D. from New York University Law School in 2007, magna cum laude and Order of the Coif.  He became a member of the New York bar in 2008 and practiced corporate and commercial litigation for four and a half years at Debevoise & Plimpton LLP in New York City.  From 2008 to 2009, Mr. Jhaveri-Weeks clerked for the Honorable R. Guy Cole, Jr., of the United States Court of Appeals for the Sixth Circuit.  Mr. Jhaveri-Weeks became a member of the California bar in June 2013.  For two years, he practiced plaintiff-side employment law at a Bay Area firm.  At GBDH, he has worked on a range of California and nationwide class and collective actions in employment, consumer, disability rights, and other types of cases.  He has been appointed class counsel, along with other attorneys at GBDH, in *Talamantes v. PPG Industries, Inc.*, 13-cv-4062-WHO (N.D. Cal.) ($5 million settlement in misclassification case on behalf of "Business Development Representatives) and *Willey v. TTI Industries*, RG16806307 (Alameda Cnty. Super. Ct.) ($3.5 million settlement in off-the-clock case for sales representatives, granted preliminary approval in April 2017), among others.

## ATTORNEYS' FEES AND COSTS

9.     GBDH has expended approximately 2,784 hours in this litigation through April 15, 2017.  I expect that GBDH will incur approximately 200 additional hours of time to see this case through completion of the settlement, including: finalizing and filing these preliminary approval papers; appearing for the hearing on the preliminary approval motion; finalizing the Court-approved Notice forms; working with Defendants and the settlement administrator to distribute the settlement notice; supervising the notice distribution; responding to class member inquiries or challenges;

1  responding to any requests for exclusion or objections; preparing and filing final approval papers,

2  including a final motion for a class representative enhancement award and an award of reasonable

3  attorneys' fees and costs; attending the final approval hearing; working with Defendants and the

4  settlement administrator on the distribution of awards to the Class; monitoring the award distributions

5  to the Class; ensuring that any residual is paid to the Court-approved *cy pres* beneficiaries; and

6  reporting to the Court that the distribution of settlement funds has been completed.

7       10.     The hours spent (and to be spent) reflect time spent reasonably litigating this case, in

8  which GBDH has sought to manage and staff efficiently.  These 2,784 hours of work amount to an

9  approximate lodestar of $1.39 million based on GBDH's historic hourly rates.

10      11.     Throughout this litigation, GBDH's billing practices have been consistent with the

11  Court's Order Granting Motion to Consolidate and Appoint Interim Lead Counsel.  (ECF No. 111.)

12  This Order sets forth requirements regarding appropriate billing practices for this case, including the

13  requirement that Interim Lead Counsel maintain daily, contemporaneous time records and

14  appropriately staff depositions, court hearings, and document review tasks.  Prior to the filing of

15  Interim Lead Counsel's request for reasonable attorneys' fees, costs, and expenses, I will review our

16  billing records to confirm that GBDH's time entries and resulting lodestar conform to the Court's

17  Order Granting Motion to Consolidate and Appoint Interim Lead Counsel.

18      12.     The applied hourly rates are commensurate with the rates of practitioners with similar

19  experience within the California legal market.  My firm's hourly rates have been previously approved

20  by numerous courts.  *See, e.g.*, *Barnes v. Sprig, Inc.*, No. CGC-15-548154 (S.F. Cnty. Super. Ct. Dec.

21  20, 2016) (in final approval order, finding "that [GBDH's] 2016 hourly rates are reasonable and

22  commensurate with the prevailing rates for wage and hour class actions"); *Willits v. City of Los*

23  *Angeles*, No. 2:10-cv-05782-CBM-MRW (C.D. Cal. Aug. 25, 2016) (ECF No. 418) (approving

24  GBDH's 2015 rates); *Mayton, et al. v. Konica Minolta Business Solutions, U.S.A., Inc.*, No.

25  RG12657116 (Alameda Cnty. Super. Ct. June 22, 2015).  GBDH has also been paid at prevailing

26  hourly rates for work done on a non-contingent basis for work outside of this matter.  GBDH will

27  provide updated and more precise lodestar information to the Court in its fees and costs application.

28

DECLARATION OF LAURA L. HO ISO MOT. FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 14-CV-05200-EMC

675145.5

13.     I have reviewed the billing records for the Lawyers Committee for Civil Rights of the San Francisco Bay Area ("LCCR"), who also serve as Plaintiffs' Counsel in this matter.  LCCR spent 104.3 hours litigating this case for an approximate lodestar of $46,000 based on historic billing rates.

14.     GBDH has incurred approximately $30,000 in litigation costs to date.  These costs include court-filing and process-serving fees ($1,470), mediation costs ($6,250), travel and meal expenses (approximately $900), online research costs (approximately $14,600), postage and federal express costs, and copying costs (approximately $5,000).  This amount of costs is modest and reflects efficient litigation of the case.  GBDH will provide the Court with updated costs information and additional briefing in its fees and costs application.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 25th day of April, 2017, in Oakland, CA.

Laura L. Ho

DECLARATION OF LAURA L. HO ISO MOT. FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 14-CV-05200-EMC

675145.5

# EXHIBIT A

**LAURA L. HO**
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)
lho@gbdhlegal.com
www.gbdhlegal.com

## LEGAL EXPERIENCE

**Goldstein, Borgen, Dardarian & Ho**, Oakland, CA, Partner, January 2005 – present; Associate, October 1998 – December 2004.  Plaintiffs' federal and state court employment class action litigation.  2009 California Lawyer of the Year Award Winner for employment law.  2006, 2010-2015 Super Lawyer.  Top Attorney In Northern California, San Francisco Magazine August 2011.  Best Lawyer's 2014 Lawyer of the Year for Oakland in Litigation-Labor and Employment.

**The Honorable John C. Coughenour,** Chief Judge of the Federal District Court of the Western District of Washington, Seattle, WA; Judicial Law Clerk, September 1997 – September 1998.

**ACLU Foundation National Immigrants' Rights Project,** San Francisco, CA; Staff Counsel, November 1996 to September 1997.  Federal court litigation on behalf of immigrants.

**Asian Law Caucus, Inc.,** San Francisco, CA; Attorney (NAPIL Equal Justice Fellow), September 1994 to October 1996; Legal Intern, June to August 1993.  Conducted wide-ranging advocacy on behalf of low-wage immigrant workers, including litigation and policy work; established workers' rights clinic for Asian immigrant workers; supervised law students.

## EDUCATION

**Yale Law School**, New Haven, CT; J.D., June 1994
**Honors:**  Connecticut Bar Fellowship, 1993-94; Raphael Lemkin Human Rights Fellowship, 1992-93; Stephen J. Massey Prize, 1992-93
**Activities:**  Lowenstein International Human Rights Project, Director, 1992-93; Pacific Islander, Asian and Native American Law Student Association, Executive Board Member and Coordinator for Minority Recruitment, 1992-93; Yale Journal of International Law, Editor, 1991-92.

**University of Washington**, Seattle, WA; B.A. in History, B.A. in International Studies, June 1991
**Honors:**  *Cum Laude*, yearly High Scholarship all four years.

## BAR ADMISSION

1994; California, U.S. District Court, Northern District of California and U.S. Court of Appeals, Ninth Circuit; 1995, U.S. District Court, Central District of California; 1997, U.S. Court of Appeals, 10th Circuit

472902.7

**PROFESSIONAL AFFILIATIONS**
Asian Law Caucus, Board Member, 2005 – 2014
San Francisco Bar Association, Labor and Employment Committee, Executive Member 2006-2008
NELA and ABA member

**LITIGATION EXPERIENCE**
(partial listing)

Talamantes v. PPG Indus., Inc., 13-cv-4062-WHO (N.D. Cal.) (final approval of $5 million settlement on behalf of 109 class and collective action members nationwide granted in December 2015)

Vasquez v. USM, Inc., C13-05449 WHA (N.D. Cal.) (preliminary approval of California class action on behalf of janitors alleging that USM and Ross Dress for Less underfunded janitorial contracts in violation of California Labor Code § 2810 granted in 2015)

Willner v. Manpower Inc., 11-cv-2846 (final approval of $8.75 million settlement for temporary employees granted in 2015)

Bennett v. SimplexGrinnell, 11-CV-01854-JST (N.D. Cal.) (final approval of $4.9 class settlement on behalf of employees who perform testing and inspection of fire and sprinkler systems for prevailing wages granted in 2015)

Welch v. Genentech, Case No. CIV 524550 (Superior Court, San Mateo County) (final approval of $2.95 million class settlement granted in December 2014)

Lange v. Ricoh, Case No. RG13682710 (Superior Court, Alameda County) (final approval granted in December 2014 of class settlement for 250 account executives for expense reimbursements)

Melliz v. Bellflower, Case No. BC551555 (Superior Court, Los Angeles County) (California Voting Rights Act case brought on behalf of Latino voters settled in January 2015)

Moreno v. Anaheim, Case No. 30-2012-00579998-CU-CR-CXCA (Superior Court, Orange County) (California Voting Rights Act case brought on behalf of Latino voters settled in January 2014)

Rios v. ABC Unified School District, BC505510 (Superior Court, Los Angeles County) (California Voting Rights Act case brought on behalf of Latino voters settled in November 2013)

Macey v. Wells Fargo, JCCP 4654 (Superior Court, San Francisco County) (final approval of $3 million class settlement granted in March 2014)

Morazan v. Aramark, No. 13-CV-00936-YGR (N.D. Cal.) (final approval of $2.75 million class settlement granted in November 2013)

Vemulapati v. Siebel Systems Inc., No. RG 13662755 (Superior Court, Alameda County final approval of class action settlement granted in September 2013)

Zamora v. Countrywide, BC 360026 (Superior Court, Los Angeles County) (class settlement for over 10,000 hourly employees for meal and rest and other claims given final approval in March 2013)

Garcia v. Oracle, RG 07321026 (Superior Court, Alameda County) (certified class action regarding misclassification and related claims for 1,700 computer and technical employees; final approval of $35 million class settlement granted in March 2012)

Galu v. Genentech, Inc., No. CIV505266 (Superior Court, San Mateo County) (lead counsel for $2.1 million settlement for approximately 100 people; final approval granted in 2012)

Myart v. Autozone, Case No. 05CC03219 (Superior Court, Orange County) (Class counsel in certified class action for over 30,000 hourly workers for off the clock claims; final approval granted in November 2011)

Contreras v. Bank of America, Case No. CGC-07-467749 (Superior Court, San Francisco County) ($16.65 million class settlement for California mortgage loan officers finally approved in 2010)

Meyn v. Peet's, No. RG08398070 (Superior Court, Alameda County) ($2.6 million class settlement for California Store Managers finally approved in 2010)

Mousai v. E-Loan, Inc., No. 06-01993 SI (N.D. Cal.) ($13.6 million settlement in overtime class action for mortgage salespeople approved in May 2007)

Lin v. Siebel Systems, Inc., No. CIV 435601 (Superior Court, San Mateo County) ($27.5 million class action settlement in overtime case for certified class of over 800 software engineers approved in 2007)

Butler v. Countrywide, No. BC 268250 (Superior Court, Los Angeles County) ($30 million class settlement for certified class of over 450 misclassified account executives approved in 2005)

Sims v. Downey Savings and Loan Assoc., No. C 05-01293 (Superior Court, Contra Costa County) ($900,000 class action settlement in 2007 for 111 underwriters for claims of unpaid overtime and annual bonus)

Chinese Progressive Association v. Anna Wong, et al., Case No. A11568 (California Court of Appeal, First Appellate District) (counsel for appellant in appeal of fee award against non-profit community organization for bringing UCL claims on behalf of garment workers who were denied any payment of wages for hours worked)

Tokar v. GEICO, No. GIC 810166 (Superior Court, San Diego County) (class of over 3,000 telephone center workers seeking overtime pay; final approval of $3.3 million settlement granted 2004)

Bullock v. Automobile Club of Southern California, No. SACV01-731GLT (C.D. Cal.) (FLSA collective action certified for over 500 opt-in Sales Agent plaintiffs; $19 million settlement approved in 2004)

Cruz, et al. v. Estados Unidos Mexicanos, et al., No. C01-00892 CRB (N.D. Cal.) (counsel for settlement class of WWII era braceros for return of "savings fund" wages)

D'Imperio v. Nation's Foodservice, Inc., No. C-00309 PJH (N.D. Cal.) (overtime class action for 90 restaurant managers; final approval granted in 2001 to $950,000 settlement)

Davis v. The Money Store, No. 99A501716 (Superior Court, Sacramento) ($6 million class settlement approved December 2000)

Otero v. Rent-A-Center, No. BC 217038 (Superior Court, Los Angeles) ($3 million class settlement approved in 2000)

<u>Gentry v. Superior Court (Circuit City Stores)</u>, No. S141502 (Cal. 2007) (counsel for amici curiae in overtime case involving class action waiver in arbitration agreement)

<u>Sav-on Drug Stores, Inc. v. Superior Court</u>, 34 Cal. 4th 319 (2004) (counsel for amici curiae in case involving class certification standards in California)

<u>Morillion v. Royal Packing Co.</u>, 22 Cal. 4th 575 (2000) (counsel for amici curiae in case involving definition of "hours worked" under California Labor Code)

<u>Earley v. Superior Court</u>, 79 Cal. App. 4th 1420 (2000) (counsel for amici curiae in case involving California's one-wage fee shifting statute for overtime wage claims)

<u>Cuadra v Millan</u>, 17 Cal. 4th 855 (1998) (writ proceeding successfully challenging DLSE's practice of calculating back wages from date of hearing rather than date of filing of claim)

<u>Bureerong v. Uvawas</u>, 922 F. Supp. 1450 (C.D. Cal. 1996) (group action for wages and other damages for Thai sweatshop workers held in virtual "slave" sweatshop)

<u>Sale v. HCC</u>, 509 U.S. 155 (1993) (challenge to U.S. policy of interdicting on the high seas Haitians fleeing from Haiti and returning them to Haiti without determining whether those returned are refugees as defined under international law)

<u>HCC v. Sale</u>, 823 F. Supp. 1028 (E.D.N.Y. 1993) (successfully challenging U.S. policy of indefinite detention of Haitian refugees who tested positive for HIV)

## <u>CONFERENCE PRESENTATIONS AND PUBLICATIONS (partial listing)</u>

9th Annual ABA Section of Labor and Employment Law Conference, "Revisions to the White Collar Exemptions," Philadelphia, PA (Nov. 2015)

PLI's Cutting Edge Employment Law Issues 2015:  The California Difference, "Navigating a Potpourri of Ethical Challenges," San Francisco, CA (Sept. 2015)

National Employment Lawyers Association, Protecting Pay:  Representing Workers with Wage and Hour Claims, "Facing Arbitration—Arbitration Process & Strategies," Washington, D.C. (April 24-25, 2015)

8th Annual ABA Section of Labor and Employment Law Conference, "Litigating Hybrids Under FRCP 23 and Section 216:  How Do You Certify a Class and a Collective Action?" Los Angeles, CA (Nov. 2014)

27th Annual California Employment Lawyers Association Employment Law Conference, "Wage and Hour Litigation:  Impact of Recent Blockbuster Supreme Court Decisions," San Diego, CA (Oct. 10, 2014)

National Employment Lawyers Association, 2014 Annual Convention, "Keeping the Heat on Employers in FLSA Cases," Boston, MA (June 26, 2014)

7th Annual ABA Section of Labor and Employment Law Conference, "Negotiating an FLSA Settlement Agreement:  Legal and Practical Considerations," New Orleans, LA (Nov. 2013)

The Impact Fund Class Action Institute, Faculty Member, San Francisco, CA (Sept. 2013)

State Bar of California, Third Annual Advanced Wage and Hour Conference, "Recent Developments Update, Including the Most Recent Cases from the United States and the California Supreme Court," San Francisco, CA (July 31, 2013)

California Employment Lawyers Association, Ninth Annual Advanced Wage and Hour Seminar, "Preparing and Taking Your Class Action to Trial – Part 2," Glendale, CA (April 5, 2013)

National Employment Lawyers Association, "Preventing Wage Theft:  A Two-Day Guide to Litigating Cases Involving Wages, Hours & Work," Chicago, IL (Mar. 8-9, 2013)

## PUBLICATIONS
(partial)
Contributing Editor, <u>The Fair Labor Standards Act</u>, Cumulative Supplement, Bureau of National Affairs, Inc.

Chapter and Senior Editor, <u>Wage and Hour Laws, A State-by-State Survey</u>, Main Volume and Supplements, ABA Section of Labor and Employment Law

**Articles:**
*Collective Action Basics*, 10 Emp. Rts. and Emp. Pol'y J. 427 (2006)

*Litigation of Wage and Hour Collective Actions Under the Fair Labor Standards Act*, 7 Emp. Rts. and Emp. Pol'y J. 129 (2003) (with David Borgen)

*(Dis)assembling Rights of Women Workers on the Global Assemblyline:  Human Rights and Garment Industry*, 31 Harv. C.R.-C.L. L. Rev. 383 (1996) (with Cathy Powell and Leti Volpp).

*Worker Protection Compromised:  The Fair Standards Act Meets the Bankruptcy Code, 2* Asian Pac. Am. L.J. 38 (1994) (with Lora Jo Foo and Thomas M. Kim).

*Litigating as Law Students:  An Inside Look at Haitian Centers Council*, 103 Yale L.J. 2337 (1994) (with Victoria Clawson and Elizabeth Detweiler).