Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Robert Ahdoot (SBN 172098)
Tina Wolfson (SBN 174806)
Theodore Maya (SBN 223342)
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, CA 90069
(310) 474-9111; (310) 474-8585 (FAX)

*Additional counsel listed on the following page*

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC <br><br> **DECLARATION OF DORSEY E. NUNN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:     June 1, 2017 <br> Time:     1:30 p.m. <br> Before:   Hon. Edward M. Chen <br><br> Trial Date:    None Set |

1 | Elisa Della-Piana (SBN 226462)
2 | edellapiana@lccr.com
  | LAWYERS' COMMITTEE FOR CIVIL
3 | RIGHTS OF THE SAN FRANCISCO BAY AREA
  | 131 Steuart Street, Suite 400
4 | San Francisco, CA 94105
  | Tel: (415) 543-9444
5 | Fax: (415) 543-0296

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

I, Dorsey E. Nunn, declare as follows:

1. I am the executive director at Legal Services for Prisoners with Children ("LSPC") in San Francisco, California. I submit this declaration in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if called upon to do so.

2. I understand that the parties in the above-captioned matter have entered into a settlement agreement that provides for the creation of a $7.5 million settlement fund that will benefit the proposed settlement class. I also understand that the parties have designated LSPC as the *cy pres* beneficiary, and that LSPC will receive, subject to Court approval, any monies remaining in the settlement fund after distribution to the settlement class and the payment of settlement administration costs.

3. Located in San Francisco, California, LSPC is a non-profit organization with tax deductible status under 26 U.S.C. § 501(c)(3). LSPC's mission is to organize communities impacted by the criminal justice system and advocates to release incarcerated people, to restore human and civil rights and to reunify families and communities. One of our primary campaigns, Ban the Box, calls for the fair and equitable use of background check information. In 2004, LSPC's grass roots organizing campaign, All of Us of None, coined the term "Ban the Box" and began policy efforts to delay questions about conviction histories in employment applications until after a person has been found qualified for the job. Considering job applicants' full history—such as work history, experience, and certifications—rather than just conviction history, makes the hiring process much more equitable and non-discriminatory for all job applicants, including formerly incarcerated people and people with criminal histories. LSPC believes that the fair use of background check information is critical to leveling the playing field for the approximately 70 million Americans with arrest or conviction history.

4. Once LSPC had successfully passed a Ban the Box law in San Francisco, we focused our efforts on larger government entities across the country, including the state of California. Today, Ban the Box has become a national movement with 26 states, the District of Columbia, and more than 150 cities implementing Ban the Box laws.

5. LSPC's Ban the Box campaign focuses on ensuring that employers' hiring practices are compliant with applicable federal and state background check laws, such as the Fair Credit Reporting Act ("FCRA"), reducing the number of jobs requiring background checks, eliminating questions about past convictions on applications, and ending employment discrimination against persons with criminal histories. Our strategies, which have a national reach, include legal support, trainings, advocacy, public education, grassroots mobilization and developing community partnerships. For example, LSPC has implemented such strategies in New Mexico; North Carolina; Philadelphia, Pennsylvania; Seattle, Washington; Minneapolis, Minnesota; and Texas. LSPC also participates in clean slate clinics in which we assist people who are disadvantaged by modern-day background check practices. Such work includes informing job applicants of their rights under various background check laws, including the FCRA and analogous state laws, ensuring that job applicants maximize their opportunity to dispute inaccurate or improper background check information, and navigating the complicated process of dismissing convictions, sealing non-conviction arrest records, and obtaining certificates of rehabilitation. LSPC works with legal advocates, service providers, and community activists across the country to expand access to these services. LSPC also advocates for improved laws and policies nationwide to increase the number of convictions that can be dismissed, to expand the results of dismissals, and to streamline the process so more people can have access to clean slate remedies.

6. LSPC advocates for and supports companies in voluntarily implementing better hiring practices. In 2015, we met with Uber representatives about limiting their use of background checks for drivers and employers, and notifying disqualified drivers of potential clean slate remedies. Since then, we have partnered with Uber to work at the local and state level to limit the regulatory requirements related to conviction histories for TNC drivers. We have also met with Uber to share and explain how conviction histories affect real people on an ongoing basis and continue to encourage and work with Uber to increase access to living wages and fair labor practices for all people taking home a check from Uber.

//

//

1  I declare under penalty of perjury under the laws of the State of California and the United
2 States that the foregoing is true and correct. Executed this 20th day of April, 2017, in San Francisco,
3 CA.

_____
Dorsey E. Nunn

4

DECLARATION OF DORSEY E. NUNN ISO MOT. FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 14-CV-05200-EMC

675582.2