THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
mmcrae@gibsondunn.com
DEBRA WONG YANG, SBN 123289
dwongyang@gibsondunn.com
THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, Bar No. 242557
jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, Bar No. 278289
kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile: 415.393.8306

JOHN C. FISH, Jr., SBN 160620
jfish@littler.com
ROD M. FLIEGEL, SBN 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, SBN 245998
aspurchise@littler.com
SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California  94104
Telephone:     415.433.1940
Facsimile:     415.399.8490

WILLIAM J. SIMMONS, SBN 02158-2007
*(pro hac vice)*
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:     267.402.3000
Facsimile:     267.402.3131

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Uber FCRA Litigation | Case No.  3:14-cv-05200-EMC<br><br>Consolidated with: 14-cv-05241-EMC<br>                              15-cv-03009-EMC<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Defendants") support Plaintiffs' motion for preliminary approval of the proposed class action settlement because the settlement is fair, reasonable, and adequate. Defendants also agree to provisional certification of the proposed class for settlement purposes only.

Defendants vigorously denied and continue to dispute all of the substantive claims and contentions alleged in the consolidated actions, and deny any and all allegations of wrongdoing, fault, liability, or damage of any kind to Plaintiffs and the putative class, and vigorously dispute that they have engaged in any actionable conduct. Defendants have agreed to resolve the cases to eliminate the uncertainties, burden, expense, and delay of further protracted litigation. In particular, Defendants reserve all of their objections to class certification for litigation purposes, reserve the right to oppose class certification for non-settlement purposes, and do not consent to certification of the proposed class for any purpose other than to effectuate the settlement. Defendants also explicitly reserve their right to compel arbitration, consistent with the Ninth Circuit's opinion in *Mohamed v. Uber Techs., Inc.*, 848 F.3d 1201, 1216 (9th Cir. 2016) should approval of the settlement be denied.

Defendants respectfully request that the Court enter the Proposed Preliminary Approval Order.

Dated: May 1, 2017

                                            */s/ Rod M. Fliegel*
                                            Rod M. Fliegel
                                            LITTLER MENDELSON, P.C.
                                            Attorneys for Defendants
                                            UBER TECHNOLOGIES, INC. AND RASIER, LLC

Firmwide:147319135.1 073208.1047