| | |
|---|---|
| GOLDSTEIN, BORGEN, DARDARIAN & HO<br>Laura L. Ho (SBN 173179)<br>lho@gbdhlegal.com<br>Andrew P. Lee (SBN 245903)<br>alee@gbdhlegal.com<br>William C. Jhaveri-Weeks (SBN 289984)<br>wjhaveriweeks@gbdhlegal.com<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>Tel: (510) 763-9800<br>Fax: (510) 835-1417 | AHDOOT & WOLFSON, P.C.<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Robert Ahdoot (SBN 172098)<br>rahdoot@ahdootwolfson.com<br>Theodore W. Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>1016 Palm Avenue<br>West Hollywood, CA 90069<br>Tel: (310) 474-9111<br>Fax: (310) 474-8585 |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS<br>OF THE SAN FRANCISCO BAY AREA<br>Meredith Desautels (SBN 259725)<br>mdesautels@lccr.com<br>Dana Isaac Quinn (SBN 278848)<br>disaac@lccr.com<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>Tel: (415) 543-9444<br>Fax: (415) 543-0296 | |

Attorneys for Plaintiffs

[Additional counsel listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 3:14-cv-05200-EMC<br><br>**NOTICE OF SETTLEMENT**<br><br>Before: Hon. Edward M. Chen<br><br>Trial Date: None Set |

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Pamela Q. Devata (Admitted *pro hac vice*) |
|   | pdevata@seyfarth.com |
| 3 | 233 S. Wacker Drive, Suite 8000 |
|   | Chicago, Illinois 60606-6448 |
| 4 | Tel: 312.460.5000 |
|   | Fax: 312.460.7000 |

SEYFARTH SHAW LLP
Timothy L. Hix (SBN 184372)
thix@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, CA 90071
Tel:  213.270.9600
Fax:  213.270.9601

SEYFARTH SHAW LLP
Nicole Baarts (SBN 226733)
nbaarts@seyfarth.com
Selyn Hong (SBN 303398)
shong@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Tel: 415.397.2823
Fax: 415.397.8549

Attorneys for Defendant HIREASE, LLC

**TO THE HONORABLE EDWARD M. CHEN:**

Plaintiffs Abdul Kadir Mohamed, Brandon Farmer, Shannon Wise, Meghan Christenson, and Ronald Gillette, on the one hand, and Defendant Hirease, LLC ("Hirease," together with "Plaintiffs," the "Parties"), on the other, have reached an agreement to resolve the above-referenced matter on an individual basis. Currently, the Parties are in the process of finalizing the paperwork for that agreement. Upon completion of their relative obligations under the agreement, the Parties will file a stipulated request for dismissal of Plaintiffs' individual claims against Hirease with prejudice and of Plaintiffs' purported class claims against Hirease without prejudice.

Dated:  May 15, 2017               Respectfully submitted,

                                   GOLDSTEIN, BORGEN, DARDARIAN & HO

                                   /s/  Laura L. Ho
                                   Laura L. Ho
                                   Andrew P. Lee
                                   300 Lakeside Drive, Suite 1000
                                   Oakland, CA  94612
                                   Tel:  (510) 763-9800
                                   Fax:  (510) 835-1417

                                   AHDOOT & WOLFSON, P.C.
                                   Tina Wolfson
                                   Robert Ahdoot
                                   Theodore W. Maya
                                   Bradley K. King
                                   1016 Palm Avenue
                                   West Hollywood, CA  90069
                                   Tel:  (310) 474-9111
                                   Fax:  (310) 474-8585

                                   Attorneys for Plaintiffs

| | |
|---|---|
| Dated: May 15, 2017 | SEYFARTH SHAW LLP |
| | */s/ Pamela Q. Devata* |
| | Pamela Q. Devata (Admitted *pro hac vice*) |
| | 233 S. Wacker Drive, Suite 8000 |
| | Chicago, Illinois 60606-6448 |
| | Tel: (312) 460-5000 |
| | Fax: (312) 460-7000 |
| | |
| | Attorneys for Defendant |
| | HIREASE, LLC |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Selyn Hong, attest that concurrence in the filing of this Notice of Settlement has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. Signed this 15th day of May, 2017.

*/s/ Selyn Hong*