UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE UBER FCRA LITIGATION | Case No. 14-cv-05200-EMC |
|---|---|
| | **ORDER RE: HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL** |
| | Docket No. 223 |

Plaintiffs' motion for preliminary approval of a class action settlement, Docket No. 223, is set for hearing on June 1, 2017. At the hearing, the parties should be prepared to discuss why any claims process is necessary, given that "Defendants represent and warrant that they are in possession of the names, last known e-mail address, and last known physical mailing address of all Potential Settlement Class Members." Docket No. 222 ¶ 70(a)(iv).

**IT IS SO ORDERED**.

Dated: May 31, 2017

_____
EDWARD M. CHEN
United States District Judge