| | |
|---|---|
| GOLDSTEIN, BORGEN, DARDARIAN & HO | AHDOOT & WOLFSON, P.C. |
| Laura L. Ho (SBN 173179) | Tina Wolfson (SBN 174806) |
| lho@gbdhlegal.com | twolfson@ahdootwolfson.com |
| Andrew P. Lee (SBN 245903) | Robert Ahdoot (SBN 172098) |
| alee@gbdhlegal.com | rahdoot@ahdootwolfson.com |
| William C. Jhaveri-Weeks (SBN 289984) | Theodore W. Maya (SBN 223242) |
| wjhaveriweeks@gbdhlegal.com | tmaya@ahdootwolfson.com |
| 300 Lakeside Drive, Suite 1000 | Bradley K. King (SBN 274399) |
| Oakland, CA 94612 | bking@ahdootwolfson.com |
| Tel: (510) 763-9800 | 1016 Palm Avenue |
| Fax: (510) 835-1417 | West Hollywood, CA 90069 |
| | Tel: (310) 474-9111 |
| | Fax: (310) 474-8585 |

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana (SBN 226462)
edellapiana@lccr.com
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444
Fax: (415) 543-0296

Attorneys for Plaintiffs

[Additional counsel listed on following page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No. 3:14-CV-05200- EMC |
| | **STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |
| | Judge: Hon. Edward M. Chen |
| | Date Action Filed: November 24, 2014 |
| | Trial Date: None Set |

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Pamela Q. Devata (Admitted *pro hac vice*) |
| 2 | pdevata@seyfarth.com |
|   | 233 S. Wacker Drive, Suite 8000 |
| 3 | Chicago, Illinois 60606-6448 |
|   | Tel: 312.460.5000 |
| 4 | Fax: 312.460.7000 |
| 5 | SEYFARTH SHAW LLP |
|   | Timothy L. Hix (SBN 184372) |
| 6 | thix@seyfarth.com |
|   | 333 South Hope Street, Suite 3900 |
| 7 | Los Angeles, CA 90071 |
|   | Tel:  213.270.9600 |
| 8 | Fax:  213.270.9601 |
| 9 | SEYFARTH SHAW LLP |
|   | Nicole Baarts (SBN 226733) |
| 10 | nbaarts@seyfarth.com |
|   | Selyn Hong (SBN 303398) |
| 11 | shong@seyfarth.com |
|   | 560 Mission Street, Suite 3100 |
| 12 | San Francisco, California 94105 |
|   | Tel: 415.397.2823 |
| 13 | Fax: 415.397.8549 |
| 14 | Attorneys for Defendant HIREASE, LLC |

1 | IT IS HEREBY STIPULATED by and between Plaintiffs Ronald Gillette, Abdul Kadir Mohamed, Shannon Wise, Brandon Farmer, and Meghan Christenson ("Plaintiffs"), on the one hand, and Defendant Hirease, LLC ("Hirease"), on the other, by and through their respective counsel, that Plaintiffs' individual claims against Hirease in the above-captioned action are dismissed with prejudice, and Plaintiffs' putative class claims are dismissed without prejudice. Each of the individual plaintiffs and Hirease is to bear his or her own costs and attorneys' fees, except as separately agreed upon in the individual settlement agreements the Parties have entered.

**IT IS SO STIPULATED**.

DATED: May 30, 2017

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

By: */s/ Laura L. Ho*
    Laura L. Ho
    Andrew P. Lee

AHDOOT & WOLFSON, p.C.
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Bradley K. King
1016 Palm Avenue
West Hollywood, CA 90069
Tel: (310) 474-9111
Fax: (310) 474-8585

Attorneys for Plaintiffs and the Putative Class

DATED: May 30, 2017

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Pamela Q. Devata*
    Pamela Q. Devata
    Timothy L. Hix
    Nicole Bolson Baarts
    Selyn Hong

Attorneys for Defendant
HIREASE, LLC

1

STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER / CASE NO. 3:14-CV-05200-EMC

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Selyn Hong, attest that concurrence in the filing of this stipulation has been obtained from the signatories Laura L. Ho, counsel for Plaintiffs, and Pamela Q. Devata, counsel for Hirease. Executed this 30th day of May 2017 in San Francisco, California.

By: */s/ Selyn Hong*
Selyn Hong

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Plaintiffs' individual claims against Hirease are dismissed with prejudice and Plaintiffs' putative class claims are dismissed without prejudice. Each of the individual plaintiffs and Hirease is to bear his or her own costs and attorneys' fees, except as separately agreed upon in the individual settlement agreements the Parties have entered.

**IT IS SO ORDERED.**

DATED: ___6/1/17_____   _____

HON. EDWARD M. CHEN
Judge