# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE UBER FCRA LITIGATION

Case No. 3:14-cv-05200-EMC

Hon. Edward M. Chen

**[PR~~OP~~OSED] ORDER CONTINUING DEADLINE FOR PLAINTIFF'S SUPPLEMENTAL BRIEFING AND REVISED CLASS NOTICE**

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the June 8, 2017 deadline (Dkt. 231) for Plaintiffs to file supplemental briefing in support of preliminary approval of class action settlement, including a revised class notice, is CONTINUED to June 13, 2017.

**IT IS SO ORDERED.**

Dated: 6/8/17

