Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California  90069
(310) 474-9111; (310) 474-8585 (Fax)

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, California  94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Before:  The Honorable Edward M. Chen |

1   Pursuant to Civil Local Rules ("LR") 7-11 and 79-5, Plaintiffs Ronald Gillette, Abdul Kadir Mohamed, Shannon Wise, Brandon Farmer, and Meghan Christenson (collectively, "Plaintiffs"), by and through their counsel, file this administrative motion to seal portions of the following documents that the class action notice and settlement administrator firm, Angeion Group, LLC ("Angeion"), has designated as containing confidential, proprietary information and requested to be filed under seal:

- Page 9, lines 4-22 of the Joint Supplemental Brief in support of the Motion for Preliminary Approval of Class Action Settlement; and
- Page 5, lines 22-27, page 6, lines 1-16, and portions of page 7, lines 2, 4, 5, 7, 20, and 22 of the Supplemental Declaration of Steven Weisbrot, Esq. in support of the Motion for Preliminary Approval of Class Action Settlement.

Attached here are: (a) the Declaration of Tina Wolfson in support of this administrative motion pursuant to LR 79-5(d)(1)(A); (b) a Proposed Order pursuant to LR 79-5(d)(1)(B); (c) redacted versions of the above-referenced documents Angeion seeks to be filed under seal pursuant to LR 79-5(d)(1)(C); and (d) sealed, unredacted versions of the above-referenced documents Angeion seeks to be filed under seal in accordance with LR 79-5(d)(1)(D).

Respectfully submitted,

**AHDOOT & WOLFSON, PC**

Dated: June 13, 2017

*/s/ Tina Wolfson*
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Bradley K. King

**GOLDSTEIN, BORGEN, DARDARIAN & HO**

Laura L. Ho
Andrew P. Lee
William C. Jhaveri-Weeks

Attorneys for Plaintiffs and the Putative Class

2
PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SUPP BRIEF ISO PRELIM APPROVAL MOTION
CASE NO. 14-CV-05200-EMC