ROD M. FLIEGEL, SBN 168289
*rfliegel@littler.com*
**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, California  94104
Tel:    415.433.1940; Fax:    415.399.8490

*Attorneys for Defendants*

Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California  90069
Tel:  (310) 474-9111; Fax:  (310) 474-8585

Laura L. Ho (SBN 173179)
*lho@gbdhlegal.com*
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, California  94612
Tel:  (510) 763-9800; Fax:  (510) 835-1417

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Uber FCRA Litigation | Case No.  14-cv-05200-EMC |
| | Consolidated with: 14-cv-05241-EMC<br>                              15-cv-03009-EMC |
| | **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND THE PARTIES' TIME TO RESPOND TO THE COURT'S PRELIMINARY APPROVAL ORDER FILE RESPONSIVE PLEADING (DKT. 242)** |
| | Complaint Filed:  November 24, 2014 |
| | Trial Date:  None set. |

STIPULATED REQUEST AND [PROPOSED]
ORDER TO EXTEND THE PARTIES' TIME                1.                                                3:14-cv-05200-EMC
TO RESPOND TO PRELIM. APP. ORDER

1      WHEREAS, on June 29, 2017, the Court issued its Order Granting Plaintiffs' Motion for
2  Preliminary Approval of Class Action Settlement (Dkt. 242).

3      WHEREAS, the Court ordered the Parties to submit to devise and submit a design for a "trial
4  test run … to ascertain what percentage [of emails] are likely to be blocked as spam … within seven
5  (7) days from the date of … [the] order for approval."  (Dkt. 242, 15: 20-23.)

6      WHEREAS, since June 29, 2017, the Parties have worked diligently to submit the design for
7  the trial test run by July 6, 2017, however, given the holiday weekend and logistics involved in
8  devising a design for such a test run (*i.e.* consultation with appropriate experts, meet and confer
9  between the Parties themselves), the Parties will require an additional fourteen (14) days (to July 20,
10 2017) to make a submission to the Court on this issue.

11     THEREFORE, the Parties to this Stipulation hereby stipulate and respectfully request as
12 follows: that the Court extend the deadline for the Parties to make its submission regarding the email
13 test (along with an updated Preliminary Approval Order) on or before July 20, 2017.

15 Dated: July 5, 2017

16     */s/ Rod M. Fliegel*
17     Rod M. Fliegel
    LITTLER MENDELSON, P.C.
    Attorneys for Defendants Uber Technologies,
18     Inc. and Rasier, LLC

19 Dated: July 5, 2017

21     */s/Tina Wolfson*
    Tina Wolfson
    AHDOOT & WOLFSON, PC
22     Attorneys for Plaintiffs

23 Dated: July 5, 2017

25     */s/ Laura L. Ho*
    Laura L. Ho
    GOLDSTEIN, BORGEN, DARDARIAN &
26     HO
    Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: July 5, 2017

                                            /s/ *Rod M. Fliegel*
                                            ROD M. FLIEGEL

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____, 2017

                                            HON. EDWARD M. CHEN