ROD M. FLIEGEL, SBN 168289
rfliegel@littler.com
**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, California 94104
Tel: 415.433.1940; Fax: 415.399.8490

*Attorneys for Defendants*

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111; Fax: (310) 474-8585

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Uber FCRA Litigation | Case No. 14-cv-05200-EMC<br><br>Consolidated with: 14-cv-05241-EMC<br>15-cv-03009-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND THE PARTIES' TIME TO RESPOND TO THE COURT'S PRELIMINARY APPROVAL ORDER FILE RESPONSIVE PLEADING (DKT. 242)**<br><br>Complaint Filed: November 24, 2014<br><br>Trial Date: None set. |

WHEREAS, on June 29, 2017, the Court issued its Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. 242).

WHEREAS, the Court ordered the Parties to submit to devise and submit a design for a "trial test run … to ascertain what percentage [of emails] are likely to be blocked as spam … within seven (7) days from the date of … [the] order for approval." (Dkt. 242, 15: 20-23.)

WHEREAS, since June 29, 2017, the Parties have worked diligently to submit the design for the trial test run by July 6, 2017, however, given the holiday weekend and logistics involved in devising a design for such a test run (*i.e.* consultation with appropriate experts, meet and confer between the Parties themselves), the Parties will require an additional fourteen (14) days (to July 20, 2017) to make a submission to the Court on this issue.

THEREFORE, the Parties to this Stipulation hereby stipulate and respectfully request as follows: that the Court extend the deadline for the Parties to make its submission regarding the email test (along with an updated Preliminary Approval Order) on or before July 20, 2017.

Dated: July 5, 2017

/s/ Rod M. Fliegel
Rod M. Fliegel
LITTLER MENDELSON, P.C.
Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

Dated: July 5, 2017

/s/Tina Wolfson
Tina Wolfson
AHDOOT & WOLFSON, PC
Attorneys for Plaintiffs

Dated: July 5, 2017

/s/ Laura L. Ho
Laura L. Ho
GOLDSTEIN, BORGEN, DARDARIAN & HO
Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: July 5, 2017

/s/ *Rod M. Fliegel*
ROD M. FLIEGEL

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __July 7__, 2017



_____
HON. E
Judge Edward M. Chen