Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, CA  90069
Tel:	(310) 474-9111
Fax:	(310) 474-8585

Attorneys for Plaintiffs and the Putative Classes

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:	415.433.1940
Facsimile:	415.399.8490

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

[*Additional Counsel Listed on Following Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In Re Uber FCRA Litigation | Case No.  14-cv-05200-EMC |
|---|---|
| | Consolidated with: 14-cv-05241-EMC<br>15-cv-03009-EMC |
| | **STIPULATED REQUEST AND [PROPOSED] ORDER TO FURTHER EXTEND THE PARTIES' TIME TO RESPOND TO THE COURT'S PRELIMINARY APPROVAL ORDER (DKT. 242)** |
| | Complaint Filed:  November 24, 2014 |
| | Trial Date:  None set. |

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:     (510) 763-9800
Fax:    (510) 835-1417

Meredith Desautels (SBN 259725)
mdesautels@lccr.com
Dana Isaac Quinn (SBN 278848)
disaac@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444
Fax: (415) 543-0296

Attorneys for Plaintiffs and the Putative Classes

ANDREW M. SPURCHISE, Bar No. 5360847
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue, 8th Floor
New York, New York 10022
Telephone: 212.583.9600
Facsimile:  212.832.2719

THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

1        WHEREAS, on June 29, 2017, the Court issued its Order Granting Plaintiffs' Motion for

2  Preliminary Approval of Class Action Settlement (Dkt. 242).

3        WHEREAS, the Court ordered the Parties to devise and submit a design for a "trial test run

4  … to ascertain what percentage [of emails] are likely to be blocked as spam … within seven (7) days

5  from the date of … [the] order for approval."  (Dkt. 242, 15: 20-23).

6        WHEREAS, at the request of the Parties, the Court extended the deadline for the Parties to

7  make their submission regarding the email trial test run to July 20, 2017.  (Dkt. 244).

8        WHEREAS, since June 29, 2017, the Parties have worked diligently to submit the design for

9  the trial test run by July 20, 2017;

10       WHEREAS, the Parties need some additional time to further confer about the design for such

11 a test run, but are encountering some scheduling conflicts due to, among other things, summer

12 vacation schedules;

13       THEREFORE, the Parties to this Stipulation hereby stipulate and respectfully request as

14 follows: that the Court extend the deadline for the Parties to make their submission regarding the

15 email test (along with an updated Preliminary Approval Order) to on or before August 10, 2017.

Dated: July 18, 2017

                                                  */s/ Rod M. Fliegel*
                                                  Rod M. Fliegel
                                                  John C. Fish, Jr.
                                                  Andrew Spurchise
                                                  LITTLER MENDELSON, P.C.

                                                  Joshua S. Lipshutz
                                                  Kevin J. Ring Dowell
                                                  Theodore J. Boutrous, Jr.
                                                  Theane D. Evangelis
                                                  Dhananjay Manthripragada
                                                  GIBSON, DUNN & CRUTCHER LLP

                                                  Attorneys for Defendants Uber Technologies,
                                                  Inc. and Rasier, LLC

Dated: July 18, 2017

        /s/Tina Wolfson
        Tina Wolfson
        Robert Ahdoot
        Theodore W. Maya
        Bradley K. King
        AHDOOT & WOLFSON, PC

        Attorneys for Plaintiffs

Dated: July 18, 2017

        /s/ Laura L. Ho
        Laura L. Ho
        Andrew P. Lee
        William C. Jhaveri-Weeks
        GOLDSTEIN, BORGEN, DARDARIAN & HO

        Attorneys for Plaintiffs

## **SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: July 18, 2017         /s/ *Rod M. Fliegel*
        ROD M. FLIEGEL

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____, 2017

        HON. EDWARD M. CHEN