1  Tina Wolfson (SBN 174806)
   twolfson@ahdootwolfson.com
2  Robert Ahdoot (SBN 172098)
   rahdoot@ahdootwolfson.com
3  Theodore W. Maya (SBN 223242)
   tmaya@ahdootwolfson.com
4  Bradley K. King (SBN 274399)
   bking@ahdootwolfson.com
5  AHDOOT & WOLFSON, PC
   1016 Palm Avenue
6  West Hollywood, CA  90069
   Tel:    (310) 474-9111
7  Fax:   (310) 474-8585

8  Attorneys for Plaintiffs and the Putative Classes

9  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
10 JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
11 LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
12 San Francisco, California  94104
   Telephone:   415.433.1940
13 Facsimile:    415.399.8490

14 Attorneys for Defendants
   Uber Technologies, Inc. and Rasier, LLC

[*Additional Counsel Listed on Following Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Uber FCRA Litigation | Case No.  14-cv-05200-EMC |
| | Consolidated with: 14-cv-05241-EMC<br>15-cv-03009-EMC |
| | **STIPULATED REQUEST AND [PROPOSED] ORDER TO FURTHER EXTEND THE PARTIES' TIME TO RESPOND TO THE COURT'S PRELIMINARY APPROVAL ORDER (DKT. 242)** |
| | Complaint Filed:  November 24, 2014 |
| | Trial Date:  None set. |

| | |
|---|---|
| Laura L. Ho (SBN 173179)<br>lho@gbdhlegal.com<br>Andrew P. Lee (SBN 245903)<br>alee@gbdhlegal.com<br>William C. Jhaveri-Weeks (SBN 289984)<br>wjhaveriweeks@gbdhlegal.com<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA  94612<br>Tel:    (510) 763-9800<br>Fax:   (510) 835-1417<br><br>Meredith Desautels (SBN 259725)<br>mdesautels@lccr.com<br>Dana Isaac Quinn (SBN 278848)<br>disaac@lccr.com<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>Tel: (415) 543-9444<br>Fax: (415) 543-0296<br><br>Attorneys for Plaintiffs and the Putative Classes | ANDREW M. SPURCHISE, Bar No. 5360847<br>aspurchise@littler.com<br>LITTLER MENDELSON, P.C.<br>900 Third Avenue, 8th Floor<br>New York, New York 10022<br>Telephone: 212.583.9600<br>Facsimile:  212.832.2719<br><br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>DHANANJAY MANTHRIPRAGADA, SBN 254433<br>dmanthripragada@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>kringdowell@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendants<br>Uber Technologies, Inc. and Rasier, LLC |

1    WHEREAS, on June 29, 2017, the Court issued its Order Granting Plaintiffs' Motion for
2  Preliminary Approval of Class Action Settlement (Dkt. 242).

3    WHEREAS, the Court ordered the Parties to devise and submit a design for a "trial test run
4  … to ascertain what percentage [of emails] are likely to be blocked as spam … within seven (7) days
5  from the date of … [the] order for approval." (Dkt. 242, 15: 20-23).

6    WHEREAS, at the request of the Parties, the Court extended the deadline for the Parties to
7  make their submission regarding the email trial test run to July 20, 2017. (Dkt. 244).

8    WHEREAS, since June 29, 2017, the Parties have worked diligently to submit the design for
9  the trial test run by July 20, 2017;

10   WHEREAS, the Parties need some additional time to further confer about the design for such
11 a test run, but are encountering some scheduling conflicts due to, among other things, summer
12 vacation schedules;

13   THEREFORE, the Parties to this Stipulation hereby stipulate and respectfully request as
14 follows: that the Court extend the deadline for the Parties to make their submission regarding the
15 email test (along with an updated Preliminary Approval Order) to on or before August 10, 2017.

17 Dated: July 18, 2017

                                        /s/ Rod M. Fliegel
                                        Rod M. Fliegel
                                        John C. Fish, Jr.
                                        Andrew Spurchise
                                        LITTLER MENDELSON, P.C.

                                        Joshua S. Lipshutz
                                        Kevin J. Ring Dowell
                                        Theodore J. Boutrous, Jr.
                                        Theane D. Evangelis
                                        Dhananjay Manthripragada
                                        GIBSON, DUNN & CRUTCHER LLP

                                        Attorneys for Defendants Uber Technologies,
                                        Inc. and Rasier, LLC

|   |   |
|---|---|
| 1 | Dated: July 18, 2017 |

                     */s/Tina Wolfson*
                     Tina Wolfson
                     Robert Ahdoot
                     Theodore W. Maya
                     Bradley K. King
                     AHDOOT & WOLFSON, PC

                     Attorneys for Plaintiffs

Dated: July 18, 2017

                     */s/ Laura L. Ho*
                     Laura L. Ho
                     Andrew P. Lee
                     William C. Jhaveri-Weeks
                     GOLDSTEIN, BORGEN, DARDARIAN & HO

                     Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: July 18, 2017                  */s/ Rod M. Fliegel*
                                          ROD M. FLIEGEL

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _July 18_, 2017

                               _____
                               HON. ED[WARD M. CHEN]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*