1
2
3
4                             UNITED STATES DISTRICT COURT
5                           NORTHERN DISTRICT OF CALIFORNIA
6
7    ABDUL KADIR MOHAMED, et al.,                 Case No.14-cv-05200-EMC
                    Plaintiffs,
8
9          v.                                     **CERTIFICATE OF SERVICE**
10   UBER TECHNOLOGIES, INC., et al.,
                    Defendants.
11
12
13         I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
14
15         That on 8/15/2017, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
16   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.
17
18         Kathy  Robinson
           P.O. Box 368
19         Palo Alto, CA 94302
20
21   Dated: 8/15/2017
22
23                                               Susan Y. Soong
                                                 Clerk, United States District Court
24
25
26                                               By:  Leni Doyle-Hickman, Deputy Clerk to the
                                                 Honorable EDWARD M. CHEN
27
28

United States District Court
Northern District of California