# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>**[PROPOSED] ORDER RE: SETTLEMENT DATES AND DEADLINES**<br><br>Before:  The Honorable Edward M. Chen |

Pursuant to this Court's Order Granting Preliminary Approval (Dkt. 242) and Order Modifying Preliminary Approval Order (Dkt. 248), and consistent with the time frames reasonably necessary for the parties to implement their modified notice plan, the Court sets the following schedule:

| EVENT | DATE |
| --- | --- |
| Defendant To Provide Class Member Information to the Settlement Administrator | September 1, 2017 |
| Notice Date (Initial Date For Dessiminating Notice) | September 15, 2017 |
| Deadline to Complete Initial Notice Program | October 16, 2017 |
| Deadline For Plaintiffs' Counsel To File Any Motion For Award of Attorneys' Fees And Service Awards | November 29, 2017 |
| Deadline For Class Members To Submit Objections To The Proposed Settlement Or Request Exclusion | December 14, 2017 |
| Deadline For Settlement Administrator To File List of Class Member Exclusions With the Court | December 29, 2017 |
| Deadline For Class Members to Submit Claims | January 15, 2018 |
| Deadline For Replies to Objections | January 25, 2018 |
| Deadline For Plaintiffs' Counsel To File Motion For Final Approval of Class Action Settlement | January 25, 2018 |
| Fairness Hearing | February 1, 2018, 1:30 PM |

Upon application of the Parties and good cause shown, the deadlines set forth in this Order may be extended by the Court, without further notice to the class.

**IT IS SO ORDERED.**

Dated: _____      _____
Honorable Edward M. Chen
United States District Judge