1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                           NORTHERN DISTRICT OF CALIFORNIA
10
11                                              Case No.: 14-cv-05200-EMC
12   IN RE UBER FCRA LITIGATION                 **[PROPOSED] ORDER RE: SETTLEMENT DATES AND DEADLINES**
13
14                                              Before:  The Honorable Edward M. Chen
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Pursuant to this Court's Order Granting Preliminary Approval (Dkt. 242) and Order Modifying Preliminary Approval Order (Dkt. 248), and consistent with the time frames reasonably necessary for the parties to implement their modified notice plan, the Court sets the following schedule:

| EVENT | DATE |
| --- | --- |
| Deadline For Defendant To Provide Class Member Information To The Settlement Administrator | September 1, 2017 |
| Initial Date For Commencing The Dissemination Of Notice – Website And Toll Free Number To Go Live, E-mail Of Summary Notice To Commence | September 7, 2017 |
| Deadline To Complete Transmission Of Summary Notices By E-mail To All Class Members | September 14, 2017 |
| Deadline To Mail Post Card Summary Notices To Any Class Member For Whom An "Open Confirmation" Is Not Received (For The Summary Notice E-Mail) (Dkt. 248, 2:15-19) | October 9, 2017 |
| Deadline To Mail Follow-Up Post Card To Any Class Member Whose Initial Post Card Summary Notice Is Returned "Undeliverable" For Whom A Valid Address Can Be Obtained From the National Change of Address Database<br><br>[Note: Class Members Whose Initial Post Card Summary Notices Are Returned As "Undeliverable" After January 1, 2018 (15-Days Prior To The Claim Submission Deadline) Will Not Receive A Follow-Up Post Card.] | November 9, 2017 ( For "Undeliverable" Summary Notices Received After October 9, 2017 And Before November 1, 2017)<br><br>And Every Two Weeks Thereafter, For Undeliverable Mail Received After November 1, 2017 Until January 1, 2017. |
| Deadline For Plaintiffs' Counsel To File Any Motion For Award Of Attorneys' Fees And Service Awards | November 29, 2017 |
| Deadline For Class Members To Submit | December 14, 2017 |

| | |
|---|---|
| Objections To The Proposed Settlement Or Request Exclusion | |
| Deadline For Settlement Administrator To File List of Class Member Exclusions With the Court | December 29, 2017 |
| Deadline For Class Members to Submit Claims | January 15, 2018 |
| Deadline For Replies to Objections | January 25, 2018 |
| Deadline For Plaintiffs' Counsel To File Motion For Final Approval of Class Action Settlement | January 25, 2018 |
| Fairness Hearing | February 1, 2018, 1:30 PM |

Upon application of the Parties and good cause shown, the deadlines set forth in this Order may be extended by the Court, without further notice to the class.

**IT IS SO ORDERED.**

Dated: _____       _____
                                                            Honorable Edward M. Chen
                                                            United States District Judge