UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE UBER FCRA LITIGATION

Case No.: 14-cv-05200-EMC

[~~PROPOSED~~] ORDER RE: SETTLEMENT DATES AND DEADLINES

Before:  The Honorable Edward M. Chen

1  Pursuant to this Court's Order Granting Preliminary Approval (Dkt. 242) and Order
2  Modifying Preliminary Approval Order (Dkt. 248), and consistent with the time frames reasonably
3  necessary for the parties to implement their modified notice plan, the Court sets the following
4  schedule:

| EVENT | DATE |
|---|---|
| Deadline For Defendant To Provide Class Member Information To The Settlement Administrator | September 1, 2017 |
| Initial Date For Commencing The Dissemination Of Notice – Website And Toll Free Number To Go Live, E-mail Of Summary Notice To Commence | September 7, 2017 |
| Deadline To Complete Transmission Of Summary Notices By E-mail To All Class Members | September 14, 2017 |
| Deadline To Mail Post Card Summary Notices To Any Class Member For Whom An "Open Confirmation" Is Not Received (For The Summary Notice E-Mail) (Dkt. 248, 2:15-19) | October ~~9~~ 2, 2017 |
| Deadline To Mail Follow-Up Post Card To Any Class Member Whose Initial Post Card Summary Notice Is Returned "Undeliverable" For Whom A Valid Address Can Be Obtained From the National Change of Address Database  [Note: Class Members Whose Initial Post Card Summary Notices Are Returned As "Undeliverable" After January 1, 2018 (15-Days Prior To The Claim Submission Deadline) Will Not Receive A Follow-Up Post Card.] | November ~~9~~ 2, 2017 ( For "Undeliverable" Summary Notices Received After October ~~9~~ 2, 2017 And Before ~~November 1, 2017~~ October 25, 2017) And Every Two Weeks Thereafter, For Undeliverable Mail Received After ~~November 1, 2017~~ October 25, 2017 Until January 1, 2017. |
| Deadline For Plaintiffs' Counsel To File Any Motion For Award Of Attorneys' Fees And Service Awards | November ~~29~~ 22, 2017 |
| Deadline For Class Members To Submit | December 14, 2017 |

| | |
|---|---|
| Objections To The Proposed Settlement Or Request Exclusion | |
| Deadline For Settlement Administrator To File List of Class Member Exclusions With the Court | December 29, 2017 |
| Deadline For Class Members to Submit Claims | January 15, 2018 |
| Deadline For Replies to Objections | January 25, 2018 |
| Deadline For Plaintiffs' Counsel To File Motion For Final Approval of Class Action Settlement | January 25, 2018 |
| Fairness Hearing | February ~~1~~ 8, 2018, 1:30 PM |

Upon application of the Parties and good cause shown, the deadlines set forth in this Order may be extended by the Court, without further notice to the class.

**IT IS SO ORDERED.**

Dated: 8/24/17

Honorable Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen