

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
NO LONGER AT THIS ADDRESS

ROBI368    943025906-1417    08/28/17
NOTIFY SENDER OF NEW ADDRESS
ROBINSON KATHY

FILED
NOV 13 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RETURN TO SENDER
NO LONGER AT THIS ADDRESS

NIXIE  957  4C 1    0210/30/17
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 94102366199    2358N303104-00229