| | |
|---|---|
| TO: | Class Action Clerk<br>United States District Court for the Northern District<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 |
| FROM: | Korie Schmidt<br>2442 Barry Ave<br>Los Angeles, Ca 90064 |
| CASE: | In re Uber FCRA Litigation, 3:14-cv-05200-EMC |
| DATE: | November 13, 2017 |
| SUBJECT: | Settlement Objection |

*RECEIVED NOV 20 2017 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Hello,

I am writing because I am tired of lawyers including me in class-action lawsuits. I'm forced to get involved in these lawsuits, and have to spend MY time writing these letters. I receive little benefit from their actions, while they receive an extraordinary reward. If I am interpreting this correctly, this lawsuit is based on Uber, and it's associated companies, disclosing information that was in my background check. These lawyers are proposing that the remedy of MY information being leaked is worth $27-62. (Is that how much my privacy is worth?) Yet, they are to be paid $2.5 MILLION dollars. Split amongst 6 – 7 attorneys, that is $350 – 420k each. No. No. No. NO. I'm sorry, but no.

If they want that much compensation, they can get it from outside of the settlement fund going to the class.

Furthermore, they should be compensated no more than $50/hr for their time. Has the cumulative work on this case racked up to be 33,333 – 50,000 man-hours? If not, what they are asking is unreasonable. If they were paid a modest earning above the normal individual, the number of class-action lawsuits would decrease dramatically.

Am I to receive $5,000 for my information being leaked? No, I am not. Continue the trial. If Uber leaked my information, I trust in my government—and I'm assuming the impartial and honorable nature of the judge of the court in charge of this case—to find Uber guilty through our justice system. They can pay the appropriate and more reasonable reparations to all of us at that time.

Thank you,

*[signature]*

Korie Schmidt