**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
ATTN: Case No. 3:14-cv-05200-EMC

FILED
DEC 11 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT

RECEIVED
DEC 11 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**To Whom It May Concern:**

The damage resulting from of the fraud perpetrated by the company known as Uber is far greater than the proposed settlement, particularly, given the number of drivers impacted by it.

As a class member I urge you to **DENY** the settlement and let the lawsuit continue!

Sincerely,

12/09/2017

Olga Ortmann

Email: fromrwluv@yahoo.com

1700 Newbury Park Dr. #252

San Jose, CA 95133-1776

408-747-9979