Name and Address: Graciela Mora
1925 Kentucky St
Redwood City, CA 94061

**FILED**
DEC 13 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Abul Kadir Mohamed
　Plaintiff/Petitioner

vs.

Uber Technologies
FCRA Litigation
　Defendant/Respondent

Case No. 13:14-CV-05200-EMC

Document Name:

Rejection of Settlement

These are both the same copys your honor. One is in BOLD formate.

Thank you,
Graciela Mora

Date: December 13, 2017
Subject: Revised: Rejection of Settlement Petition

Summited by: Mora Grace
Address; 1925 Kentucky street, Redwood city CA.94061

DOCUMENT NAME: Rejection of Settlement.

My submission to the court and Honorable Judge Chen


I am rejecting the settlement due to the following reasons below.

The amount of the claim is neither Fair, Reasonable or Adequate due to the true value of this case because we have not determined a major factor in determining Employee STATUS, which intern make this issue grossly deficient do to all Uber Technologies deactivating drivers causing them damages mentioned below and according to the FCRA laws about Background checks drivers were falsely deactivated without proper notice.

Uber was deactivating me and a tons of drivers for years due to Background checks and not giving us any explanations due to the specifics of our so called " what's on our Background check report". Leaving drivers in limbo and without a job.


Uber was retaliating on me and fellow drivers for years and deactivating them due to driver posting negative post about Uber on Facebook where Uber office Employees hangout on a regular basis to monitor our comments by deactivating tons of drivers for their comments about Uber and their unfair labor practices. Uber would intern deactivate us WITHOUT NOTICE and we drivers would have to contact them by going to the office and there we'd learn that something was wrong with our background check and our background check was not even up for renewal.

While protesting in front of the Uber headquarters, Uber employees would come out and take pictures of us to deactivate us then use the excuse we didn't pass the background check.

Also Uber deactivated me on 2 occasions when I submitted my first petition and other petition randomly...I believe they were annoyed with my contestant submissions to the court. Both times they said it was my background check issue but they would not disclose why and just deactivated me without notice. Both times I threatened them with a lawsuit and eventually they reactivated me.

How can we put a monetary value on this class action lawsuit regarding background checks without assessing all the damages in reference to the background checks?

I believe your honor that the court is putting the carriage before the horse, due to these major facts.

More importantly, the California Labor Commissioner's Office said that a driver for the ride-hailing service Uber should be classified as an employee, not an independent contractor.

The ruling in June of 2015 ordered Uber to reimburse Barbara Ann Berwick $4,152.20 in expenses and other costs for the roughly eight weeks she worked as an Uber. If this was awarded to Barbara Ann Berwick for approximately 8 weeks of driving for Uber...how much can be assessed for what Uber has caused in damages in reference to the background check for each driver concerned, when is Uber is the most successful startup in the World. Why are they so successful?... because they thrive on the loins and exploitation of hundreds of thousands of drivers throughout the U.S. and the World. Not only daily but on a minute by minute basis.

Also what I respectfully as the court to look at is that throughout the U.S. Uber drivers have won unemployment claim against Uber due to deactivation for failed background checks, whether drivers really failed or not and or other factors, Uber is deactivating without notice. Therefore, Uber owes drivers monetary damages in far more magnitude than the $7,500,000 amount mentioned in reference to Background checks.

(In 2015 I personally furnished copies of my petitions to various U.S. LABOR boards throughout the State to try and help and avenge Uber drivers and Uber's gross advantage they have by bypassing the law with their monetary power throughout the U.S. and the world.

New York's state administrative Law judge Michelle Burrowes June 9, 2017 ruling stated that Uber exercise sufficient supervision and controlled over substantial aspects of their work as drivers". She further stated Uber did not employ an arm's length approach to claimant as would typify an independent contractor agreement she also trashed Uber attorneys who argued, that Uber is a technology company rather than a transportation company. Attorney Burrowes stated, If Uber is going to maximize their profits off the driver's labor, you owe the drivers their rights and benefits under the law.

Lastly, the true value of this case is grossly deficient due to all the above reasons. Therefore, how could we put a true value on this case without determining our Employee STATUS?

UBER, still has the right to terminate us at will, including using our background checks and proper disclosure of their findings, etc.... How is that possible if we are independent contractors?

Uber would not survive without all the drivers. I and the THOUSANDS of drivers I represent seek monetary damages because for years Uber called us "partners" therefore I'm seeking damages for monetary compensation for moneys earned during the Fiscal years/period in question because "we ALL worked under their partner claim". Therefore, your honor this claim is grossly out of place, out of line, along with being grossly deficient with all due respect to you.

NOTE: The app should have an option for the driver to set their fares if, in fact we are truly independent drivers.

Why are we forced to take all fares or be threaten for deactivation "if Uber is just an app?"
Damages are owed to me and all drivers in the U.S. due to this fact.

Uber has for years been told by us drivers that we want higher pay for our services rendered. Uber has been emailed by its drivers, including myself. We have protested for years in front of Uber headquarters etc. And we have been punished for it.

There is a minimum wage throughout the U.S. and it cost us an average of .52 cents a mile to run our vehicles, we receive not much more than that and in some markets throughout the U.S. is as low as .30 cents per mile. How could that be with the minimum wage laws? We should be receiving our expenses plus the minimum wage per hour.

All drivers respectfully wait for your response honorable Judge E. Chen.

Sincerely,