Mark E. Burton, (SBN 178400)
Thom E. Smith (SBN 203362)
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco California  94102-3229
Telephone:      415.568.2555
Facsimile:      415.568.2556
mburton@audetlaw.com

*Attorney for Objectors Thomas Abeyta, et al.*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No. 3:14-cv-05200-EMC<br><br>**OBJECTION TO SETTLEMENT AND NOTICE OF INTENT TO APPEAR AT FINAL APPROVAL HEARING**<br><br><br>Judge:         Hon. Edward M. Chen |

Objectors by and through undersigned counsel, hereby object to the proposed class action settlement agreement ("Settlement") and further give notice of intent to appear at the final approval hearing.  Objectors represent to the Court that they are Class Members, qualified to make a claim for relief as set forth in the Notice of Settlement.

I.      **INTRODUCTION**

The objectors here number in the hundreds and sought counsel to represent them in employment claims against Uber. (*See* attached Exhibit A). Audet & Partners, LLP represents these drivers and currently, hundreds of claims are in one stage or another of prosecution.  In November of 2017 alone, the firm arbitrated two cases against Uber involving a total of four drivers regarding

their employment claims and decisions in those arbitrations are expected in December and February.  Many additional arbitrations are scheduled in 2018.

Importantly, dozens of the objectors listed herein have stipulated to arbitrate their claims with Uber, including claims regarding the legality of background checks performed.  In direct violation of those stipulations, Uber has now designed a class settlement in Court that attempts to eviscerate these arbitrations.  While objectors are sure that Uber did not make the Court aware that many members of the proposed class are represented by counsel and that they stipulated to arbitrate these claims, Uber must not be rewarded by its failure to notify the Court of these facts.

Objectors who have hired counsel to represent them and stipulated to arbitration, reasonably expect that they do not have to perform opt out notices in pro per.  The settlement agreement's prohibition of counsel opting out represented clients is an attempt to force objectors and class members into a settlement that is outrageously low.

## II.     UBER WAS AWARE THAT HUNDREDS OF CLASS MEMEBERS ARE REPRESENTED BY COUNSEL

Despite clear ethical prohibitions on contacting represented parties directly and Uber's awareness that hundreds of class members are represented by counsel concerning background check claims in individual cases, no notice of this proposed settlement was sent to counsel for the represented objectors.  Adding to the misconduct, the parties designed an opt out process requiring personal participation of the class members and virtually prohibiting their right to be represented by counsel, by prohibiting counsel from opting represented clients out of the settlement.  *See* Exhibit A to the Declaration of Thom Smith.

The prohibition on counsel filing opt outs on behalf of clients is a violation of due process. The Due Process Right To Opt Out Of Class Actions, 73 N.Y.U. L.Rev. 2 (1998); See also, *Lindsay v. Gov't Employees Ins. Co.*, 448 F.3d 416, 420 (D.C. Cir. 2006) ("Because members of a class seeking substantial monetary damages may have divergent interests, due process requires that putative class members receive notice and an opportunity to opt out.")  Given these due process concerns, the inability of counsel to receive notice and opt out clients is not the most practical means of notifying the class, nor is it narrowly tailored to achieve a compelling government interest.

### III.   THE SETTLEMENT AMOUNT IS EXTREMELY LOW

The obvious goal of a difficult opt out process is to force as much participation in a settlement that provides ridiculously low compensation for the class.  In California, one violation entitles the employee to a $10,000 statutory penalty, plus attorney fees.  In this settlement, a class member "may" ultimately receive $27, leaving the possibility of even lower compensation.  Obviously, no class member represented by counsel would be interested in participating in this settlement.

### IV.   THIS COURT LACKS JURISCITION TO IMPOSE THE SETTLEMENT ON CLASS MEMBERS THAT HAVE AGREED TO ARBITRATION

Uber originally imposed arbitration on drivers in mandatory form contracts.  Objectors and other class members then agreed to an arbitration process to resolve their claims against Uber, including claims regarding the performance of their background checks.  In violation of both the arbitration agreements and the stipulations to arbitration, Uber now seeks to extinguish these claims for a mere $27 or less.  This Court must reject Uber's attempt to break its agreements, using arbitration clauses as a shield, while using this proposed class action as a sword.

### V.   OBJECTORS SHOULD BE EXCLUDED

Class members were not given the best practical notice and opportunity to opt out because they were not noticed through counsel, despite defendant's awareness of the representation. Objectors request that they be excluded from this settlement and that the Court order that parties and their counsel refrain from directly contacting objectors in the future.

### VI.   REQUEST FOR FULL BRIEFING

Objectors were notified that there opt out submission was rejected by the administrator just days prior to the objection deadline.  Objectors request that the Court set a full briefing schedule allowing additional objections and memorandums in support thereof.

//

//

//

//

1

VII.    **CONCLUSION**

2

      For all of the foregoing reasons, Objectors respectfully request that this Court decline to

3

grant final approval of the proposed Class Action Settlement Agreement.

4

5

Dated: December 14, 2015           By: _____

6

7

                    Mark E. Burton
                    AUDET & PARTNERS, LLP

8

9

                    *Attorney for Objectors Thomas Abeyta, et al.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

| First Name | Last Name | Email |
|---|---|---|
| Thomas | Abeyta | thomasasabeyta@yahoo.com |
| Timothy | Abraham | timmyayee@gmail.com |
| Shak | Abrahimi | aabrahimi@gmail.com |
| Showkat | Abram | abramshowkat9@gmail.com |
| Manuel | Abrego | manuelabrego282@yahoo.com |
| Aiman | Abufarha | aimanfarha@gmail.com |
| Melvin | Acosta | acostamelvin93@gmail.com |
| Barry | Addington | fourcrazyfolks@aol.com |
| Roberto | Addoms | readdoms@aol.com |
| Ronald | Agabao | jagabao@yahoo.com |
| Albowyha | Ahmad | ahmadalbowyha@gmail.com |
| Bashiruddin | Ahmad | nickahmad99@yahoo.com |
| Bash | Alawdi | bash75@live.com |
| Leticia | Alcala | americanonboard@aol.com |
| Frank | Aldrich | aldrichfrank@yahoo.com |
| Khaled | Alem | kalialem@gmail.com |
| Daniel | Allen | danny.allen51@yahoo.com |
| Cory | Allen | brian.clemons@me.com |
| Noor | Alsaeis | nalsaeis@gmail.com |
| Alex | Alvarenga | alex415sfbay@yahoo.com |
| Ajmal | Amini | ajmal_amini@hotmail.com |
| Noam | Amit | noamamit1@gmail.com |
| Sondra | Anderson | gemdiva@icloud.com |
| Lee | Ankoma | kwadwolee@yahoo.com |
| Nohema | Aquino | noheddyma@hotmail.com |
| Sara | Arguilla | auntiesara77@gmail.com |
| Humberto | Armendariz | armendarizbert@yahoo.com |
| Susan | Aronow-Wegmann | sue_l_a_w@yahoo.com |
| Artik | Ashish | artkashish@yahoo.com |
| Rhonda | Augustine | rhondaaugustine626@gmail.com |
| Tony | Avalos | ronyana123@gmail.com |
| Jonathan | Bachant | jbachant91@gmail.com |
| Donna | Bakun | d.bakum@yahoo.com |
| James | Ball | jbballer1@gmail.com |
| Amy | Banuelos | banuelo@yahoo.com |
| Jose | Baquedana | nicoya0613@yahoo.com |
| Martin | Barajas | ericbarajas150@gmail.com |
| Abdirahman | Barkadle | kbarkdale@gmail.com |
| Daniel | Barna | d0nbxx@gmail.com |
| James | Barnes | bigdiesel5603@hotmail.com |
| Lisbeth | Barreto | lisbeth_barreto@hotmail.com |
| Samvel | Basmajian | sbjw1993@gmail.com |
| June | Batuhan | june.batuhan84@gamil.com |

| Dwayne | Baudy | dh59@yahoo.com |
|---|---|---|
| Mark | Bella | m_bella01@yahoo.com |
| Jon | Berryman | jeberryman@gmail.com |
| Mina | Beztout | mina.boum@yahoo.com |
| Perry | Blackman | 03prrblk@gmail.com |
| Gabriel | Blanc | gfromparis@gmail.com |
| Fernando | Blanco | ruggemonk25@gmail.com |
| Delia | Bloodsaw | deliabloodsaw@gmail.com |
| Jose | Bonilla | ruggemonk25@gmail.com |
| Marc | Borgens | mborgens@gmail.com |
| Joshua | Bowman Jones | joshuabowman91@yahoo.com |
| Rosalba | Bracamontes | bgrosalba@gmail.com |
| Kim | Brand | coupa69@gmail.com |
| David | Bronson | davidbronson@gmail.com |
| Harold | Brower | harrybfl@hotmail.com |
| Champale | Brown | mrsbbrand12@gormail.com |
| Tina | Brown | browntinamarie19@gmail.com |
| Hadassah | Brown | xeres.das@gmail.com |
| Richard | Brunelle | richbrunelle@live.com |
| Daniel | Burger | dan77bur@gmail.com |
| Barry | Burkhart | barry.burkhart.esq@gmail.com |
| Marcus | Burks | rearview0451@yahoo.com |
| Allen | Byrd | abyrd55555@gmail.com |
| Anier | Cantillano | anierreyes28@gmail.com |
| Neil | Carpenter | carpenterneil@yahoo.com |
| Rafael | Castillo | hcastillo69.hc@gmail.com |
| Alyssa | Castro | castroalyssa@yahoo.com |
| Rafael | Ceballos | rafaelceballos94@yahoo.com |
| Guadalupe | Chavez | karla28selene@gmail.com |
| Kwangwook | Choi | kwangwookchoi@gmail.com |
| Hossain | Chowdhury | marchtextile@gmail.com |
| Rachael | Cicarelli | rachaelnav1@cox.net |
| Linda | Cisco | carribbeanqueen1189@yahoo.com |
| Shawn | Clark | glasshouse42@yahoo.com |
| William | Clark | korolevu@yahoo.com |
| Tiffany | Clark | 24karets@gmail.com |
| John | Clary | johnd.clary@gmail.com |
| Brian | Clemons | brian.clemons@me.com |
| Stacey | Cobbins | staceycobbins@yahoo.com |
| Bryana | Coleman | missbryanadcoleman@gmail.com |
| Errol | Coloma | la.fan.2008@gmail.com |
| David | Conrado | conradodavid88@yahoo.com |
| Cynthia | Contreras | cynthiacontreras@yahoo.com |
| Ayana | Cooper | ayanacooper@rocketmail.com |

| | | |
|---|---|---|
| Don | Copeland | doncopeland@gmail.com |
| Regina | Corbin | reginacorbin12@gmail.com |
| Keith | Corley | giantatm@aol.com |
| Carlos | Cortez | carloscortez4755@yahoo.com |
| Sergio | Corzo | cafequetzal@yahoo.com |
| Carolyn | Crocket | clyn6278@gmail.com |
| Rolf | Crudupt | rolf4g@gmail.com |
| Scott Carlos | Cuizon | sccuizon0625@gmail.com |
| David | Cundiff | dkc1121@gmail.com |
| Sylvia | Danesh | djspindernixx@gamail.com |
| Tito | David | tito_beng@yahoo.com |
| Tanisha | Davis | ladytd_99@yahoo.com |
| Andrew | Davoli | adavoli23@gmail.com |
| Dicie | Dawn | diciec1980@gmail.com |
| Seth | Dawood | sethwood.sd@gmail.com |
| Darren | Day | oneday4u2002@yahoo.com |
| Corrine | Dayon | cldayon@gmail.com |
| Carlos | De La Rosa | delarosacarlos15@gmail.com |
| Jessie | Defilippo | dflops7@gmail.com |
| Daniel | Dellepiane | privatedriver009@gmail.com |
| Sharhonda | Denson | sharhondadenson@gmail.com |
| Brian | Dequinia | bdequinia@sbcglobal.net |
| Artur | Dertsakyan | arturoemail80@gmail.com |
| Dashawn | Devoe | dashawndevoe@gamil.com |
| William | Diego | willtan190@gamil.com |
| Amadou | Diouf | mailstodee@gmail.com |
| Monica | Dixon | moneevee@gmail.com |
| Chafik | Djenadi | chafikdjenadi@yahoo.com |
| Felix | Droz | makingitbetter205@gmail.com |
| Tia | Easley | msindiaking@gmail.com |
| Fel | Echandi | flfe02@live.com |
| Satori | Eillis | gomissellis@yahoo.com |
| Akil | El Zein | aelzein09@gmail.com |
| Evelyne | Elam | sexymama3.ee@gamil.com |
| Sennaca | Elder | 415-375-1975 |
| Saad | Elia | 323-445-3162 |
| Mary | Elias | maryelias76@gmail.com |
| Robert | Ellis | elvisluvjesus@gamil.com |
| Audrey | Ellis | ame5063@gmail.com |
| Magallanes | Erese | juniorerese@yahoo.com |
| Eter | Erter | jrseter24@gmail.com |
| Taylan | Erzin | taylanerzin@hotmail.com |
| Mynor | Escobar | maynor1968@yahoo.com |
| Edwin | Escobar | neophoenix101@gmail.com |

| Ali | Esmaeilshirazi | alishirazi1963@gmail.com |
|-----|----------------|--------------------------|
| Steven | Espinosa | stevenespinosa263@gmail.com |
| Matthew | Espitia | lajunglist@icloud.com |
| James | Fellows | jfellows92@msn.com |
| Robert | Figueroa | ino29504@yahoo.com |
| Tina | Finney | dknydkny31@yahoo.com |
| Miguel | Flores | miguel.a.flores@sprint.com |
| Zied Ben | Fraj | tripsner2@gmail.com |
| Orlando | Franco | orlandfran@gmail.com |
| Mario | Frosio | altoma1950@gmail.com |
| Jose | Gamez | jose.gamez1959@yahoo.com |
| Joel | Garcia | seal10@yahoo.com |
| Jose | Garcia | jose555@yahoo.com |
| Martin | Garcia | mgarcia260@gmail.com |
| Laura | Gardner | lauralgardner2005@yahoo.com |
| Robert | Garitano | rlg743@cox.net |
| Janay | Garner | janay_garner@yahoo.com |
| Michael | Garren | mhulgarren@aol.com |
| Robert | Garrett | bobgarrett2010@gmail.com |
| Daniel | Gerchik | dgerch@gmail.com |
| Alex | Ghaffari | ghaffari10@yahoo.com |
| Mandi | Ghamgui | mandighamgui@att.net |
| Vazgen | Ghazarian | vghazarian17@gmail.com |
| David | Gibson | david97801@gmail.com |
| Kristy | Gill | kittymuse13@gmail.com |
| Kyle | Godfrey | kyletheaxeman@yahoo.com |
| Roger | Gonzalez | rogergonzalez10@yahoo.com |
| Mahaydee (Emma) | Gonzalez | haydeegonzalezargueta@gmail.com |
| Angel | Gonzalez | angonme@gmail.com |
| Morales | Gonzalo E | uncut10@sbcglobal.net |
| Shajuana | Goode | shajuanag@gmail.com |
| Brishell | Goodman | rgoodmans12@gmail.com |
| Vito | Grandolfo | bigvbear1@gmail.com |
| Keisha | Green | keisha_g@hotmail.com |
| Tatia | Gregory | t.greg.07@gmail.com |
| Joshua | Grimes | joshuagrimes@gmail.com |
| Pablo | Guanes | guanesp@hotmail.com |
| Jorge | Guate | jorgeculajay2010@hotmail.com |
| Darge | Gudura | dggudura@gmail.com |
| Alberto | Gutierrez | albert_gutierrez_2004@yahoo.com |
| Nixon | Guzman | nixon1984@hotmail.es |
| Gamil | Hadad Elokbar | gs.hadad@yahoo.com |
| Christaan | Hall | camirhall@hotmail.com |
| Shadi | Hamad | shadbond@aol.com |

| Vahe | Hamdilyan | vhamdilyan23@yahoo.com |
|------|-----------|------------------------|
| Nigha | Hamilton | nilawyla@gmail.com |
| Felita | Hammond | hammondfelita@gmail.com |
| Bryant | Harris | bigbgee@comcast.net |
| Chad | Harris | chefchadanthony@gmail.com |
| Yoncella | Harris | yum_harris@yahoo.com |
| Sharif | Hasan | ubersuv1983@yahoo.com |
| Mohammad | Heidararabi | heidararabi@gmail.com |
| Amr | Henigal | amrhenigal@yahoo.com |
| Troyreac | Henry | troyreac@gmail.com |
| Kevin | Henson | sean145678@gmail.com |
| Jesus | Hernandez | jhernandez2969@icloud.com |
| Waskar | Hernandez | waskarhr74@gmail.com |
| Christian | Hernandez | cristianh041775@gmail.com |
| Sandra | Hernandez | chetoryto@live.com |
| Tawanna | Higgins | tawannahiggins1982@yahoo.com |
| Quinton | Hillocks | quintonhillox23@gmail.com |
| Lawrence | Holliday | lawrencehollidayjr@gmail.com |
| Richard | Humphrey | mtgman1@hotmail.com |
| Debbie | Hunter | debbie90220@yahoo.com |
| Babor | Huq | baborhomefinder@gmail.com |
| Sarfaz | Hussain | sarfaz80@hotmail.com |
| Roberta | Hutchings | digimommie@yahoo.com |
| Phat | Huynh | jonnyhuynh82@gmail.com |
| Cheyenne | Irvin | missladybugg14@gmail.com |
| Brandon | Jackson | braiack20@gmail.com |
| Jeremiah | Janabajal | typhoonrecords@gmail.com |
| Christopher | Jones | jonescd827@gmail.com |
| Tracey | Jones | raileytracey@yahoo.com |
| Eric | Jorgenson | eric@evolutionweb.com |
| Art | Kay | artkay1963@aol.com |
| Ivan | Kayumov | kayumovi@gmail.com |
| Evelyne | Keller | sexymam3.ee@gmail.com |
| Steven | Kelly | steveooh80@gmail.com |
| Andrew | Kerr | drewkerr22@yahoo.com |
| Vahe | Kharbertyan | vahekhar@gmail.com |
| Shuja | Khetani | shujakhetani@gmail.com |
| Kevin | Kinard | kevkinard@vahoo.com |
| Ernest | Kirk | ernest.kirk@sbcglobal.net |
| Barbara | Klickstein | barbieannk@gmail.com |
| Joshiah | Kvale | josher15@gmail.com |
| Margaret | Largura | margeerose1@hotmail.com |
| Abdul | Latif | abd_laf_sah@yahoo.com |
| Dawn | Lawrence | dawnsi2001@yahoo.com |

| Kirk | Ledger | west201297@yahoo.com |
|---|---|---|
| Marcy | Lee | leelulu19@aol.com |
| Hasani | Lee | haasanilee@gmail.com |
| Raymond | Lee, Sr. | dragonhouse805@gmail.com |
| Samer | Leftawi | sleftawi@gmail.com |
| Saimir | Leka | saimirleka86@icloud.com |
| Miguel | Leon | rrecordzt2@gmail.com |
| Joseph | Leon | solopepe@hotmail.com |
| Wendy | Leonardo | holytoledowendy@yahoo.com |
| Claude | Létourneau | hotsun148@gmail.com |
| Roger | Lewis | rogfromca@gmail.com |
| Gonzalez | Lisa | gonzalezlisa09@yahoo.com |
| Vannak | Loch | lochvictor@yahoo.com |
| Robert | Loggins | rdl80@hotmail.com |
| Carlos | Lopez | carlos.lopez666@yahoo.com |
| Angel | Lopez | bayareahomes@kw.com |
| Carolyn | Lord | mlunquist@gmail.com |
| Sambo | Lorm | sambolorm@gmail.com |
| Diana | Lozano | msdeeloz89@gmail.com |
| Natisha | Lupton | musiclovr90@gmail.com |
| David | Madrid | actsholy@gmail.com |
| Michael | Malloy | malloy1957@yahoo.com |
| Eli | Mamea | elimamea@yahoo.com |
| Anthony | Mangum | mangum313@hotmail.com |
| Anise | Marc | wheez2@rocketmail.com |
| Victor | Marin | vmsm79@gmail.com |
| Juan Carlos | Maro | juanmora75@yahoo.com |
| John | Marol | cholmarol@yahoo.com |
| Deondra | Marsh | deondra2000@hotmail.com |
| Will | Martin | kapichinno26@gmail.com |
| Lawrence | Martin | larrymartin1953@gmail.com |
| Pamela | Martin | cr8nheat1@gmail.com |
| Devin | Martin | dhmartinfamily@gmail.com |
| Ezatullah | Mashal | ezatullah.mashal@yahoo.com |
| Arsen | Matevosyan | a.matevosyan592@gmail.com |
| Nathan | Mathis | mathisnathan44@gmail.com |
| Steven | Matlin | smatlin@aol.com |
| Baruc | Mayer | teurgo333@gmail.com |
| Rodneisha | McMillan | 1stchoiceestjax@gmail.com |
| Denise | McWherter | denisewiltse@yahoo.com |
| Phillip | Mead | pebud2002@yahoo.com |
| Worku | Mekonnen | ganmada03@gmail.com |
| Taras | Melnychenko | taras5melnychenko@gmail.com |
| Martin | Mendez | mendezme91@gmail.com |

| Orlando | Mendoza | orlandome182@gmail.com |
|---|---|---|
| Gerardo | Mendoza | gerry89mendoza@yahoo.com |
| Marlene | Mendoza | marlene.mendoza.msm@gmail.com |
| Orlando | Menedoza | orlandome182@gmail.com |
| Melad | Mikhail | meladmikhail@hotmail.com |
| Marco | Miranda | simplymarc209@gmail.com |
| Naser | Mirzadeh | mirzadeh.naser.nm@gmail.com |
| Kenneth | Mitchell | kenny.km711@gmail.com |
| Seyedmaziyar | Mohsenpoorghzimahale | maziyarmop@gmail.com |
| Mohammad | Moini | tristarforever@gmail.com |
| Daniel | Molina | molinasdaniel71@gmail.com |
| Sergey | Molkov | sergey.molkovricp@gmail.com |
| Dianne | Mondello | dmondello10@gmail.com |
| Donald | Moore | donmoe11@yahoo.com |
| Francisco | Mora | poncho04671@gmail.com |
| Danielle | Mora | moradanielle2@gmail.com |
| Nematullah | Mossavi | nematullahmossavi@gmail.com |
| Jason | Murphy | uberjason2016@gmail.com |
| Paul | Murphy | shootmypano@gmail.com |
| Otis | Murray | mrfrezz98@yahoo.com |
| Najibullah | Nabi | najib54@icloud.com |
| Wassim | Najjarine | wnaiiarine@gmail.com |
| Phoebe | Nanshemeza | phibskankazi@gmail.com |
| Syed | Naqvi | asaar1214@gmail.com |
| Taqi | Naqvi | shaharyar4@live.com |
| Ahmad | Nasib | ahmadnaseebabrahimi@yahoo.com |
| Samer | Nasser | samernasser8@gmail.com |
| Lanny | Nichols | lannynicholsjr@gmail.com |
| Sherrie | Nick | staylor.nick@gmail.com |
| Toby | Niedermeier | tobyj@comcast.net |
| Ira | Noble | nobleira@gmail.com |
| Michael | Nokchan | babydoc112@gmail.com |
| Nshan | Norashkharyan | lvn2crna@gmail.com |
| Brent | North | brentnorthis@gmail.com |
| Abadir | Obsa | abadirobsa@gmail.com |
| Morgaine | O'Herne | morgainebrigid@gmail.com |
| Timothy | O'Neal | mxd40snuts@yahoo.com |
| Joriel | Ortiz | johnruzielortiz@yahoo.com |
| Manuel | Osorio | sprintoec@yahoo.com |
| Aminr | Oudouche | oudouche2015@gmail.com |
| Jessica | Ouellette-Nehez | jessicanehez@gmail.com |
| David | Pangan | david.pangan@att.net |
| Mario | Parada | m.parada@yahoo.com |
| Arutyun | Pashayan | h4root@gmail.com |

| | | |
|---|---|---|
| Ricky | Pastor | rickypastor77@hotmail.com |
| Sarah | Patrick | sarahpatrick81@gmail.com |
| Hipolito | Paul | hipolitobridget@yahoo.com |
| Dina | Perez | mrsdbean6515@gmail.com |
| Ronnie | Perez | ronnie13@outlook.com |
| Walter | Perez | walper47@yahoo.com |
| Sylvia | Perez-Restrepo | sperestrepo@yahoo.com |
| Fateh | Perleschi | fatehperleschi@yahoo.com |
| Mark | Pike | marktpike831@gmail.com |
| Arturo | Pimentel | artpimente124293@gmail.com |
| Valerie | Ponce de Leon | valpdl@gmail.com |
| Angel | Portillo | portillo1127@gmail.com |
| Kelmin | Poston | kelminiskool@yahoo.com |
| Adrienne | Powell | adriennepowell87@gmail.com |
| Vikash | Prasad | vikashvicky751@gmail.com |
| Hin Chung | Put | terrence.put@gmail.com |
| Billy | Raey | kaliraey@yahoo.com |
| Soroush | Rafiee | srgtr10@gmail.com |
| Sadeq | Raheem | sadeq786max@hotmail.com |
| Syed | Rahman | rouhin_143@yahoo.com |
| Vishma | Rai | vrai.connect@gmail.com |
| Api | Rajaii | rajaii_a@yahoo.com |
| Bryan | Ratliff | concentratedsolutionsinc@gmail.com |
| Eleisha | Redmond | somuchbs16@gmail.com |
| Damian | Remus | damiannorman1@gmail.com |
| Joesph | Renchen | jrenchen145@aol.com |
| Diego | Restrepo | diegolandia1145@gmail.com |
| Apolonio | Reyes, Jr. | 33areyesjr@gmail.com |
| Gary | Reynolds | gmreynolds10@yahoo.com |
| Barriga | Ricardo | uberpartner.driver@yahoo.com |
| Rick | Ridinger | ricridinger09@gmail.com |
| Art | Rios | artrios29@gmail.com |
| Richard | Rivera | richardarivera77@yahoo.com |
| Ernest | Robinson | erobinson81@yahoo.com |
| Cynthia | Robinson | cyn506@yahoo.com |
| Jorge | Rodriguez | grrdrgl@sbcglobal.net |
| Rachel | Rogers | rogers.rachel102@gmail.com |
| Daniel | Roman | danielguzman800@hotmail.com |
| Chris | Romero | blk98vert@yahoo.com |
| Hugo | Romero | hugoromero972@gmail.com |
| Julio | Romero | mprofitness@gmail.com |
| Troy | Rosales | troy4uber@aol.com |
| Romel | Rose | rrose238@hotmail.com |
| Laura | Rosner | rosner.laura@yahoo.com |

| | | |
|---|---|---|
| Mohammadreza | Rostama | mohammadrezarostama@gmail.com |
| Roman | Ruiz | giantsfan660@gmail.com |
| Martin | Ruiz | ruiz.martin.a@gmail.com |
| Gerald | Russell | revgeraldrussell@yahoo.com |
| Eugene | Rysedorph | erysedorph3485@gmail.com |
| Arsalan | Sahebzada | arsalanrta@yahoo.com |
| Qais | Sahil | sahil.qais@gmail.com |
| Bobak | Sajadpour | thedocjr@hotmail.com |
| Andres | Sajche | andres.sajche@gmail.com |
| Sabina | Salas | sabinossalas@gmail.com |
| Hugo | Salazar | hugo.salazar29@yahoo.com |
| Jesus | Salguero | jesusms1082@gmail.com |
| Diana | Salinas | dianasalinas222@gmail.com |
| Greivin | Sanchez | greivinsanc@gmail.com |
| Ramiro | Santana | ilgiardino3@gmail.com |
| Ramos | Santiago | chagoramos73@gmail.com |
| Daniel | Santos | dksantos0131@gmail.com |
| Jesslynn | Saxton | jesslynnsaxton@gmail.com |
| Tyrell | Scott | tyrell.scott9.ts@gmail.som |
| Frederick | Seay | reachlamar@gmail.com |
| Wilfredo | Sebastian | radar1203@yahoo.com |
| Lauren | Sebesta | laurenjane987@gmail.com |
| Fahim | Sediqi | fahim5@hotmail.com |
| Million | Seifu | bestinatmillion@gmail.com |
| Alexa | Selzer | alexaselzer@icloud.com |
| Armond | Seretti | armond@seretti.net |
| Eric | Serratos | serratos0024@gmail.com |
| Nizar | Shahwan | nizarshahwan@hotmail.com |
| Azima | Sharrieff | azimasharrieff@gmail.com |
| Emil | Sheftolovich | sheftolovich36@gmail.com |
| Zia | Shekaib | ziabravo@gmail.com |
| Sheri | Sherman | sheri.sherman08@hotmail.com |
| Krissy | Shimabukuro | krissy.shima@gmail.com |
| Deandre | Showers | deandreir.showers@vahoo.com |
| Shoab | Siddiquie | shoab1111@gmail.com |
| Steven | Sidler | stevetheappraiser@me.com |
| Christian | Siguenza | kris90262@yahoo.com |
| Alexandre | Silva | brazilprimeland@gmail.com |
| Laura | Silverfoote | laurasilverfoote@gmail.com |
| James | Simental | jimsfleamkt@comcast.net |
| Alfred | Simmons | alsimmonsjr23@gmail.com |
| Ajmer | Singh | aimer.supreet@gmail.com |
| Sureshkumar | Sivaloganathan | spthushanth@gmail.com |
| Tiffany | Smith | tiffanyvsmith27@yahoo.com |

| Allah | Smith | smittyroc29@gmail.com |
|---|---|---|
| Gwendolyn | Smith | smithq5@pamf.org |
| Michelle | Smith | nichaye@sbcglobal.net |
| Salina | Smith _ | smithsalina@yahoo.com |
| Kimberly | Solomon | kimberlyannika@yahoo.com |
| Rafael | Soto | rafael.soto29@yahoo.com |
| Timothy | Southerland | tphat3@yahoo.com |
| Kam | Soyvira | kam.soyvira@gmail.com |
| Pam | Stanalofsky | pamsky54@yahoo.com |
| Eric | Stolp | micasaenla@gmail.com |
| Dwayne | Strozier | dstrozier18@gmail.com |
| Zeeshan | Suarez-Burton | burtonzeeshan@gmail.com |
| Ryan | Sumida | rnsumida@gmail.com |
| Lawrence | Sumpter | lawrence_sumpter@yahoo.com |
| Jonathan | Sun | jonathanwsun@gmail.com |
| Salim | Surti | surtitrading@hotmail.com |
| Eric | Swenson | sicmoi@hotmail.com |
| Susan | Sylvester | susansylvester@gmail.com |
| Judith | Sypnier | jrsypnier@yahoo.com |
| Carlos | Tanchez | carlostanchezjanitorial-01@hotmail.com |
| Marcus | Terry | terrymarcus59@yahoo.com |
| Benjamin | Tesler | bjtesler@gmail.com |
| Thamilchelvan | Theivendramoorthy | sptdharshan@gmail.com |
| Broderick | Thomas | ribrodge@yahoo.com |
| Angela | Thompson | angelamia65@yahoo.com |
| Adrian | Toledo | adrian500jr@yahoo.com |
| Brenda | Tolver | brendatolver@gmail.com |
| Teresa | Torrence | teresatorrence23@gmail.com |
| Daniel | Turner | dturner1991@live.com |
| K.C. | Uddhab | k.c_uddhab@yahoo.com |
| Reynaldo | Unzueta Garcia | unzuetagarcia@gmail.com |
| Nabor | Valdovinos | naval312@hotmail.com |
| Stacie | Valeriote | stacieval67@gmail.com |
| George | Van Helfteren | xgavh@yahoo.com |
| Karibyan | Vardkes | vardkeskaribyan@yahoo.com |
| Marquinsha | Vasquez | brucejanetcare@gmail.com |
| Kemp | Vaughn | taydabg@gmail.com |
| Munoz | Victor | munozv@ymail.com |
| Angel | Vigil | xrayhalo@gmail.com |
| Raul | Villa | rtv6363@gmail.com |
| ChiCong | Vo | chicong01@gmail.com |
| Aleksey | Volchek | info@volchekshot.me |
| Masood | Wahaj | masood_la@yahoo.com |

| Anthony | Walker | blacmagicl4u@msn.com |
|---|---|---|
| William | Wallace | williamswallace369@gmail.com |
| Victoria | Walters | victoriawalters@hotmail.com |
| Dave | Ware | foredware@gmail.com |
| Eric | Warren | eewar09@gmail.com |
| Keith | Wayne | kanah-33@att.net |
| Cathy Cawelti | Wells | blondecosmocat@yahoo.com |
| Daniel | Wheeler | wheelerdaniel29@gmail.com |
| Charles | Wheeler | chuck@chuckwheeler.net |
| Sedric | White | sedrictw@yahoo.com |
| Alisha | Williams | ladybruin2012@gmail.com |
| Lisa | Williams | lisa2sexy46@yahoo.com |
| Sylvester | Williams | slyjr83@gmail.com |
| Jamie | Wilson | j.lynn_w@yahoo.com |
| Karla | Wray | krwray68@gmail.com |
| Aris | Yadegarian | arisyade@gmail.com |
| Gary | York | gsy123@comcast.net |
| Shaw | Yosuf | wnbfshaw@yahoo.com |
| Sultan | Yusufi | wnbfshaw@yahoo.com |
| Reza | Zakikhani | r_zakixani@yahoo.com |
| Alejandro (Alex) | Zambrano | azambrano2000@yahoo.com.mx |
| Pablo | Zamora | erick13@msn.com |
| Omar | Zegarra | omar.zegarra@hotmail.com |
| Ashkenazi | Zev | zevreo@gmail.com |
| Faisal | Zulfi | faisalzulfi@hotmail.com |
| Troi | Zullo | trex103@icloud.com |
| Zunnast | Zuunnast | blueskysfbay@yahoo.com |