1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark E. Burton, Jr. (SBN 178400)
Thom E. Smith (SBN 203362)
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco California  94102-3229
Telephone:     415.568.2555
Facsimile:      415.568.2556
mburton@audetlaw.com

*Attorney for Objectors Thomas Abeyta, et al.*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No. 3:14-cv-05200-EMC |
| | **DECLARATION OF THOM E. SMITH IN SUPPORT OF OBJECTION TO SETTLEMENT AND NOTICE OF INTENT TO APPEAR AT FINAL APPROVAL HEARING** |
| | Judge:        Hon. Edward M. Chen |

I, THOM E. SMITH, declare:

1.      I am an attorney licensed to practice before this Court, and am an associate attorney at the firm of Audet & Partners, located at 711 Van Ness Avenue, Suite 500, San Francisco, California, attorneys for Objectors Thomas Abeyta, et al., herein.

2.      The matters referred to in this declaration are based upon my personal knowledge, except where otherwise indicated and, if called as a witness, I could and would testify completely thereto.

1   3.   I make this declaration in support of Objection to Settlement and Notice of Intent to

2   Appear at Final Approval Hearing.

3   4.   Attached hereto as "Exhibit A" is a true and correct copy of the Settlement

4   Administrator's Response to Audet & Partners LLP's opt-out correspondence on behalf of all

5   clients.

6   5.   Attached hereto as "Exhibit B" is a true and correct copy Audet & Partners LLP's

7   opt-out correspondence on behalf of all clients, with attached list of clients.

8   I declare under penalty of perjury that the foregoing is true and correct under the laws of the

9   State of California.

10   DATED December 14, 2017.

11

12   By_____

13   THOM E. SMITH (SBN 203362)

14   *Attorney for Objectors Thomas Abeyta, et al.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF THOM E. SMITH IN SUPPORT OF OBJECTION TO SETTLEMENT

# Exhibit A

 ANGEION GROUP

1801 Market Street, Suite 660
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839
www.angeiongroup.com

December 11, 2017

VIA FEDEX AND EMAIL

Attn: Mark E. Burton, Jr.
Audet & Partners LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

**Re: Notice of Exclusion Requests**
*In re Uber FCRA Litigation*
Case No. 3:14-cv-05200-EMC

Dear Mr. Burton,

Angeion Group, an independent claims administrator in the above-described action, is in receipt of your letter sent by certified mail requesting to exclude the persons indicated on the enclosed Exhibit A.

In accordance with the Settlement Agreement, paragraph number 108 specifically states that opt-outs in a mass format are not permitted. Therefore, this request to exclude the individuals you submitted in Exhibit A is not considered valid and these individuals will not be excluded, unless they properly filed a request for exclusion on their own. Please find the language from paragraph 108 of the Settlement Agreement below for your reference:

**108. Settlement Class Members must opt out of the Settlement Class individually.  So- called "mass" or "class" opt outs, whether filed by third parties on behalf of a "mass" or "class" of Settlement Class Members or multiple Settlement Class Members where no personal statement has been signed by each and every individual Settlement Class Member, are not allowed.**

Additionally, please note, the Settlement Agreement indicates in paragraph 110 that Settlement Class Members who submit a Claim Form, and also submit a request for exclusion or opt out, will be deemed to remain in the Settlement Class. To the extent that any Settlement Class Member filed a Claim Form, who subsequently request an exclusion or opt out, these individuals will remain Settlement Class Members. Please find the language from paragraph 110 of the Settlement Agreement below for your reference:

**110. Settlement Class Members who submit a valid and timely Claim Form, but also submit an otherwise valid and timely request for exclusion or opt out, will be deemed to remain Settlement Class Members and their request for exclusion or opt out will be void and invalid.**

If you have questions regarding this letter, please contact our office.

Sincerely,

Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA  19103

**Enclosures**

# Exhibit B



## A&P | AUDET & PARTNERS
### — LLP —

711 VAN NESS AVENUE, SUITE 500 • SAN FRANCISCO, CA 94102
TELEPHONE: 415.568.2555 • FACSIMILE: 415.568.2556 • TOLL FREE: 800.965.1461
www.audetlaw.com

November 22, 2017

**Via Certified Mail**

Uber FCRA Settlement Administrator
Attn:  Exclusions
1801 Market Street, Suite 660
Philadelphia, PA 19103

**Re:**     **In re Uber FCRA Litigation, 3:14-cv-05200-EMC**

Dear Administrator:

      We represent the Uber past and current drivers indicated on Exhibit A in individual lawsuits.

      With this letter, please exclude the these persons indicated on attached Exhibit A, who want to be excluded from the Settlement Class, do not want to be a Settlement Class Member, and want to be excluded from any judgment entered pursuant to the Settlement (In re Uber FCRA Litigation, 3:14-cv-05200-EMC).

Sincerely,

Mark E. Burton, Jr.

Exhibit A

| First Name | Last Name | Email |
|---|---|---|
| Thomas | Abeyta | thomasasabeyta@yahoo.com |
| Timothy | Abraham | timmyayee@gmail.com |
| Shak | Abrahimi | aabrahimi@gmail.com |
| Showkat | Abram | abramshowkat9@gmail.com |
| Manuel | Abrego | manuelabrego282@yahoo.com |
| Aiman | Abufarha | aimanfarha@gmail.com |
| Melvin | Acosta | acostamelvin93@gmail.com |
| Barry | Addington | fourcrazyfolks@aol.com |
| Roberto | Addoms | readdoms@aol.com |
| Philip | Adeagbo | philip22kings@gmail.com |
| Armen | Adzhemyan | hyelineracing@aol.com |
| Ronald | Agabao | jagabao@yahoo.com |
| Albowyha | Ahmad | ahmadalbowyha@gmail.com |
| Bashiruddin | Ahmad | nickahmad99@yahoo.com |
| Bash | Alawdi | bash75@live.com |
| Leticia | Alcala | americanonboard@aol.com |
| Frank | Aldrich | aldrichfrank@yahoo.com |
| Khaled | Alem | kalialem@yahoo.com |
| Hunter | Alexander | drflops@gmail.com |
| Cory | Allen | brian.clemons@me.com |
| Daniel | Allen | danny.allen51@yahoo.com |
| Noor | Alsaeis | nalsaeis@gmail.com |
| Alex | Alvarenga | alex415sfbay@yahoo.com |
| Ajmal | Amini | ajmal_amini@hotmail.com |
| Noam | Amit | noamamit1@gmail.com |
| Dillip | Amthabhai | dilipamthabhai@yahoo.com |
| Ahmad | Anderson | jamahlandrsn@gmail.com |
| Sondra | Anderson | gemdiva@icloud.com |
| Lee | Ankoma | kwadwolee@yahoo.com |
| Nohema | Aquino | noheddyma@hotmail.com |
| Gilbert | Aquino | salvaguateamer716@yahoo.com |
| Jayden | Arenas | jaydenarenas92@gmail.com |
| Sara | Arguilla | auntiesara77@gmail.com |
| Humberto | Armendariz | armendarizbert@yahoo.com |
| Susan | Aronow-Wegmann | sue_l_a_w@yahoo.com |
| Artik | Ashish | artkashish@yahoo.com |
| Rhonda | Augustine | rhondaaugustine626@gmail.com |
| Tony | Avalos | ronyana123@gmail.com |
| Justin | Avila | avila.justin@yahoo.com |
| Jonathan | Bachant | jbachant91@gmail.com |
| Donna | Bakun | d.bakum@yahoo.com |
| James | Ball | jbballer1@gmail.com |
| Amy | Banuelos | banuelo@yahoo.com |

| | | |
|---|---|---|
| Jose | Baquedana | nicoya0613@yahoo.com |
| Martin | Barajas | ericbarajas150@gmail.com |
| Abdirahman | Barkadle | kbarkdale@gmail.com |
| Daniel | Barna | d0nbxx@gmail.com |
| James | Barnes | bigdiesel5603@hotmail.com |
| Lisbeth | Barreto | lisbeth_barreto@hotmail.com |
| Samvel | Basmajian | sbjw1993@gmail.com |
| June | Batuhan | june.batuhan84@gamil.com |
| Dwayne | Baudy | dh59@yahoo.com |
| Aaron | Baugh | abexist@gmail.com |
| Mark | Bella | m_bella01@yahoo.com |
| Jon | Berryman | jeberryman@gmail.com |
| Mina | Beztout | mina.boum@yahoo.com |
| Adonnis | Biafore | howdoessuccessfeel@gmail.com |
| Perry | Blackman | 03prrblk@gmail.com |
| Gabriel | Blanc | gfromparis@gmail.com |
| Fernando | Blanco | ruggemonk25@gmail.com |
| Richard | Bogolub | ricky156@sbcglobal.net |
| Jose | Bonilla | ruggemonk25@gmail.com |
| Marc | Borgens | mborgens@gmail.com |
| James | Boswell | jamesfboswell@gmail.com |
| Joshua | Bowman Jones | joshuabowman91@yahoo.com |
| Rosalba | Bracamontes | bgrosalba@gmail.com |
| Kim | Brand | coupa69@gmail.com |
| David | Bronson | davidbronson@gmail.com |
| Harold | Brower | harrybfl@hotmail.com |
| Champale | Brown | mrsbbrand12@gormail.com |
| Tina | Brown | browntinamarie19@gmail.com |
| Richard | Brunelle | richbrunelle@live.com |
| Hien | Bui | strider.hien@live.com |
| Robert | Burchfield | whizkid8569@gmail.com |
| Daniel | Burger | dan77bur@gmail.com |
| Barry | Burkhart | barry.burkhart.esq@gmail.com |
| Marcus | Burks | rearview0451@yahoo.com |
| Allen | Byrd | abyrd55555@gmail.com |
| Tammy | Caballero | im2precious4you@gmail.com |
| Rebecca | Campbell | bdandy82@gmail.com |
| Anier | Cantillano | anierreyes28@gmail.com |
| Neil | Carpenter | carpenterneil@yahoo.com |
| Rafael | Castillo | hcastillo69.hc@gmail.com |
| Alyssa | Castro | castroalyssa@yahoo.com |
| Rafael | Ceballos | rafaelceballos94@yahoo.com |
| Guadalupe | Chavez | karla28selene@gmail.com |
| Kwangwook | Choi | kwangwookchoi@gmail.com |

| | | |
|---|---|---|
| Hossain | Chowdhury | marchtextile@gmail.com |
| Rachael | Cicarelli | rachaelnav1@cox.net |
| Linda | Cisco | carribbeanqueen1189@yahoo.com |
| Shawn | Clark | glasshouse42@gmail.com |
| Tiffany | Clark | 24karets@gmail.com |
| William | Clark | korolevu@yahoo.com |
| John | Clary | johnd.clary@gmail.com |
| Brian | Clemons | brian.clemons@me.com |
| Norene Rhoads | Cleveland | nvpp_ca@yahoo.com |
| Royce | Clifton | rolls.royce0213@gmail.com |
| Stacey | Cobbins | staceycobbins@yahoo.com |
| Bryana | Coleman | missbryanadcoleman@gmail.com |
| Errol | Coloma | errol.coloma@gmail.com |
| Errol | Coloma | la.fan.2008@gmail.com |
| David | Conrado | conradodavid88@yahoo.com |
| Cynthia | Contreras | cynthiacontreras@yahoo.com |
| Ayana | Cooper | ayanacooper@rocketmail.com |
| Don | Copeland | doncopeland@gmail.com |
| Regina | Corbin | reginacorbin12@gmail.com |
| Keith | Corley | giantatm@aol.com |
| Carlos | Cortez | carloscortez4755@yahoo.com |
| Sergio | Corzo | cafequetzal@yahoo.com |
| Michael | Coupland | mikecoupland@yahoo.com |
| Carolyn | Crocket | clyn6278@gmail.com |
| Carolyn | Crockett | clyn6278@gmail.com |
| Rolf | Crudupt | rolf4g@gmail.com |
| Scott Carlos | Cuizon | sccuizon0625@gmail.com |
| David | Cundiff | dkc1121@gmail.com |
| Anthony | Cupito | tonycupito@gmail.com |
| Sylvia | Danesh | djspindernixx@gamail.com |
| Tito | David | tito_beng@yahoo.com |
| Douglas | Davis | dougdavis775@gmail.com |
| Tanisha | Davis | ladytd_99@yahoo.com |
| Andrew | Davoli | adavoli23@gmail.com |
| Tadeh | Davtian | tadehdavtian@yahoo.com |
| Dicie | Dawn | diciec1980@gmail.com |
| Seth | Dawood | sethwood.sd@gmail.com |
| Darren | Day | oneday4u2002@yahoo.com |
| Gary | Day | cagday@prodigy.net |
| Corrine | Dayon | cldayon@gmail.com |
| Carlos | De La Rosa | delarosacarlos15@gmail.com |
| Derrick | DeBose | derrickdebose@hotmail.com |
| Jessie | Defilippo | dflops7@gmail.com |
| Daniel | Dellepiane | privatedriver009@gmail.com |

| Anara | Dennen | anara.dennen@gmail.com |
|---|---|---|
| Sharhonda | Denson | sharhondadenson@gmail.com |
| Brian | Dequinia | bdequinia@sbcglobal.net |
| Artur | Dertsakyan | arturoemail80@gmail.com |
| Dashawn | Devoe | dashawndevoe@gamil.com |
| William | Diego | willtan190@gamil.com |
| Amadou | Diouf | mailstodee@gmail.com |
| Monica | Dixon | moneevee@gamil.com |
| Chafik | Djenadi | chafikdjenadi@yahoo.com |
| Felix | Droz | makingitbetter205@gmail.com |
| Katherine | Duron | kd.luvs.rd@gmail.com |
| Tia | Easley | msindiaking@gmail.com |
| Fel | Echandi | flfe02@live.com |
| Satori | Eillis | gomissellis@yahoo.com |
| Akil | El Zein | aelzein09@gmail.com |
| Evelyne | Elam | sexymama3.ee@gamil.com |
| Sennaca | Elder | 415-375-1975 |
| Saad | Elia | 323-445-3162 |
| Mary | Elias | maryelias76@gmail.com |
| Robert | Ellis | elvisluvjesus@gamil.com |
| Audrey | Ellis | ame5063@gmail.com |
| Patrick | Ely | patrick3858@gmail.com |
| Magallanes | Erese | juniorerese@gmail.com |
| Eter | Erter | jrseter24@gmail.com |
| Taylan | Erzin | taylanerzin@hotmail.com |
| Edward | Escobar | theallianceorg@outlook.com |
| Edwin | Escobar | neophoenix101@gmail.com |
| Mynor | Escobar | maynor1968@yahoo.com |
| Ali | Esmaeilshirazi | alishirazi1963@gmail.com |
| Steven | Espinosa | stevenespinosa263@gmail.com |
| Matthew | Espitia | lajunglist@icloud.com |
| Lamontay | Ester | esterlamontay@yahoo.com |
| Charletta | Fairrer | fairrer@gmail.com |
| James | Fellows | jfellows92@msn.com |
| Robert | Figueroa | ino29504@yahoo.com |
| Miguel | Flores | miguel.a.flores@sprint.com |
| Zied Ben | Fraj | tripsner2@gmail.com |
| Orlando | Franco | orlandfran@gmail.com |
| Mario | Frosio | altoma1950@gmail.com |
| Jose | Gamez | jose.gamez1959@yahoo.com |
| Joel | Garcia | seal10@yahoo.com |
| Jose | Garcia | jose555@yahoo.com |
| Martin | Garcia | mgarcia260@gmail.com |
| Laura | Gardner | lauralgardner2005@yahoo.com |

| Robert | Garitano | rlg743@cox.net |
|---|---|---|
| Janay | Garner | janay_garner@yahoo.com |
| Michael | Garren | mhulgarren@aol.com |
| Robert | Garrett | bobgarrett2010@gmail.com |
| Daniel | Gerchik | dgerch@gmail.com |
| Alex | Ghaffari | ghaffari10@yahoo.com |
| Mandi | Ghamgui | mandighamgui@att.net |
| Vazgen | Ghazarian | vghazarian17@gmail.com |
| Kristy | Gill | kittymuse13@gmail.com |
| Gerard | Goedhart | goedhart34@aol.com |
| Robert | Gollnick | rfgg9@yahoo.com |
| Mahaydee (Emma) | Gonzalez | haydeegonzalezargueta@gmail.com |
| Angel | Gonzalez | angonme@gmail.com |
| Roger | Gonzalez | rogergonzalez10@yahoo.com |
| Morales | Gonzalo E | uncut10@sbcglobal.net |
| Shajuana | Goode | shajuanag@gmail.com |
| Brishell | Goodman | rgoodmans12@gmail.com |
| Dianna | Graham | graham.dianna@yahoo.com |
| Vito | Grandolfo | bigvbear1@icloud.com |
| Keisha | Green | keisha_g@hotmail.com |
| Samuel | Green | sam@samgreensite.com |
| Tatia | Gregory | t.greg.07@gmail.com |
| Joshua | Grimes | joshuagrimes@gmail.com |
| Pablo | Guanes | guanesp@hotmail.com |
| Jorge | Guate | jorgeculajay2010@hotmail.com |
| Darge | Gudura | dggudura@gmail.com |
| Alberto | Gutierrez | albert_gutierrez_2004@yahoo.com |
| Nixon | Guzman | nixon1984@hotmail.es |
| Gamil | Hadad Elokbar | gs.hadad@yahoo.com |
| Christaan | Hall | camirhall@hotmail.com |
| Fadi | Hallak | fshallak@gmail.com |
| Shadi | Hamad | shadbond@aol.com |
| Vahe | Hamdilyan | vhamdilyan23@yahoo.com |
| Nigha | Hamilton | nilawyla@gmail.com |
| Felita | Hammond | hammondfelita@gmail.com |
| Susannah | Hansen | mdsuzetta@aol.com |
| Bryant | Harris | bigbgee@comcast.net |
| Chad | Harris | chefchadanthony@gmail.com |
| Yoncella | Harris | yum_harris@yahoo.com |
| Sharif | Hasan | ubersuv1983@yahoo.com |
| Olga | Hawkins | greengemini7736@gmail.com |
| Dave | Haws | dave@teamhaws.com |
| Mohammad | Heidararabi | heidararabi@gmail.com |
| Amr | Henigal | amrhenigal@yahoo.com |

| | | |
|---|---|---|
| Sandra | Henry | zen837@gmail.com |
| Troyreac | Henry | troyreac@gmail.com |
| Kevin | Henson | sean145678@gmail.com |
| Christian | Hernandez | cristianh041775@gmail.com |
| Sandra | Hernandez | chetoryto@live.com |
| Jesus | Hernandez | jhernandez2969@icloud.com |
| Waskar _ | Hernandez | waskarhr74@gmail.com |
| Tawanna | Higgins | tawannahiggins1982@yahoo.com |
| Quinton | Hillocks | quintonhillox23@gmail.com |
| Lawrence | Holliday | lawrencehollidayjr@gmail.com |
| Jim | Hsia | jhsia3801@comcast.net |
| Debbie | Hunter | debbie90220@yahoo.com |
| Babor | Huq | baborhomefinder@gmail.com |
| Mohamed | Hussain | mhdagag911@gmail.com |
| Sarfaz | Hussain | sarfaz80@hotmail.com |
| Roberta | Hutchings | digimommie@yahoo.com |
| Cheyenne | Irvin | missladybugg14@gmail.com |
| Brandon | Jackson | braiack20@gmail.com |
| Jeremiah | Janabajal | typhoonrecords@gmail.com |
| Frederick | Jenkins | fred_jenkins09@aol.com |
| Matthew | Jones | mjonesmaine@gmail.com |
| Tracey | Jones | raileytracey@yahoo.com |
| Christopher | Jones | jonescd827@gmail.com |
| Eric | Jorgenson | eric@evolutionweb.com |
| Eric | Kauschen | saundhaus@me.com |
| Art | Kay | artkay1963@aol.com |
| Ivan | Kayumov | kayumovi@gmail.com |
| Evelyne | Keller | sexymam3.ee@gmail.com |
| Steven | Kelly | steveooh80@gmail.com |
| Andrew | Kerr | drewkerr22@yahoo.com |
| Vahe | Kharbertyan | vahekhar@gmail.com |
| Shuja | Khetani | shujakhetani@gmail.com |
| Farshad | Khezri | forwardexcorp@yahoo.com |
| Kevin | Kinard | kevkinard@yahoo.com |
| Ernest | Kirk | ernest.kirk@sbcglobal.net |
| Barbara | Klickstein | barbieannk@gmail.com |
| Jeff | Kunu | dailycash101@gmail.com |
| Joshiah | Kvale | josher15@gmail.com |
| Atu | Kyei-Adu | a.kyeiadu@gmail.com |
| Ram Kumar | Lama | ramkumar_lama2003@yahoo.com |
| Margaret | Largura | margeerose1@hotmail.com |
| Abdul | Latif | abd_laf_sah@yahoo.com |
| Dawn | Lawrence | dawnsi2001@yahoo.com |
| Kirk | Ledger | west201297@yahoo.com |

| | | |
|---|---|---|
| Hasani | Lee | haasanilee@gmail.com |
| Marcy | Lee | leelulu19@aol.com |
| Raymond | Lee, Sr. | dragonhouse805@gmail.com |
| Samer | Leftawi | sleftawi@gmail.com |
| Saimir | Leka | saimirleka86@icloud.com |
| Joseph | Leon | solopepe@hotmail.com |
| Miguel | Leon | rrecordzt2@gmail.com |
| Wendy | Leonardo | holytoledowendy@yahoo.com |
| Claude | Létourneau | hotsun148@gmail.com |
| Roger | Lewis | rogfromca@gmail.com |
| Laura | Lincoln | llincoln1016@gmail.com |
| Gonzalez | Lisa | gonzalezlisa09@yahoo.com |
| Vannak | Loch | lochvictor@gmail.com |
| Robert | Loggins | rdl80@hotmail.com |
| Carlos | Lopez | carlos.lopez666@yahoo.com |
| Angel | Lopez | bayareahomes@kw.com |
| Carolyn | Lord | mlunquist@gmail.com |
| Sambo | Lorm | sambolorm@gmail.com |
| Diana | Lozano | msdeeloz89@gmail.com |
| Kalila | Luja | meexchie@gmail.com |
| Robert | Lumpkin | rilump@hotmail.com |
| Marti | Lunquist | mlunquist@gmail.com |
| Natisha | Lupton | musiclovr90@gmail.com |
| David | Madrid | actsholy@gmail.com |
| Christian | Malaspina | christian.malaspina@gmail.com |
| Michael | Malloy | malloy1957@yahoo.com |
| Eli | Mamea | elimamea@yahoo.com |
| Anthony | Mangum | mangum313@hotmail.com |
| Victor | Marin | vmsm79@gmail.com |
| Juan Carlos | Maro | juanmora75@yahoo.com |
| Deondra | Marsh | deondra2000@hotmail.com |
| Devin | Martin | dhmartinfamily@gmail.com |
| Pamela | Martin | cr8nheat1@yahoo.com |
| Lawrence | Martin | larrymartin1953@gmail.com |
| Will | Martin | kapichinno26@gmail.com |
| Ezatullah | Mashal | ezatullah.mashal@yahoo.com |
| Arsen | Matevosyan | a.matevosyan592@gmail.com |
| Nathan | Mathis | mathisnathan44@gmail.com |
| Steven | Matlin | smatlin@aol.com |
| Justin | Mauer | justinmauer19@yahoo.com |
| Baruc | Mayer | teurgo333@gmail.com |
| Denise | McWherter | denisewiltse@yahoo.com |
| Phillip | Mead | pebud2002@yahoo.com |
| Worku | Mekonnen | ganmada03@gmail.com |

| Taras | Melnychenko | taras5melnychenko@gmail.com |
|---|---|---|
| Martin | Mendez | mendezme91@gmail.com |
| Orlando | Mendoza | orlandome182@gmail.com |
| Gerardo | Mendoza | gerry89mendoza@yahoo.com |
| Marlene | Mendoza | marlene.mendoza.msm@gmail.com |
| Orlando | Menedoza | orlandome182@gmail.com |
| Randy | Meunitz | randymeunitz@aol.com |
| Melad | Mikhail | meladmikhail@hotmail.com |
| Nick | Miletak | nmiletak@msn.com |
| Marco | Miranda | simplymarc209@gmail.com |
| Naser | Mirzadeh | mirzadeh.naser.nm@gmail.com |
| Kenneth | Mitchell | kenny.km711@gmail.com |
| Seyedmaziyar | Mohsenpoorghzimahale | maziyarmop@gmail.com |
| Mohammad | Moini | tristarforever@gmail.com |
| Daniel | Molina | molinasdaniel71@gmail.com |
| Sergey | Molkov | sergey.molkovricp@gmail.com |
| Dianne | Mondello | dmondello10@gmail.com |
| Donald | Moore | donmoe11@yahoo.com |
| Danielle | Mora | moradanielle2@gmail.com |
| Francisco | Mora | poncho04671@gmail.com |
| Charles | Morris Sr. | chasmo1949@gmail.com |
| Nematullah | Mossavi | nematullahmossavi@gmail.com |
| Jason | Murphy | uberjason2016@gmail.com |
| Paul | Murphy | shootmypano@gmail.com |
| Otis | Murray | mrfrezz98@yahoo.com |
| Ann | Murthil | nawlinzqt@yahoo.com |
| Najibullah | Nabi | najib54@icloud.com |
| Wassim | Najjarine | wnaiiarine@gmail.com |
| Randy | Nam | randy_n100@yahoo.com |
| Phoebe | Nanshemeza | phibskankazi@gmail.com |
| Syed | Naqvi | asaar1214@gmail.com |
| Taqi | Naqvi | shaharyar4@live.com |
| Ahmad | Nasib | ahmadnaseebabrahimi@yahoo.com |
| Samer | Nasser | samernasser8@gmail.com |
| Lorelei | Neitzel | loreleineitzel@gmail.com |
| Lanny | Nichols | lannynicholsjr@gmail.com |
| Sherrie | Nick | staylor.nick@gmail.com |
| Ira | Noble | nobleira@gmail.com |
| Michael | Nokchan | babydoc112@gmail.com |
| Nshan | Norashkharyan | lvn2crna@yahoo.com |
| Brent | North | brentnorthis@gmail.com |
| Abadir | Obsa | 619-410-5902 |
| Antionette | Oliver | antionetteoliver@outlook.com |
| Timothy | O'Neal | mxd40snuts@yahoo.com |

| Joriel | Ortiz | johnruzielortiz@yahoo.com |
|--------|-------|---------------------------|
| Manuel | Osorio | sprintoec@yahoo.com |
| Aminr | Oudouche | oudouche2015@gmail.com |
| Jessica | Ouellette-Nehez | jessicanehez@gmail.com |
| Roman | Oulko | roman.oulko@icloud.com |
| Sothyson | Pa | sothypa@gmail.com |
| David | Pangan | david.pangan@att.net |
| Mario | Parada | m.parada@yahoo.com |
| Arutyun | Pashayan | h4root@gmail.com |
| Ricky | Pastor | rickypastor77@hotmail.com |
| Sarah | Patrick | sarahpatrick81@gmail.com |
| Hipolito | Paul | hipolitobridget@yahoo.com |
| Wayne | Payne Sr. | sequoia65@hotmail.com |
| Dreaney | Peaks | dreaneypeaks@gmail.com |
| Mollie | Pearson | molliethirtysix@aol.com |
| Mario | Perez | ricardoperez1986@yahoo.com |
| Walter | Perez | walper47@gmail.com |
| Dina | Perez | mrsdbean6515@gmail.com |
| Ronnie | Perez | ronnie13@outlook.com |
| Sylvia | Perez-Restrepo | sperestrepo@yahoo.com |
| Fateh | Perleschi | fatehperleschi@yahoo.com |
| Glenn | Pickett | glennpckett1@gmail.com |
| Mark | Pike | marktpike831@gmail.com |
| Arturo | Pimentel | artpimente124293@gmail.com |
| Valerie | Ponce de Leon | valpdl@gmail.com |
| Jeff | Poole | jeffvpoole@gmail.com |
| Angel | Portillo | portillo1127@gmail.com |
| Kelmin | Poston | kelminiskool@yahoo.com |
| Adrienne | Powell | adriennepowell87@gmail.com |
| Vikash | Prasad | vikashvicky751@gmail.com |
| Michael | Price | michaelprice554@gmail.com |
| Hin Chung | Put | terrence.put@gmail.com |
| Billy | Raey | kaliraey@yahoo.com |
| Soroush | Rafiee | srgtr10@gmail.com |
| Sadeq | Raheem | sadeq786max@hotmail.com |
| Vishma | Rai | vrai.connect@gmail.com |
| Api | Rajaii | rajaii_a@yahoo.com |
| Luis | Ramos | sportslover1981@yahoo.com |
| Theron | Rand | chetchet.tr@gmail.com |
| Bryan | Ratliff | concentratedsolutionsinc@gmail.com |
| Eleisha | Redmond | somuchbs16@gmail.com |
| Damian | Remus | damiannorman1@gmail.com |
| Joesph | Renchen | jrenchen145@aol.com |
| Diego | Restrepo | diegolandia1145@gmail.com |

| Edias | Reyad | kingreyjj@gmail.com |
|---|---|---|
| Apolonio | Reyes, Jr. | 33areyesjr@gmail.com |
| Gary | Reynolds | gmreynolds10@yahoo.com |
| Barriga | Ricardo | uberpartner.driver@yahoo.com |
| Rick | Ridinger | ricridinger09@gmail.com |
| Art | Rios | artrios29@gmail.com |
| Richard | Rivera | richardarivera77@gmail.com |
| Cynthia | Robinson | cyn506@yahoo.com |
| Ernest | Robinson | erobinson81@yahoo.com |
| Jorge | Rodriguez | grrdrgl@sbcglobal.net |
| Rachel | Rogers | rogers.rachel102@gmail.com |
| Daniel | Roman | danielguzman800@hotmail.com |
| Julio | Romero | mprofitness@gmail.com |
| Luis | Romero | imindmyself@gmail.com |
| Chris | Romero | blk98vert@yahoo.com |
| Hugo | Romero | hugoromero972@gmail.com |
| Troy | Rosales | troy4uber@aol.com |
| Romel | Rose | rrose238@hotmail.com |
| Laura | Rosner | rosner.laura@yahoo.com |
| Mohammadreza | Rostama | mohammadrezarostama@gmail.com |
| Roman | Ruiz | giantsfan660@gmail.com |
| Martin | Ruiz | ruiz.martin.a@gmail.com |
| Gerald | Russell | revgeraldrussell@yahoo.com |
| Bryan | Ryan | bryanryan78@gmail.com |
| Eugene | Rysedorph | erysedorph3485@gmail.com |
| Arsalan | Sahebzada | arsalanrta@yahoo.com |
| Qais | Sahil | sahil.qais@gmail.com |
| Bobak | Sajadpour | thedocjr@hotmail.com |
| Andres | Sajche | andres.sajche@gmail.com |
| Sabina | Salas | sabinossalas@gmail.com |
| Hugo | Salazar | hugo.salazar29@yahoo.com |
| Abdourahman | Saleh | abdousaleh@msn.com |
| Mohammad | Saleh | mosaleh89@gmail.com |
| Jesus | Salguero | jesusms1082@gmail.com |
| Diana | Salinas | dianasalinas222@gmail.com |
| Greivin | Sanchez | greivinsanc@gmail.com |
| Ramiro | Santana | ilgiardino3@gmail.com |
| Ramos | Santiago | chagoramos73@gmail.com |
| Daniel | Santos | dksantos0131@gmail.com |
| Jesslynn | Saxton | jesslynnsaxton@gmail.com |
| Tyrell | Scott | tyrell.scott9.ts@gmail.som |
| Frederick | Seay | reachlamar@gmail.com |
| Wilfredo | Sebastian | radar1203@yahoo.com |
| Lauren | Sebesta | laurenjane987@gmail.com |

| | | |
|---|---|---|
| Fahim | Sediqi | fahim5@hotmail.com |
| Million | Seifu | bestinatmillion@gmail.com |
| Alexa | Selzer | alexaselzer@icloud.com |
| Hongseok | Seo | uber.andrewseo@gmail.com |
| Armond | Seretti | armond@seretti.net |
| Eric | Serratos | serratos0024@gmail.com |
| Ali | Shahram | ali.shahram7@gmail.com |
| Nizar | Shahwan | nizarshahwan@hotmail.com |
| Azima | Sharrieff | azimasharrieff@gmail.com |
| Emil | Sheftolovich | sheftolovich36@gmail.com |
| Zia | Shekaib | ziabravo@gmail.com |
| Sheri | Sherman | sheri.sherman08@hotmail.com |
| Deandre | Showers | deandreir.showers@vahoo.com |
| Shoab | Siddiquie | shoab1111@gmail.com |
| Steven | Sidler | stevetheappraiser@me.com |
| Stephen | Siegel | stephen.siegel@att.net |
| Christian | Siguenza | kris90262@yahoo.com |
| Alexandre | Silva | brazilprimeland@gmail.com |
| Laura | Silverfoote | laurasilverfoote@gmail.com |
| James | Simental | jimsfleamkt@comcast.net |
| Alfred | Simmons | alsimmonsjr23@gmail.com |
| Nicole | Sims | nicolecsims@yahoo.com |
| Ajmer | Singh | aimer.supreet@gmail.com |
| David | Sironda | dsironda@hotmail.com |
| Sureshkumar | Sivaloganathan | spthushanth@gmail.com |
| Gwendolyn | Smith | smithq5@pamf.org |
| Michelle | Smith | nichaye@sbcglobal.net |
| Allah | Smith | smittyroc29@gmail.com |
| Tiffany | Smith | tiffanyvsmith27@yahoo.com |
| Salina | Smith _ | smithsalina@yahoo.com |
| Kimberly | Solomon | kimberlyannika@yahoo.com |
| Rafael | Soto | rafael.soto29@yahoo.com |
| Timothy | Southerland | tphat3@yahoo.com |
| Kam | Soyvira | 916-517-0972 |
| Ryan | Stanbury | ryanstanbury@gmail.com |
| Sheldon | Steere | sheldon.steere@gmail.com |
| Eric | Stolp | micasaenla@yahoo.com |
| Dwayne | Strozier | dstrozier18@gmail.com |
| Zeeshan | Suarez-Burton | burtonzeeshan@gmail.com |
| Ryan | Sumida | rnsumida@gmail.com |
| Lawrence | Sumpter | lawrence_sumpter@yahoo.com |
| Jonathan | Sun | jonathanwsun@gmail.com |
| Salim | Surti | surtitrading@hotmail.com |
| Eric | Swenson | sicmoi@hotmail.com |

| Susan | Sylvester | susansylvester@gmail.com |
|---|---|---|
| Judith | Sypnier | jrsypnier@yahoo.com |
| Tara | Sysaknoi | tarakoishor@gmail.com |
| Carlos | Tanchez | carlostanchezjanitorial-01@hotmail.com |
| Bradley | Tanzman | btmale@gmail.com |
| Desiree | Taylor | taylordesiree@sbcglobal.net |
| Gary | Teitelbaum | growant@yahoo.com |
| Marcus | Terry | terrymarcus59@yahoo.com |
| Benjamin | Tesler | bjtesler@gmail.com |
| Thamilchelvan | Theivendramoorthy | sptdharshan@gmail.com |
| Denise | Theus | evelyntheus@ymail.com |
| Broderick | Thomas | ribrodge@yahoo.com |
| Angela | Thompson | angelamia65@yahoo.com |
| Adrian | Toledo | adrian500jr@yahoo.com |
| Brenda | Tolver | brendatolver@gmail.com |
| Gregory | Tolver | gtolver@icloud.com |
| Teresa | Torrence | teresatorrence23@gmail.com |
| Daniel | Turner | dturner1991@live.com |
| K.C. | Uddhab | k.c_uddhab@yahoo.com |
| Reynaldo | Unzueta Garcia | unzuetagarcia@gmail.com |
| Nabor | Valdovinos | naval312@hotmail.com |
| Stacie | Valeriote | stacieval67@gmail.com |
| George | Van Helfteren | xgavh@yahoo.com |
| Karibyan | Vardkes | vardkeskaribyan@yahoo.com |
| Marquinsha | Vasquez | brucejanetcare@gmail.com |
| Kemp | Vaughn | taydabg@gmail.com |
| Munoz | Victor | munozv@ymail.com |
| Angel | Vigil | xrayhalo@gmail.com |
| Raul | Villa | rtv6363@gmail.com |
| ChiCong | Vo | chicong01@gmail.com |
| Aleksey | Volchek | info@volchekshot.me |
| Masood | Wahaj | masood_la@yahoo.com |
| John | Waite | tim48.44@outlook.com |
| Richard | Wajda | rgwajda@gmail.com |
| Anthony | Walker | blacmagicl4u@msn.com |
| William | Wallace | williamswallace369@gmail.com |
| Victoria | Walters | victoriawalters@hotmail.com |
| Dave | Ware | foredware@gmail.com |
| Eric | Warren | eewar09@gmail.com |
| Jack | Waterson | letshittheroadjack@aol.com |
| Keith | Wayne | kanah-33@att.net |
| Cathy Cawelti | Wells | blondecosmocat@yahoo.com |
| Charles | Wheeler | chuck@chuckwheeler.net |

| Daniel | Wheeler | wheelerdaniel29@gmail.com |
|---|---|---|
| Sedric | White | sedrictw@yahoo.com |
| Michael | Wilke | mwilkehwd@gmail.com |
| William | Wilkinson | wlwilkinson@gmail.com |
| Alisha | Williams | ladybruin2012@gmail.com |
| Sylvester | Williams | slyjr83@gmail.com |
| Jamie | Wilson | j.lynn_w@yahoo.com |
| Karla | Wray | krwray68@gmail.com |
| Kelly | Wright Duval | kjwright81@gmail.com |
| Aris | Yadegarian | arisyade@gmail.com |
| Gary | York | gsy123@comcast.net |
| Shaw | Yosuf | wnbfshaw@yahoo.com |
| Sultan | Yusufi | wnbfshaw@yahoo.com |
| Victor | Zachariou | vzachariou76@gmail.com |
| Reza | Zakikhani | r_zakixani@yahoo.com |
| Alejandro (Alex) | Zambrano | azambrano2000@yahoo.com.mx |
| Pablo | Zamora | erick13@msn.com |
| Omar | Zegarra | omar.zegarra@hotmail.com |
| Ashkenazi | Zev | zevreo@gmail.com |
| Faisal | Zulfi | faisalzulfi@hotmail.com |
| Troi | Zullo | trex103@icloud.com |
| Zunnast | Zuunnast | blueskysfbay@yahoo.com |