1  JOHN C. FISH, JR., SBN 160620
   jfish@littler.com
2  ROD M. FLIEGEL, SBN 168289
   rfliegel@littler.com
3  ANDREW M. SPURCHISE, SBN 245998
   aspurchise@littler.com
4  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
5  San Francisco, California  94104
   Telephone:    415.433.1940
6  Facsimile:  415.399.8490

7  THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
8  THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
9  DHANANJAY S. MANTHRIPRAGADA, SBN 254433
   dmanthripragada@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
11 Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
12 Facsimile:  213.229.7520

13 JOSHUA S. LIPSHUTZ, SBN 242557
   jlipshutz@gibsondunn.com
14 KEVIN RING-DOWELL, SBN 278289
   kringdowell@gibsondunn.com
15 GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
16 San Francisco, CA 94105-0921
   Telephone:    415.393.8200
17 Facsimile:    415.393.8306

18 Attorneys for Defendants
19 UBER TECHNOLOGIES, INC. and RASIER, LLC

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22 | IN RE UBER FCRA LITIGATION | Case No. 3:14-cv-05200 EMC
   |                            | **DECLARATION OF SOPHIA BEHNIA IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO OBJECTIONS TO CLASS SETTLEMENT**

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

DECLARATION OF SOPHIA BEHNIA IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF
PLAINTIFFS' RESPONSE IN OPPOSITION TO OBJECTIONS TO CLASS SETTLEMENT

I, Sophia Behnia, declare:

1. I am a Shareholder at the law firm of Littler Mendelson, P.C., counsel of record for Defendants Uber Technologies, Inc. ("Uber") and Rasier, LLC (together "Defendants") in the above-entitled action. I also represent Defendants in various other actions and proceedings, including arbitrations. The information contained herein is based upon my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto.

2. I represent Defendants in connection with independent contractor misclassification and background check claims raised by independent transportation providers who use the Uber application to generate leads for rides. These claims have been proceeding in arbitration. The independent transportation providers are represented by the law firm Audet & Partners, LLP ("Audet").

3. On July 11, 2017, and in connection with the arbitrations referenced above, my colleague Steve Groode and I participated in an in-person meet and confer with Audet attorneys Mark E. Burton and Thom E. Smith. My colleague Keith A. Jacoby participated in this meeting by phone. During this July 11 meeting, we raised, among other things, the issue of the Parties' class settlement agreement in the above-entitled action, which had been filed with this Court on April 25, 2017. In response, I recall that Mr. Burton stated that Audet would have to "opt-out" its clients involved in the arbitration proceedings from the class settlement in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2018, at San Francisco, California.

*/s/ Sophia Behnia*
SOPHIA BEHNIA

Firmwide:152423781.1 073208.1047

1.

DECLARATION OF SOPHIA BEHNIA IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO OBJECTIONS TO CLASS SETTLEMENT