1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Uber FCRA Litigation | Case No.: 3:14-cv-05200-EMC |
| | Consolidated with:  14-cv-05241-EMC<br>15-cv-03009-EMC |
| | **SUPPLEMENTAL NOTICE DECLARATION OF CHARLES E. FERRARA** |
| | Hon. Edward M. Chen, Presiding |

NOTICE DECLARATION OF SETTLEMENT ADMINISTRATOR (CASE NO. 3:14-cv-05200-EMC)

701632.2

**SUPPLEMENTAL NOTICE DECLARATION OF SETTLEMENT ADMINISTRATOR**

I, CHARLES E. FERRARA declare:

  1.  I am Director of Operations with Angeion Group ("Angeion"), located at 1801 Market Street, Suite 660, Philadelphia, PA 19103.  I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

  2.  The purpose of this declaration is to provide the Parties and the Court with an update to the information previously reported in my declaration filed with this Court and dated January 25, 2018 (Dkt. 264-2, "Ferrara Declaration"), regarding: (1) claims filed; and (2) objections to the settlement.

### UPDATE ON CLAIMS FILED

  3.  The deadline for Class Members to submit a Claim Form was January 15, 2018.  As of January 23, 2018, Angeion had received 135,209 Claim Form submissions, as reported in the Ferrara Declaration. From January 23, 2018 to February 5, 2018, Angeion has received an additional twelve (12) Claims. Therefore, as of February 5, 2018, the total number of claims filed is now 135,221.  Angeion compared the claims filed to the original Class List in order to identify claims that appear to be valid.  As reported in the Ferrara Declaration, as of January 23, 2018, Angeion had identified 99,243 Claims that appeared to be valid.  Ten (10) of the recently filed claims, although late, appear to be otherwise valid.  The following updated chart summarizes the claims that appear to be valid as of February 5, 2018:

| Group | Valid Claims | Elected Paper Check Or Neglected to make an election | Elected Paypal | Elected Digital Check |
|-------|--------------|------------------------------------------------------|----------------|-----------------------|
| Court | 41,246 | 28,419 | 7,166 | 5,661 |
| ADR | 58,007 | 40,545 | 9,476 | 7,986 |
| **Total** | **99,253** | **68,964** | **16,642** | **13,647** |

NOTICE DECLARATION OF SETTLEMENT ADMINISTRATOR (CASE NO. 3:14-cv-05200-EMC)

701632.2

**UPDATE ON OBJECTIONS TO THE SETTLEMENT**

4.     The deadline for Class Members to submit objections to the Settlement was December 14, 2017.   As of January 23, 2018, Angeion had received one (1) objection from Scott Kahler. Angeion was informed by Plaintiffs' Counsel that there were also four (4) other timely individual objections that were filed with the Court by Christine Gussoin, Graciela Mora, Olga Ortmann, and Korie Schmidt.  *See* Dkt. 259, 260, 261, 262, and 263.  Angeion cross-checked the contact information for the five individual objectors with the original class list and, based on that review, have learned that two of the individual objectors (specifically, Graciela Mora and Olga Ortmann) are not listed on the class list.   The following chart provides additional information regarding these individual objectors:

| Objector Name | Also filed a Request for Exclusion? | Is also included in the Audet Opt Out List? | Is a Class Member? (i.e., is found on the Class List) | Also Filed a Claim? |
|---|---|---|---|---|
| Christine Gussoin | No | No | No | No |
| Graciela Mora | No | No | Yes | No |
| Olga Ortmann | No | No | No | Yes, but not a Class Member |
| Korie Schmidt | No | No | Yes | No |
| Scott Kahler | No | No | Yes | No |

5.     Additionally, Mark E. Burton of the Audet & Partners, LLP law firm, filed one mass objection on behalf of hundreds of Class Members. Therefore, as of February 5, 2018, a total of six (6) objections have been filed.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 6, 2018     _____

CHARLES E. FERRARA

NOTICE DECLARATION OF SETTLEMENT ADMINISTRATOR (CASE NO. 3:14-cv-05200-EMC)

701632.2