# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 8, 2018      **Time:** 3:23-4:26      **Judge:** EDWARD M. CHEN

**Case No.**: 14-cv-5200 EMC      **Case Name:** In Re Uber FCRA Litigation

**Attorney for Plaintiff:**      Laura Ho, Andrew Lee and Theodore Maya for Plaintiff

**Attorney for Defendants:**      Kevin Ring-Dowell, Rod Fliegel and Sophia Behnia

**Attorney for Objectors:**      Mark Burton

**Deputy Clerk:** Betty Lee      **Court Reporter:** Belle Ball

## PROCEEDINGS

Plaintiff's motion for final approval of settlement
Plaintiff's motion for service awards
Plaintiff's motion for attorney's fees

## SUMMARY

Parties shall meet and confer to discuss about re-issuing a class notice to 108 Class Members, who are individually represented by Audet & Partners LLP, and have either (i) submitted a claim and an individual request for exclusion, or (ii) did not submit a claim and did not submit an individual request for exclusion.  *See* Docket No. 264-3 ¶ 19, 20, 24, 25.  The class notice shall be disseminated on a date before the end of February 2018, and the 108 Class Members shall have a period of forty-five (45) days to respond from the date of this dissemination.  Parties shall also meet and confer to issue a clarification on the scope of the release as discussed in the hearing.  *See* Docket No. 222 at ¶ 41.

Further hearing is set for 4/26/18 at 1:30 p.m.