Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiffs and the Settlement Classes

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

[*Additional Counsel Listed on Following Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE UBER FCRA LITIGATION | CASE NO. 3:14-cv-05200-EMC<br><br>**STIPULATION RE MODIFICATION TO SETTLEMENT AGREEMENT** |
|---|---|

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, CA 90069
Tel: (310) 474-9111
Fax: (310) 474-8585

Elisa Della-Piana (SBN 226462)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444
Fax: (415) 543-0296

Attorneys for Plaintiffs and the Settlement Classes

ANDREW M. SPURCHISE, Bar No. 5360847
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue, 8th Floor
New York, New York 10022
Telephone: 212.583.9600
Facsimile: 212.832.2719

THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

In accordance with the Court's directive at the February 8, 2018 hearing on Plaintiff's Motion for Final Approval of Class Settlement and the Court's related minute order (Dkt. 275), the parties have agreed on a modification to the language in the definition of "Settlement Class Members' Released Claims" in the parties' "Stipulation of Settlement." (Dkt. 222 ¶ 41). The proposed modification addresses the Court's request that the parties clarify that the scope of the release does not extend to California Private Attorney General Act claims related to wage and hour laws. The parties submit the following proposed revised language—with the only modification in bold:

> 'Settlement Class Members' Released Claims' means and includes all manner of action, causes of action, claims, demands, rights, suits, obligations, restitution, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent, which Plaintiffs and Settlement Class Members have or may have arising out of or relating to any allegations made in the Action, any legal theories that could have been raised based on the allegations in the Action, and all claims of any kind relating in any way to, or arising out of, background checks and/or consumer reports of any kind presented in the Action based on the facts alleged in the Complaint, including but not limited to claims under the Fair Credit Reporting Act ("FCRA"), California Consumer Reporting Agencies Act, California Investigative Consumer Reporting Agencies Act, California Private Attorney General Act claims pursuant to Cal. Labor Code § 2699, based on alleged violations of California Labor Code §1024.5, California Business and Professions Code section 17200, and Massachusetts CORI related claims. "Settlement Class Members' Released Claims" includes claims for actual, statutory, liquidated, punitive or any other form of damages, as well as for attorneys' fees and costs. "Settlement Class Members' Released Claims" shall be construed as broadly as possible to affect complete finality over this Action. **The only PAGA claims that are included in the Settlement Class Members' Released Claims are those asserted in the Eleventh Cause of Action in the Amended Master Consolidated Complaint (*In re Uber FCRA Litig.*, Dkt. 171).**

The parties respectfully request the Court to enter an order so modifying the definition of "Settlement Class Members' Released Claims," at Section II, ¶ 41 of the parties' "Stipulation of Settlement." (Dkt. 222).

DATED: April 12, 2018               Respectfully submitted

                                    **GOLDSTEIN, BORGEN, DARDARIAN & HO**

                                    */s/ Laura L. Ho*
                                    Laura L. Ho
                                    Andrew P. Lee

**AHDOOT & WOLFSON, PC**

Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Bradley K. King

Attorneys for Plaintiffs and the Putative Class

DATED: April 12, 2018

**LITTLER MENDELSON, P.C**.

*/s/ Rod M. Fliegel*
Rod Fliegel
John C. Fish, Jr.
Andrew Spurchise

**GIBSON, DUNN & CRUTCHER LLP**

Joshua S. Lipshutz
Theodore J. Boutrous, Jr.
Theane D. Evangelis
Dhananjay Manthripragada

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

**SIGNATURE ATTESTATION**
**ATTESTATION OF FILER**

The undersigned hereby attests that all signatories above have concurred in the filing of this motion.

DATED: April 12, 2018

*/s/ Laura L. Ho*
Laura L. Ho