UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE UBER FCRA LITIGATION

Case No. 14-cv-05200-EMC

**ORDER RE SUPPLEMENTAL BRIEFING, AND STIPULATION RE MODIFICATION TO SETTLEMENT AGREEMENT**

Docket Nos. 275, 281

The Court orders that parties file (1) supplemental briefs on the status and results of the re-issuance of the class notice to 108 Class Members, and (2) an amended stipulation and proposed order to modify the settlement agreement by **5:00 p.m., April 20, 2018**. *See* Docket Nos. 275, 281.

Pursuant to the Court's directive at the February 8, 2018 hearing, parties have submitted a stipulation to modify the settlement agreement. *See* Docket No. 281 at 3. The Court's approval is subject to modification of the definition of "Settlement Class Members' Released Claims" in the parties' "Stipulation of Settlement," *see* Docket No. 222 ¶ 41, to include the following clause in lieu of the parties' proposed added sentence:

> Provided, however, that no PAGA claims or any other labor law claims are released except those asserted in the Eleventh Cause of Action in the Amended Master Consolidated Complaint, *i.e.* claims based on the impermissible use of consumer credit reports for employment purposes, in violation of Labor Code § 1024.5. *See In re Uber FCRA Litig.*, Docket No. 171 at 28–29.

**IT IS SO ORDERED**.

Dated: April 16, 2018

_____
EDWARD M. CHEN
United States District Judge