# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>**[REVISED ~~PROPO~~SED] ORDER MODIFYING SETTLEMENT AGREEMENT**<br><br>Date: Date<br>Time: Time<br>Dept: Dept<br>Before: Hon. Edward M. Chen<br><br>Trial Date: None Set |
|---|---|

The Court, having reviewed the parties' Revised Stipulation Re Modification To Settlement Agreement filed on April 17, 2018, and good cause appearing, the Court hereby modifies the definition of "Settlement Class Members' Released Claims" in the parties' "Stipulation of Settlement" (Dkt. 222 ¶ 41) to read as follows:

> 'Settlement Class Members' Released Claims' means and includes all manner of action, causes of action, claims, demands, rights, suits, obligations, restitution, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent, which Plaintiffs and Settlement Class Members have or may have arising out of or relating to any allegations made in the Action, any legal theories that could have been raised based on the allegations in the Action, and all claims of any kind relating in any way to, or arising out of, background checks and/or consumer reports of any kind presented in the Action based on the facts alleged in the Complaint, including but not limited to claims under the Fair Credit Reporting Act ("FCRA"), California Consumer Reporting Agencies Act, California Investigative Consumer Reporting Agencies Act, California Private Attorney General Act claims pursuant to Cal. Labor Code § 2699, based on alleged violations of California Labor Code §1024.5, California Business and Professions Code section 17200, and Massachusetts CORI related claims. "Settlement Class Members' Released Claims" includes claims for actual, statutory, liquidated, punitive or any other form of damages, as well as for attorneys' fees and costs. "Settlement Class Members' Released Claims" shall be construed as broadly as possible to affect complete finality over this Action. Provided, however, that no PAGA claims or any other labor law claims are released except those asserted in the Eleventh Cuase of Action in the Amended Master Consolidated Complaint, *i.e.* claims based on the impermissible use of consumer credit reports for employment purposes, in violation of Labor Code § 1024.5 *See In re Uber FCRA Litig.*, Docket No. 171 at 28-29.

Inasmuch as the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. 242) (hereafter "the Order") recited the parties' prior definition of "Settlement Class Members' Released Claims," page 4 lines 10 to 20 of the Order are hereby vacated and replaced with the definition of that term as stated above.

The Court finds that these modifications to the parties' "Stipulation of Settlement" (Dkt. 222) and the Order (Dkt. 242) are properly made without further notice to the class because the modifications are for the benefit of the class.

**IT IS SO ORDERED.**

Dated: 4/19/18



Hon. Judge Edward M. Chen
United States District Court