Tina Wolfson (State Bar No. 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (State Bar No. 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (State Bar No. 223242)
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
10728 Lindbrook Dr.
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Class Counsel

*(Additional Counsel listed on signature page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>**PLAINTIFFS' SUPPLEMENTAL BRIEF RE ADDITIONAL NOTICE TO 108 CLASS MEMBERS**<br><br>Date:    April 26, 2018<br>Time:    1:30 p.m.<br>Crtrm:   5<br><br>Hon. Edward M. Chen, Presiding |

Plaintiffs submit this brief in accordance with the Court's directive in its Order re Supplemental Briefing dated April 16, 2018 (Dkt. 282, the "April 16 Order"), and in advance of the hearing currently scheduled for April 26, 2018 concerning Plaintiffs' pending Motion for Final Approval of Class Action Settlement (Dkt. 264), Motion for Award of Attorneys' Fees and Expenses (Dkt. 258), and Motion for Service Awards (Dkt. 257 and, together with Dkts. 264 and 258, collectively, the "Motions").

The Court held a hearing on the Motions on February 8, 2018, at which it expressed concerns regarding: (1) the wording of the release included in the settlement; and (2) an objection based on a single request for exclusion filed by Audet & Partners ("Audet") on behalf of 542 individuals, many of whom were not Class members. The Court issued a minute order the same day requiring the parties to meet and confer regarding the first issue and, with respect to the second issue, requiring that additional notice be provided certain Class Members on whose behalf Audet filed an objection and request for exclusion. (Dkt. 275, the "February 8 Order.")

As explained in further detail below, both of these issues now have been resolved. Accordingly, Plaintiffs respectfully urge the Court to grant final approval.

**1. The Court's Concern Regarding the Scope of the Release Has Been Resolved**

At the February 8 hearing, the Court found that the settlement's release should be clarified via amendment, which would not require additional notice to Class Members. (2/8/18 Tr. at 7; February 8 Order at 1.) The parties' counsel met and conferred on the issue, and filed a stipulation and proposed order to accomplish such amendment on April 12, 2018. (Dkt. 281.) In its April 16 Order, the Court informed the parties that its "approval is subject to" the parties' agreement to the Court's suggested revision to the release. (Dkt. 282.) The parties accepted and adopted the Court's wording in a revised stipulation and proposed order, filed on April 17, 2018 (Dkt. 283), and the Court entered that proposed order as an order of the Court on April 19, 2018 (Dkt. 284). Accordingly, it appears the Court's concern regarding the scope of the release has been resolved.

**2.       The Audet Objection/Request for Exclusion Has Been Resolved**

Audet filed an objection on behalf of Thomas Abeyta and purportedly on behalf of over 500 additional individuals, in which the primary issue presented was whether Audet could conduct a "mass" opt out of its purported clients.  (Dkt. 263, the "Audet Objection/Request for Exclusion").  Following discussions concerning the Audet Objection/Request for Exclusion at the February 8 hearing, the Court issued its February 8 Order, in which the Court required that additional notice be provided to the "108 Class Members[] who are individually represented by Audet & Partners LLP, and have either (i) submitted a claim and an individual request for exclusion, or (ii) did not submit a claim and did not submit an individual request for exclusion."  (February 8 Order at 1.)

Mr. Burton, the Audet attorney who filed the Audet Objection/Request for Exclusion and who appeared at the February 8 Hearing, agreed to this process and requested that these 108 Class Members be given 45 days "from the end of February" to respond.  (2/8/18 Tr. at 43.)  Accordingly, in its February 8 Order, the Court ordered that additional notice be disseminated by the end of February and that "the 108 Class Members shall have a period of forty-five (45) days to respond."  (February 8 Order at 1.)

The parties' counsel and the Settlement Administrator met and conferred regarding, and crafted language for, the additional notice.  Class Counsel sent Mr. Burton an email on February 22, 2018, attaching the draft notice that would be sent to these 108 Class Members, which included alternative language for members of the ADR Group and for members of the Court Group.  (Declaration of Theodore Maya ("Maya Decl."), ¶ 2 & Ex. A.)  Class Counsel invited Audet to propose changes to the language of the notice.  (*Id.* Ex. A.)  Class Counsel did not receive any response to this email.  (*Id.* ¶ 2.)

The Settlement Administrator issued the additional notice on February 28, 2018, via email and U.S. Mail.  (Declaration of Charles Ferrara ("Ferrara Declaration") ¶¶ 3, 5.)  On March 2, 2018, Class Counsel sent Mr. Burton another email, attaching final copies of the notices as they were sent to members of the ADR Group and the Court Group, as well as two excel files identifying the Class Members to whom the notices were sent (one for members of the ADR Group and one for members of the Court Group, who total 108, combined).  (Maya Decl. ¶ 3 & Ex. B.)  Class Counsel provided this

information to Mr. Burton in response to his request, at the February 8 Hearing, that he be notified as to who these individuals were, among the 542 on whose behalf he filed the Audet Objection/Request for Exclusion.  (2/8/18 Tr. at 46:18-47:15.)  Again, Class Counsel did not receive any response to this email.  (Maya Decl. ¶ 3.)

As detailed in the Ferrara Declaration, 25 of the 108 Class Members to whom additional notice was provided submitted claims, and 17 submitted requests for exclusion.  (Ferrara Decl. ¶ 6.)  "One of the 25 claims and [one of the] 17 requests for exclusion w[ere] filed by the same . . . Class Member.  (*Id.*)  The notice issued to these 108 Class Members, however, specifically informed them that: "You may not file both a Claim Form and a Request for Exclusion; if you attempt to do so, your Request for Exclusion will be considered void, and your Claim Form will be honored."  (*Id.* at 6 of 19 (Ex. A), 9 of 19 (Ex. B).)

These 108 Class Members have been given a second opportunity to opt out of the settlement individually.  And despite Audet having every opportunity to encourage them to opt out, more actually submitted claims than opted out, effectively endorsing the settlement to which their counsel objected.  Plaintiffs contend that this response provides further support for Plaintiffs' fundamental contention that the settlement is fair, reasonable, and adequate, and merits final approval.  *See, e.g.*, *See Churchill Village, L.L.C. v. Gen. Elec.*, 361 F.3d 566, 575 (9th Cir. 2004) (describing "the reaction of the class members to the proposed settlement" as one of the factors relevant to the Court's analysis regarding final approval).

### 3. Conclusion

Because the Court's concerns regarding final approval have been addressed and resolved, and for all the reasons explained in Plaintiffs' Motion for Final Approval (Dkt. 264), in Defendants' Brief in Support of Plaintiffs' Motion for Final Approval (Dkt. 266), and in the parties' responses to the

///
///
///
///

objections (Dkts. 265, 267), Plaintiffs respectfully renew their request that the Court grant the pending Motion for Final Approval.

Respectfully Submitted,

Dated: April 20, 2018       By:  /s/ Theodore Maya

Tina Wolfson
Robert Ahdoot
Theodore W. Maya
AHDOOT & WOLFSON, P.C.
10728 Lindbrook Dr.
Los Angeles, California 90024
Telephone: (310) 474-9111

Laura L. Ho (SBN 173179)
Andrew P. Lee (SBN 245903)
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, California  94612
Telephone: (510) 763-9800

*Class Counsel*

Elisa Della-Piana (SBN 226462)
LAWYERS' COMMITTEE FOR
  CIVIL RIGHTS OF THE SAN FRANCISCO
  BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel:     (415) 543-9444
Fax:    (415) 543-0296

*Plaintiffs' Counsel*