Tina Wolfson (State Bar No. 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (State Bar No. 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (State Bar No. 223242)
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
10728 Lindbrook Dr.
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiffs and the Putative Class

*(Additional Counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>**DECLARATION OF THEODORE MAYA IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF RE ADDITIONAL NOTICE TO 108 CLASS MEMBERS**<br><br>Date: April 26, 2018<br>Time: 1:30 p.m.<br>Crtrm: 5<br><br>Hon. Edward M. Chen, Presiding |
|---|---|

**DECLARATION OF THEODORE MAYA**

I, Theodore Maya, declare as follows:

1. I am a partner at Ahdoot & Wolfson, PC ("AW") and designated by the Court as Class Counsel in this matter. (Dkt. 242 at 16.) I respectfully submit this declaration in support of Plaintiffs' Supplemental Brief Regarding Additional Notice to 108 Class Members. I have personal knowledge of the facts set forth in this declaration, and could and would testify competently to them if called upon to do so.

2. Following the February 8, 2018 hearing in this matter and the order issued by the Court that same day, Class counsel, defense counsel, and the Settlement Administrator exchanged a number of emails and phone calls concerning the additional notice to be provided to the 108 Class Members identified in the Court's February 8 order. On February 22, 2018, I sent an email to Mark Burton of Audet & Partners, LLP, attaching the draft notice to be sent to the 108 Class Members at issue. A true and correct copy of that email and its attachment is attached hereto as **Exhibit A**. I did not receive any response to that email.

3. I sent another email to Mr. Burton on March 2, 2018, attaching final copies of the notices as they were sent to members of the ADR Group and the Court Group, as well as two excel files identifying the Class Members to whom the notices were sent (one for members of the ADR Group and one for members of the Court Group, who total 108, combined). A true and correct copy of that email and its attachments is attached hereto as **Exhibit A**. I did not receive any response to that email.

I declare under penalty of perjury under the laws of California and of the United States that the foregoing is true and correct. Executed this 20th day of April, 2018, in Los Angeles, California.

Theodore Maya

Exhibit A

**Subject:** In re Uber FCRA Supplemental Class Notice
**Date:** Thursday, February 22, 2018 at 9:49:52 AM Pacific Standard Time
**From:** Ted Maya
**To:** mburton@audetlaw.com
**CC:** Andrew P. Lee, Lipshutz, Joshua S., Simmons, William J., Bolger, Courtney, Behnia, Sophia, PSqueri@gibsondunn.com, Fliegel, Rod M., Laura Ho, Robert Ahdoot, Tina Wolfson
**Attachments:** Uber FCRA notice round 2 - 2-22-18 .docx

Dear Mr. Burton,

As discussed at the hearing in this matter on February 8, 2018, attached please find a draft Supplemental Notice to be delivered to the 108 Class Members on whose behalf you objected to the Settlement in this action, and who either (1) filed both a Claim Form and a Request for Exclusion, or (2) did nothing in response to the original Class Notice. Please let us know if you have any proposed changes to this draft, or approve it as-is. The Settlement Administrator has informed us that they would like to receive the final version by the end of this week in order to finalize for dissemination by the Court-ordered February 28 deadline.

Thank you,

Theodore Maya
______________________________
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Phn: (310) 474-9111
Fax: (310) 474-8585
E-mail: tmaya@ahdootwolfson.com

********
The information in this electronic mail is confidential and may be privileged. If you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure, copying, or distribution of the information in these documents is strictly prohibited. If you have received this communication in error, please contact the sender by reply mail and destroy all copies of the original message.

********
IRS Circular 230: under U.S. treasury regulations, we are required to inform you that any tax advice contained in this communication (including any attachment) is not intended to be used, and cannot be used, to avoid penalties imposed under the internal revenue code.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If you used, or applied to use, the Uber App as an "independent transportation provider" (sometimes referred to as a "Driver") in the U.S., you may be entitled to a payment from a class action settlement.

*A federal court directed this notice.  This is not a solicitation from a lawyer.*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR THE LITIGATION TO UBER, THE CLERK OF THE COURT OR THE JUDGE**

- If you are the named recipient of this notice, you are entitled to receive a payment from a Settlement in a class action lawsuit against Uber Technologies, Inc. ("Uber") and Rasier, LLC (collectively, "Defendants"), regarding whether Defendants obtained consumer background check reports in violation of the Fair Credit Reporting Act ("FCRA") and related state laws (the "Background Check Laws").  More information about the Settlement and about this action is available at www.UberFCRASettlement.com.

- You previously received notice of this Settlement, but either took no action in response or you submitted both a claim form and an opt-out form.  The original, **Detailed Notice** is available at www.UberFCRASettlement.com.

- You are receiving this notice because the law firm of Audet & Partners, LLP has unsuccessfully attempted to opt you out of the Settlement, and the Court has ordered that you be given a second opportunity either to opt out of the Settlement individually, or to individually submit a claim form to receive a payment from this Settlement.  You may not do both, and Audet & Partners, LLP may not submit an opt-out or Claim Form for you.  You can reach Audet & Partners, LLP at (415) 568-2555.

- The Settlement will result in the creation of a $7,500,000 Settlement Fund to be paid to people who were subject to a background check at Defendants' request prior to January 3, 2015, called "Class Members."  The Settlement also requires Defendants to agree not to deliberately return to the form of background check disclosure that was provided to independent transportation providers who sought to use the Uber App in or before 2014.

- **What are my options?** To be eligible to receive a payment from this Settlement, you must submit a Claim Form by [insert date], 2018.  You can **file a Claim Form online**.

    Alternatively, you can opt out of the Settlement by [insert date], 2018, which may allow you to pursue individual claims against Defendants.  You can **file a Request for Exclusion online**, or by sending a signed letter by U.S. mail to the Settlement Administrator including: (a) your full name; (b) an email address and/or telephone number; (c) a clear statement communicating that you want to be excluded from the Settlement Class, do not want to be a Settlement Class Member, and want to be excluded from any judgment entered pursuant to the Settlement; (d) the case name and case number (In re Uber FCRA

Litigation, 3:14-cv-05200-EMC); and (e) your signature. Any mailed Request for Exclusion must be postmarked by [insert date], 2018, and addressed to:

Uber FCRA Settlement Administrator
Attn: Exclusions
1801 Market Street, Suite 660
Philadelphia, PA 19103

You may not file both a Claim Form and a Request for Exclusion; if you attempt to do so, your Request for Exclusion will be considered void, and your Claim Form will be honored. In the event the Court approves the Settlement and you do nothing, you will not receive a payment and will not be able to pursue individual claims against Defendants based on alleged violation of the Background Check Laws that will be released. This Settlement does not involve and will not release claims for alleged violation of the Labor Code, such as claims for alleged failure to pay overtime wages to employees, other than claims related to the Background Check Laws.

- **What do I get from the Settlement?** The Settlement Fund will be used to satisfy payments to Class Members (called "Settlement Shares"); the Service Awards to the named Plaintiffs as approved by the Court; Attorneys' Fees and Expenses as approved by the Court; and a payment to California Labor and Workforce Development Agency. If the Settlement is approved by the Court and you **file a Claim Form** by [insert date], you will receive a payment.

It is not possible to know at this point exactly how much your Settlement Share payment will be, since the amount of payment will depend on factors that are not presently known.

[TO DISPLAY FOR MEMBERS OF THE COURT GROUP]: However, the parties presently estimate that, as a member of the "Court Group" in the Settlement Class, you will receive a Settlement Share of approximately $73.

[TO DISPLAY FOR MEMBERS OF THE ADR GROUP]: However, the parties presently estimate that, as a member of the "ADR Group" in the Settlement Class, you will receive a Settlement Share of approximately $32.

Payments to Class Members will be made only after the Court grants "final approval" to the Settlement and after any appeals are resolved. If there are appeals, resolving them can take time. Please be patient and check the website for updates.

**Your legal rights are affected whether you act or do not act.**

- **How can I get more information?** See the **Detailed Notice** for more information, **file a Claim Form** online, and review other information by visiting www.UberFCRASettlement.com. You can also call 1-8**-***-**** to hear more about the Settlement.

# Exhibit B

**Subject:** Re: In re Uber FCRA Supplemental Class Notice
**Date:** Friday, March 2, 2018 at 11:54:33 AM Pacific Standard Time
**From:** Ted Maya
**To:** mburton@audetlaw.com
**CC:** Andrew P. Lee, Lipshutz, Joshua S., Simmons, William J., Bolger, Courtney, Behnia, Sophia, PSqueri@gibsondunn.com, Fliegel, Rod M., Laura Ho, Robert Ahdoot, Tina Wolfson
**Attachments:** Uber FCRA notice round 2 - 2-22-18_COURT GROUP.pdf, Uber FCRA notice round 2 - 2-22-18_ADR GROUP.pdf, Uber FCRA Supp Notice - ADR Group - List for Mark Burton.xlsx, Uber FCRA Supp Notice - Court Group - List for Mark Burton.xlsx

Mr. Burton,

As directed by the Court, on February 28, 2018, the Settlement Administrator issued the supplemental notices discussed in the email below to the 108 Class Members on whose behalf you objected to the Settlement in this action, and who either (1) filed both a Claim Form and a Request for Exclusion, or (2) did nothing in response to the original Class Notice. Attached please find copies of the final notices (one to members of the ADR Group and one to members of the Court Group), as well as 2 excel files identifying the Class Members to whom they were sent.

Please let me know if you have any questions.

Thank you,

Ted

Theodore Maya
______________________________
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Phn: (310) 474-9111
Fax: (310) 474-8585
E-mail: tmaya@ahdootwolfson.com

********
The information in this electronic mail is confidential and may be privileged. If you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure, copying, or distribution of the information in these documents is strictly prohibited. If you have received this communication in error, please contact the sender by reply mail and destroy all copies of the original message.

********
IRS Circular 230: under U.S. treasury regulations, we are required to inform you that any tax advice contained in this communication (including any attachment) is not intended to be used, and cannot be used, to avoid penalties imposed under the internal revenue code.

**From:** Ted Maya <tmaya@ahdootwolfson.com>
**Date:** Thursday, February 22, 2018 at 9:49 AM
**To:** "mburton@audetlaw.com" <mburton@audetlaw.com>
**Cc:** "Andrew P. Lee" <alee@gbdhlegal.com>, "Lipshutz, Joshua S." <JLipshutz@gibsondunn.com>, "Simmons, William J." <WSimmons@littler.com>, "Bolger, Courtney" <CBolger@littler.com>, "Behnia, Sophia" <SBehnia@littler.com>, "PSqueri@gibsondunn.com" <PSqueri@gibsondunn.com>, "Fliegel, Rod M." <RFliegel@littler.com>, Laura Ho <lho@gbdhlegal.com>, Robert Ahdoot <rahdoot@ahdootwolfson.com>, Tina Wolfson <twolfson@ahdootwolfson.com>
**Subject:** In re Uber FCRA Supplemental Class Notice

Dear Mr. Burton,

As discussed at the hearing in this matter on February 8, 2018, attached please find a draft Supplemental Notice to be delivered to the 108 Class Members on whose behalf you objected to the Settlement in this action, and who either (1) filed both a Claim Form and a Request for Exclusion, or (2) did nothing in response to the original Class Notice. Please let us know if you have any proposed changes to this draft, or approve it as-is. The Settlement Administrator has informed us that they would like to receive the final version by the end of this week in order to finalize for dissemination by the Court-ordered February 28 deadline.

Thank you,

Theodore Maya
_______________________________
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Phn: (310) 474-9111
Fax: (310) 474-8585
E-mail: tmaya@ahdootwolfson.com

********
The information in this electronic mail is confidential and may be privileged. If you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure, copying, or distribution of the information in these documents is strictly prohibited. If you have received this communication in error, please contact the sender by reply mail and destroy all copies of the original message.

********
IRS Circular 230: under U.S. treasury regulations, we are required to inform you that any tax advice contained in this communication (including any attachment) is not intended to be used, and cannot be used, to avoid penalties imposed under the internal revenue code.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If you used, or applied to use, the Uber App as an "independent transportation provider" (sometimes referred to as a "Driver") in the U.S., you may be entitled to a payment from a class action settlement.

*A federal court directed this notice.  This is not a solicitation from a lawyer.*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR THE LITIGATION TO UBER, THE CLERK OF THE COURT OR THE JUDGE**

- If you are the named recipient of this notice, you are entitled to receive a payment from a Settlement in a class action lawsuit against Uber Technologies, Inc. ("Uber") and Rasier, LLC (collectively, "Defendants"), regarding whether Defendants obtained consumer background check reports in violation of the Fair Credit Reporting Act ("FCRA") and related state laws (the "Background Check Laws").  More information about the Settlement and about this action is available at www.UberFCRASettlement.com.

- You previously received notice of this Settlement, but either took no action in response or you submitted both a claim form and an opt-out form.  The original, **Detailed Notice** is available at www.UberFCRASettlement.com.

- You are receiving this notice because the law firm of Audet & Partners, LLP has unsuccessfully attempted to opt you out of the Settlement, and the Court has ordered that you be given a second opportunity either to opt out of the Settlement individually, or to individually submit a claim form to receive a payment from this Settlement.  You may not do both, and Audet & Partners, LLP may not submit an opt-out or Claim Form for you.  You can reach Audet & Partners, LLP at (415) 568-2555.

- The Settlement will result in the creation of a $7,500,000 Settlement Fund to be paid to people who were subject to a background check at Defendants' request prior to January 3, 2015, called "Class Members."  The Settlement also requires Defendants to agree not to deliberately return to the form of background check disclosure that was provided to independent transportation providers who sought to use the Uber App in or before 2014.

- **What are my options?** To be eligible to receive a payment from this Settlement, you must submit a Claim Form by April 14, 2018.  You can **file a Claim Form online**.

    Alternatively, you can opt out of the Settlement by April 14, 2018, which may allow you to pursue individual claims against Defendants.  You can **file a Request for Exclusion online**, or by sending a signed letter by U.S. mail to the Settlement Administrator including: (a) your full name; (b) an email address and/or telephone number; (c) a clear statement communicating that you want to be excluded from the Settlement Class, do not want to be a Settlement Class Member, and want to be excluded from any judgment entered pursuant to the Settlement; (d) the case name and case number (In re Uber FCRA

Litigation, 3:14-cv-05200-EMC); and (e) your signature. Any mailed Request for Exclusion must be postmarked by April 14, 2018, and addressed to:

Uber FCRA Settlement Administrator
Attn: Exclusions
1801 Market Street, Suite 660
Philadelphia, PA 19103

You may not file both a Claim Form and a Request for Exclusion; if you attempt to do so, your Request for Exclusion will be considered void, and your Claim Form will be honored. In the event the Court approves the Settlement and you do nothing, you will not receive a payment and will not be able to pursue individual claims against Defendants based on alleged violation of the Background Check Laws that will be released. This Settlement does not involve and will not release claims for alleged violation of the Labor Code, such as claims for alleged failure to pay overtime wages to employees, other than claims related to the Background Check Laws.

- **What do I get from the Settlement?** The Settlement Fund will be used to satisfy payments to Class Members (called "Settlement Shares"); the Service Awards to the named Plaintiffs as approved by the Court; Attorneys' Fees and Expenses as approved by the Court; and a payment to California Labor and Workforce Development Agency. If the Settlement is approved by the Court and you **file a Claim Form** by April 14, you will receive a payment.

It is not possible to know at this point exactly how much your Settlement Share payment will be, since the amount of payment will depend on factors that are not presently known.

However, the parties presently estimate that, as a member of the "Court Group" in the Settlement Class, you will receive a Settlement Share of approximately $73.

Payments to Class Members will be made only after the Court grants "final approval" to the Settlement and after any appeals are resolved. If there are appeals, resolving them can take time. Please be patient and check the website for updates.

**Your legal rights are affected whether you act or do not act.**

- **How can I get more information?** See the **Detailed Notice** for more information, **file a Claim Form** online, and review other information by visiting www.UberFCRASettlement.com. You can also call 1-855-770-4368 to hear more about the Settlement.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If you used, or applied to use, the Uber App as an "independent transportation provider" (sometimes referred to as a "Driver") in the U.S., you may be entitled to a payment from a class action settlement.

*A federal court directed this notice.  This is not a solicitation from a lawyer.*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR THE LITIGATION TO UBER, THE CLERK OF THE COURT OR THE JUDGE**

- If you are the named recipient of this notice, you are entitled to receive a payment from a Settlement in a class action lawsuit against Uber Technologies, Inc. ("Uber") and Rasier, LLC (collectively, "Defendants"), regarding whether Defendants obtained consumer background check reports in violation of the Fair Credit Reporting Act ("FCRA") and related state laws (the "Background Check Laws").  More information about the Settlement and about this action is available at www.UberFCRASettlement.com.

- You previously received notice of this Settlement, but either took no action in response or you submitted both a claim form and an opt-out form.  The original, **Detailed Notice** is available at www.UberFCRASettlement.com.

- You are receiving this notice because the law firm of Audet & Partners, LLP has unsuccessfully attempted to opt you out of the Settlement, and the Court has ordered that you be given a second opportunity either to opt out of the Settlement individually, or to individually submit a claim form to receive a payment from this Settlement.  You may not do both, and Audet & Partners, LLP may not submit an opt-out or Claim Form for you.  You can reach Audet & Partners, LLP at (415) 568-2555.

- The Settlement will result in the creation of a $7,500,000 Settlement Fund to be paid to people who were subject to a background check at Defendants' request prior to January 3, 2015, called "Class Members."  The Settlement also requires Defendants to agree not to deliberately return to the form of background check disclosure that was provided to independent transportation providers who sought to use the Uber App in or before 2014.

- **What are my options?** To be eligible to receive a payment from this Settlement, you must submit a Claim Form by April 14, 2018.  You can **file a Claim Form online**.

    Alternatively, you can opt out of the Settlement by April 14, 2018, which may allow you to pursue individual claims against Defendants.  You can **file a Request for Exclusion online**, or by sending a signed letter by U.S. mail to the Settlement Administrator including: (a) your full name; (b) an email address and/or telephone number; (c) a clear statement communicating that you want to be excluded from the Settlement Class, do not want to be a Settlement Class Member, and want to be excluded from any judgment entered pursuant to the Settlement; (d) the case name and case number (In re Uber FCRA

Litigation, 3:14-cv-05200-EMC); and (e) your signature. Any mailed Request for Exclusion must be postmarked by April 14, 2018, and addressed to:

Uber FCRA Settlement Administrator
Attn: Exclusions
1801 Market Street, Suite 660
Philadelphia, PA 19103

You may not file both a Claim Form and a Request for Exclusion; if you attempt to do so, your Request for Exclusion will be considered void, and your Claim Form will be honored. In the event the Court approves the Settlement and you do nothing, you will not receive a payment and will not be able to pursue individual claims against Defendants based on alleged violation of the Background Check Laws that will be released. This Settlement does not involve and will not release claims for alleged violation of the Labor Code, such as claims for alleged failure to pay overtime wages to employees, other than claims related to the Background Check Laws.

- **What do I get from the Settlement?** The Settlement Fund will be used to satisfy payments to Class Members (called "Settlement Shares"); the Service Awards to the named Plaintiffs as approved by the Court; Attorneys' Fees and Expenses as approved by the Court; and a payment to California Labor and Workforce Development Agency. If the Settlement is approved by the Court and you **file a Claim Form** by April 14, 2018, you will receive a payment.

It is not possible to know at this point exactly how much your Settlement Share payment will be, since the amount of payment will depend on factors that are not presently known.

However, the parties presently estimate that, as a member of the "ADR Group" in the Settlement Class, you will receive a Settlement Share of approximately $32.

Payments to Class Members will be made only after the Court grants "final approval" to the Settlement and after any appeals are resolved. If there are appeals, resolving them can take time. Please be patient and check the website for updates.

**Your legal rights are affected whether you act or do not act.**

- **How can I get more information?** See the **Detailed Notice** for more information, **file a Claim Form** online, and review other information by visiting www.UberFCRASettlement.com. You can also call 1-855-770-4368 to hear more about the Settlement.

| First | Last | Claim ID(UR ID) | Category | COURT OR ADR |
|---|---|---|---|---|
| Allen | Byrd | UR1758575 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Alyssa | Castro | UR1952529 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Angel | Portillo | UR1986142 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Armond | Seretti | UR1866289 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Arturo | Pimentel | UR1904529 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Bashiruddin | Ahmad | UR1871669 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Brent | North | UR1551532 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Brian | Dequinia | UR1889429 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Broderick | Thomas | UR1707881 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Carolyn | Crockett | UR1981347 | Is A Class Member &  Filed Both A Claim & Exclusion | COURT |
| Cory | Allen | UR1515228 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Desiree | Taylor | UR1661322 | Is A Class Member &  Filed Both A Claim & Exclusion | COURT |
| Edward | Escobar | UR1945667 | Is A Class Member &  Filed Both A Claim & Exclusion | COURT |
| Emil | Sheftolovich | UR1888051 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Eric | Kauschen | UR1938135 | Is A Class Member &  Filed Both A Claim & Exclusion | COURT |
| Jason | Murphy | UR1481463 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Joshiah | Kvale | UR1528583 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Marc | Borgens | UR1946258 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Marco | Miranda | UR1655112 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Mario | Perez | UR1924070 | Is A Class Member &  Filed Both A Claim & Exclusion | COURT |
| Marquinsha | Vasquez | UR1869863 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Martin | Barajas | UR1533081 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Mollie | Pearson | UR1923552 | Is A Class Member &  Filed Both A Claim & Exclusion | COURT |
| Orlando | Mendoza | UR1974286 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Reza | Zakikhani | UR1912539 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Richard | Brunelle | UR1945616 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Samvel | Basmajian | UR1979932 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Sharif | Hasan | UR2000285 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Shuja | Khetani | UR1868615 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Tanisha | Davis | UR1662742 | Is A Class Member & Did Not File Claim or Exclusion | COURT |
| Timothy | Abraham | UR1647515 | Is A Class Member & Did Not File Claim or Exclusion | COURT |

| First | Last | Claim ID(UR ID) | Category | COURT OR ADR |
|---|---|---|---|---|
| Abdul | Latif | UR1105410 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Alejandro | Zegarra | UR1341340 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Amadou | Diouf | UR1104335 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Andrew | Davoli | UR1314624 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Angel | Gonzalez | UR1245461 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Art | Kay | UR1333212 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Artik | Ashish | UR1380047 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Arutyun | Pashayan | UR1053279 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Azima | Sharrieff | UR1358921 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Babor | Huq | UR1361438 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Bash | Alawdi | UR1381118 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Chafik | Djenadi | UR1394128 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Chris | Romero | UR1325571 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Christaan | Hall | UR1384232 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Daniel | Burger | UR1385362 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Daniel | Molina | UR1358937 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Daniel | Turner | UR1077545 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| David | Conrado | UR1333660 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| David | Cundiff | UR1346411 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| David | Madrid | UR1191407 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Deandra | Marsh | UR1325115 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Denise | Mcwherter | UR1344945 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Devin | Martin | UR1265821 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Diego | Restrepo | UR1187548 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Fateh | Perleschi | UR1391455 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Felix | Droz | UR1362443 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Gary | York | UR1393799 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Ivan | Kayumov | UR1346961 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Jon | Berryman | UR1278371 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Joshua | Grimes | UR1017537 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| K.C. | Uddhab | UR1357877 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Laura | Gardner | UR1316109 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Mario | Parada | UR1315613 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Mark | Bella | UR1321616 | Is A Class Member & Did Not File Claim or Exclusion | ADR |

| | | | | |
|---|---|---|---|---|
| Martin | Mendez | UR1359517 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Martin | Ruiz | UR1178283 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Melad | Mikhail | UR1356121 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Miguel | Leon | UR1188141 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Mohammad | Heidararabi | UR1056336 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Mohammadreza | Rostama | UR1056572 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Nathan | Mathis | UR1055345 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Nizar | Shahwan | UR1056858 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Rafael | Ceballos | UR1369498 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Rafael | Soto | UR1185194 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Rick | Ridinger | UR1360900 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Robert | Figueroa | UR1360787 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Robert | Garitano | UR1344143 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Robert | Garrett | UR1360444 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Robert | Loggins | UR1305472 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Roger | Lewis | UR1037225 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Rolf | Crudupt | UR1386503 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Ronald | Agabao | UR1379224 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Sadeq | Raheem | UR1332158 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Steven | Kelly | UR1347990 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Thamilchelvan | Theivendramoorthy | UR1064036 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Tito | David | UR1098895 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Vannak | Loch | UR1383834 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Vazgen | Ghazarian | UR1327853 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Waskar- | Hernandez | UR1061890 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Yoncella | Harris | UR1065893 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Abdourahman | Salazar | UR1391895 | Is A Class Member &  Filed Both A Claim & Exclusion | ADR |
| Alberto | Gutierrez | UR1302823 | Is A Class Member &  Filed Both A Claim & Exclusion | ADR |
| David | Sironda | UR1058668 | Is A Class Member &  Filed Both A Claim & Exclusion | ADR |
| Gary | Teitelbaum | UR1316543 | Is A Class Member &  Filed Both A Claim & Exclusion | ADR |
| Gregory | Tolver | UR1346323 | Is A Class Member &  Filed Both A Claim & Exclusion | ADR |
| James | Boswell | UR1304444 | Is A Class Member &  Filed Both A Claim & Exclusion | ADR |
| Joseph | Leon | UR1196959 | Is A Class Member &  Filed Both A Claim & Exclusion | ADR |
| Karibyan | Vardkes | UR1336523 | Is A Class Member &  Filed Both A Claim & Exclusion | ADR |
| Lauren | Sebesta | UR1356439 | Is A Class Member &  Filed Both A Claim & Exclusion | ADR |

| | | | | |
|---|---|---|---|---|
| Luis | Ramos | UR1039017 | Is A Class Member & Filed Both A Claim & Exclusion | ADR |
| Matthew | Jones | UR1200493 | Is A Class Member & Filed Both A Claim & Exclusion | ADR |
| Michael | Price | UR1093932 | Is A Class Member & Filed Both A Claim & Exclusion | ADR |
| Mohammad | Saleh | UR1396519 | Is A Class Member & Filed Both A Claim & Exclusion | ADR |
| Rebecca | Campbell | UR1281404 | Is A Class Member & Filed Both A Claim & Exclusion | ADR |
| Robert | Gollnick | UR1367165 | Is A Class Member & Filed Both A Claim & Exclusion | ADR |
| Alexandre | Silva | UR1409711 | Is A Class Member & Did Not File Claim or Exclusion | ADR |
| Sultan | Yusufi | UR1421047 | Is A Class Member & Did Not File Claim or Exclusion | ADR |