UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No. 14-cv-05200-EMC<br><br>**ORDER RE PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT HEARING** |

Parties shall be prepared to brief the Court on the applicability of *In re Hyundai & Kia Fuel Economy Litigation*, 881 F.3d 679 (9th Cir. 2018) at the scheduled hearing on Plaintiff's Motion for Final Approval of Class Settlement on April 26, 2018 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: April 25, 2018

EDWARD M. CHEN
United States District Judge