OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** April 26, 2018  **Time:** 34 minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 14-cv-5200 EMC  **Case Name:** In Re Uber FCRA Litigation

**Attorney for Plaintiff:**  Laura Ho and Theodore Maya for Plaintiff

**Attorney for Defendants:**  Rod Fliegel and Dhananjay Manthripragada

**Attorney for Objectors:**  Mark Burton

**Deputy Clerk:** Betty Lee  **Court Reporter:** Kathy Sullivan

PROCEEDINGS

Plaintiff's motion for final approval of settlement
Plaintiff's motion for service awards
Plaintiff's motion for attorney's fees

SUMMARY

For the reasons stated on the record, Plaintiff's motion for final approval of settlement is granted. Counsel to submit proposed order.

Plaintiff's motion for service awards is granted in part and denied in part.

Court took Plaintiff's motion for attorney's fees under submission.

Court to issue order.