**EXHIBIT A**

**LIST OF PERSONS WHO REQUESTED EXCLUSION**

| First Name | Last Name | Name Matches to This Claim Number on Class List |
|---|---|---|
| JOHN | ABRAHAM | UR1036577 |
| AIMAN | ABUFARHA | UR1916148 |
| JIHAD | ABURAS | UR1235787 |
| ELIAS | ADAME | UR1043597 |
| CHRISTINA | ADEDEJI | UR1670041 |
| NEHAL | AHMAD | UR1106127 |
| IBRAHIM | AHMED | UR1014276 |
| CHAUDHRY | AHSAN | UR1095505 |
| KHALED | ALEM | UR1058081 |
| KATORRI | ALEXANDER | UR1862657 |
| SAId | ALi | UR1141651 |
| EKKACHAI | APINANTHAWORN | UR1933915 |
| GILBERT | AQUINO | UR1310490 |
| WAQAS | ASSADULLAH | UR1627703 |
| ALLEN | ASSEFA | UR1393725 |
| WILLIAM | AUSTIN | UR1913141 |
| JUSTIN | AVILA | UR1860997 |
| MICHAEL | BACHE | UR1563438 |
| JAMES | BAILEY | UR1221486 |
| BALKAR | BAPLA | UR1402816 |
| MAZEN | BARAKAT | UR1367865 |
| KEID | BARKADLE | UR1390155 |
| COREY | BARR | UR1964211 |
| THOMAS | BARTLETT | UR1262647 |
| GREG | BEALE | UR1306020 |
| GABRIEL | BLANC | UR1196493 |
| MICHAEL | BLISS | UR1596614 |
| ORLANDO | BONASSISA | UR1091647 |
| JAMES | BOSWELL | UR1304444 |
| ASHLEY | BROWN | UR1409975 |
| KEVIN | BROWN | UR1669416 |
| RICHARD | BRUNELLE | UR1945616 |
| HIEN | BUI | UR1361071 |
| MARCUS | BURKS | UR1842641 |
| REBECCA | CAMPBELL | UR1281404 |
| MARIA | CARMONA | UR1471411 |
| RICARDO | CASTILLO | UR1179366 |
| ABHISHEk | CHANDIRAMANi | UR2011585 |
| MIKAL | CHOUDHURY | UR1258905 |
| MARIUS | CIUPLYS | UR1236553 |
| ANDREW | COLLMANN | UR1222305 |
| ROBERT | CONLEY | UR1299800 |
| ABDEL | COULIBALY | UR1480722 |
| MICHAEL | COUPLAND | UR1933071 |
| DAVID | COY | UR1031588 |
| CAROLYN | CROCKETT | UR1981347 |
| NICHOLAS | CUMMOCK | UR1217322 |
| DOUGLAS | DAVIS | UR1530991 |
| TADEH | DAVTIAN | UR1329656 |
| GARY | DAY | UR1336185 |
| MBACKE | DIOP | UR1101668 |

| First Name | Last Name | Name Matches to This Claim Number on Class List |
|---|---|---|
| SARA | DUPLESSIS | UR1044154 |
| WILLIAM | DUPREE | UR1819179 |
| KATHERINE | DURON | UR1337772 |
| DARRYL | EASTERN | UR1488158 |
| REYAD | EDAIS | UR1958754 |
| KHALED | ELDAGANY | UR1070840 |
| NEBIYU | ELIAS | UR1076415 |
| PATRICK | ELY | UR1902500 |
| GIZELLA | EMAN | UR1312455 |
| EDWARD | Escobar | UR1945667 |
| FIDEL | ESHETU | UR1147050 |
| KAMAL | EZZEGHOUDY | UR1687387 |
| EDWARD F | FADLEY JR. | UR1394849 |
| TIMOFEY | FEDORENKO | UR1023109 |
| KRISTIAn | FERNANDa | UR1290484 |
| JERMAINE | FIELDS | UR1308400 |
| ALEX | FOERTSCH | UR1801962 |
| DAVID | FORREST | UR1803174 |
| DANTAVIOUS | GAITHER | UR1020192 |
| HONG | GAN | UR1368930 |
| UYANGA | GANBAATAR | UR1377244 |
| TAYLOR | GARRETT | UR1361869 |
| RUSSELL | GARRISON | UR1168022 |
| JEFF | GELIN | UR1567169 |
| CHRISTINA | GEORGE | UR1536123 |
| KIM | GERACE | UR1157398 |
| DANIEL | GERCHIK | UR1311474 |
| GERARD | GOEDHART | UR1322522 |
| ROBERT | GOLLNICK | UR1367165 |
| Janisha | Gore | UR1015977 |
| DESIREE | GOULLD | UR1260452 |
| SAM | GREEN | UR1922311 |
| ALBERTO | GUTIERREZ | UR1302823 |
| NILS | HANSEN | UR1863072 |
| BRYANT | HARRIS | UR1177900 |
| Olga | Hawkins | UR1354216 |
| HOSSAM | HELAL | UR1317969 |
| JOSEPH | HENNESSEEBRESETT | UR1952099 |
| SANDRA | HENRY | UR1667911 |
| ELIZABETH | HERRERa | UR1151380 |
| ABDIRAHMAN | HERSI | UR1089335 |
| PHAEDRA | HIGH | UR1292028 |
| JIM | HSIA | UR1366561 |
| MATTHEW | HUECKSTEDT | UR1400384 |
| SYED | HUSSAINI | UR1039944 |
| MICHAEL | HWAN | UR1301119 |
| JIWOO | HYUL | UR1051287 |
| JAVED | IQBAL | UR1096573 |
| ANITRA | JACKSON | UR1274825 |
| MOHAMEd | JAMa | UR1073426 |
| JEREMIAh | Janabajal | UR1331172 |

| First Name | Last Name | Name Matches to This Claim Number on Class List |
|---|---|---|
| MARK | JANOWSKI | UR1739103 |
| RUTHNYE | JEAN-PHILIPPE | UR1672342 |
| HELLEN | JOHNSON | UR1323758 |
| JAY | JOHNSON | UR1112945 |
| TYRONE | JOHNSON | UR1313692 |
| LAURA | JONES | UR1778580 |
| MATTHEW | JONES | UR1200493 |
| Eric | JORGENSOn | UR1064553 |
| EVAN | KAIL | UR1754492 |
| VARDKES | KARIBYAN | UR1336523 |
| FATOS | KATRO | UR1075680 |
| ERIC | KAUSCHEN | UR1938135 |
| MICHAEL | KEES | UR1168866 |
| ABDALHAMID | KHALLOUF | UR1060656 |
| VAHE | KHARBERTYAN | UR1328822 |
| FARSHAD | KHEZRI | UR1325883 |
| SHAKEB | KUNDIWALA | UR1957787 |
| JEFF | KUNU | UR1898694 |
| ATU | KYEI ADU | UR1336540 |
| RAM KUMAR | LAMA | UR1949158 |
| HAMId | LARBi | UR1117798 |
| ROSE | LAURETTE | UR1080409 |
| JOSEPH | LEON | UR1196959 |
| CLAUDE | LETOURNEAU | UR1309419 |
| CHRIS | LEWIS | UR1156410 |
| LAURA | LINCOLN | UR1353587 |
| VANNSK | LOCH | UR1383834 |
| JOHN | LODEON | UR1130723 |
| PATRICK | LORENZ | UR1271408 |
| IAN | MACLEOD | UR1155429 |
| BERNARD | MAGARA | UR1388833 |
| JUSTIN | MAGHEN | UR1337098 |
| ADAM | MAJZOUB | UR1506674 |
| DEONDRA | MARSH | UR1325115 |
| THOMAS | MATHEWS | UR1378162 |
| MIKHAIL | MELKUMYANTS | UR1552393 |
| JUAN | MENDEZ | UR1458840 |
| NICK | MILETAK | UR1953412 |
| CRYSTAL | MILLS | UR1358928 |
| DIANNE | MONDELLO | UR1921757 |
| ROBERT | MONTOYA | UR1802527 |
| JORGe | MUNIz | UR1273612 |
| ANN | MURTHIl | UR1997517 |
| ZAIN | MUZAMMAL | UR1135245 |
| LORELEi | NEITZEl | UR1317729 |
| MICHAEL | NESTI | UR1823775 |
| TAYE | OLABODE | UR1151262 |
| ROMAN | OULKO | UR1336009 |
| SAMUEL | OWEN | UR1407580 |
| TAMMY | PARKER | UR1198591 |
| ARUTYUN | PASHAYAN | UR1053279 |

| First Name | Last Name | Name Matches to This Claim Number on Class List |
|---|---|---|
| SANGAM | PATEL | UR1392504 |
| MOLLIE | PEARSON | UR1923552 |
| LAKISHA | PERCY | UR1616296 |
| DAVIDE | PERETTO | UR1201930 |
| MARIO | PEREZ | UR1924070 |
| IMARI | PHILLIPS | UR1671942 |
| GLENN | PICKETT | UR1387108 |
| JEFF | POOLE | UR1868018 |
| MICHAEL | PRICE | UR1093932 |
| SAKEENAH | PROCTOR | UR1212307 |
| ROSSANNA | PURDY | UR1012893 |
| LUIs | RAMOs | UR1339839 |
| PUSHPAKA | RANASINGHE | UR2000141 |
| SUDHAKAR | RAVELLA | UR1655543 |
| REUBEN | RAYA | UR1874757 |
| COOPER | ROBERTS | UR1309891 |
| MICHAEL | ROCKWELL | UR1203941 |
| JACINTO | RODRIGUEZ | UR1181065 |
| DEAN | ROGERS | UR1303200 |
| LUIS | ROMERO | UR1865393 |
| TROy | ROSALEs | UR1883502 |
| ABDOURAHMAN | SALEH | UR1391895 |
| MOHAMMAD | SALEH | UR1396519 |
| DANIEL | SANCHEZ | UR1284832 |
| VIRNA | SANTOS | UR1946316 |
| TYRONE | SAUNDERS | UR1270800 |
| BRENT | SCHOMER | UR1745777 |
| LAUREN | SEBESTA | UR1356439 |
| THOMAS | SENDEROV | UR1861662 |
| ARMOND | SERETTI | UR1866289 |
| ADAM | SHEPHERD | UR1850594 |
| ERAM | SHOCHAT | UR1489198 |
| STEPHEN | SIEGEL | UR1950330 |
| GURDEV | SINGH | UR1546976 |
| DAVID | SIRONDA | UR1058668 |
| VICTORM | SLONKSNIS | UR1946283 |
| ANTHONY | SMITH | UR1759742 |
| KYLE | SMITH | UR1196135 |
| STEPHEN | SMITH | UR1027348 |
| SHELDON | STEERE | UR1384716 |
| ALEC | STEFAN | UR1933312 |
| TAYLOR | SUMMERS | UR1286264 |
| DEVANG | SURTI | UR1229192 |
| MARINA | SUSLINA | UR1520289 |
| SEYEDHAMAN | TAJZADEHSHIRAZY | UR1305710 |
| JONATHAN | TASMAN | UR1747227 |
| DESIREE | TAYLOR | UR1661322 |
| GARY | TEITELBAUM | UR1316543 |
| LAWAN | THOMPSON | UR1128054 |
| WILLIAM | THRASH | UR1793171 |
| BRENDA | TOLVER | UR1351208 |

| First Name | Last Name | Name Matches to This Claim Number on Class List |
|---|---|---|
| GREGORY | TOLVER | UR1346323 |
| MICHAEL | TYLER | UR1030275 |
| RICK | UHL | UR1705415 |
| LUIS | VALLEs | UR1385855 |
| JOHN | WAITE | UR1323909 |
| MICHAEL | WARREN | UR1051600 |
| NATASHA | WARRICK | UR1347105 |
| JACK | WATERSON | UR1946704 |
| MICHAEL | WILKE | UR1175532 |
| WILLIAM | WILKINSON | UR1860977 |
| RAMERE | WIMBERLY | UR1701911 |
| JOHN | WOOD | UR1214289 |
| STEVEN | WYNN | UR1173661 |
| GARY | YORK | UR1393799 |
| REGIS | YOUNG | UR1020077 |
| SAMIR | YOUSEF | UR1341314 |
| VICTOR | ZACHARIOU | UR1316561 |
| NAJIb | ZAHRAN | UR1014032 |
| NOAH J | FROCHTZWAJG | |
| CHRISTOPHER | AKINYEMI | |
| CARI | VAN PELT | |
| SAM SINAN | JAMOUS | |
| KEVIN | FREENEY | |
| HOSHANG | OMAR | |
| CROS | COLN | |
| KEN | TRAN | |
| AMANDA | TIFFANY | |
| DARLENE | METZGER | |
| WALTER | CURRY | |
| MOHAMMED | ALABED | |
| KATHERINE | CARNES | |
| MELANIE | BROWNFIELD | |
| HAMZA | BOUNNITE | |
| JEFF | MISHOE | |
| AMI | SIOUX | |
| APRIL | ELLISON | |
| AYANa | COOPEr | |
| BRADLEY | TANZMAN | |
| BRYAN | RYAN | |
| DAVE | HAWS | |
| EUGENE | RYSEDORPH | |
| LAMONTAY | ESTER | |
| JASON | SEJKORA | |
| LEANNA | REY | |
| BRYANA | COLEMAN | |
| PHILIP | ADEAGBO | |
| RANDY | MEUNITZ | |
| BRISHELL | GOODMAN | |
| ROYCE | CLIFTON | |
| SHERRIE | NICK | |
| TARA | SYSAKNOI | |

| First Name | Last Name | Name Matches to This Claim Number on Class List |
|---|---|---|
| ANTHONY | CUPITO | |
| EVELYN | THEUS | |
| DIANNA | GRAHAM | |
| TAMMY | CABALLERO | |
| HONGSEOK | SEO | |
| andres | arcila | |
| FADI | HALLAK | |
| KYLE | WEBBER | |
| TINA | SEBETKA | |
| RYAN | STANBURY | |
| YANGXIAOLU | CAO | |
| MAXIMILIAn | GRIGORE | |
| ELHOUSSINE | BARCHIDi | |
| SHAK | ABRAHIMI | |
| THERON | RAND | |
| DILIP | AMTHABHAI | |
| DWAYNE | STROZIER | |
| ARMEN | ADZHEMYAN | |
| JAYDEN | ARENAS | |
| FRED | JENKINS | |
| JONATHAN | SUN | |
| JUSTIN | MAUER | |
| KEISHA | GREEN | |
| SUSANNAH | HANSEN | |
| SOTHYSOn | Pa | |
| ANGEL | VIGIL | |
| ADRIENNE | POWELL | |
| ALI | SHAHRAM | |
| ANARA | DENNEN | |
| CHARLES | MORRIS SR. | |
| CHRISTIAN | MALASPINA | |
| ALEXANDER | GHAFFARI | |
| WENDY | LEONARDO | |
| ADONNIS | BIAFORe | |
| JESSICA | OUELLETTE-NEHEZ | |
| LAMINE | DIOUF | |
| MARTI | LUNQUIST | |
| RICHARD | BOGOLUB | |
| ROBERT I. | LUMPKIN | |
| WAYNE | PAGE | |
| AHMAD JAMAHL | ANDERSON | |
| SHELBY | PREISLER | |
| FAIRRER | CHARLETTA | |