Laura L. Ho (SBN 173179)
*lho@gbdhlegal.com*
Andrew P. Lee (SBN 245903)
*alee@gbdhlegal.com*
William C. Jhaveri-Weeks (SBN 289984)
*wjhaveriweeks@gbdhlegal.com*
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, California 90069
(310) 474-9111; (310) 474-8585 (Fax)

*Attorneys for Plaintiffs and Interim Co-Lead Counsel*
[Additional Counsel Listed on Follwing Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | Case No.: 14-cv-05200-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] CONSENT ORDER**<br><br>Before: The Honorable Edward M. Chen |

i

JOINT STIPULATION AND [PROPOSED] CONSENT ORDER
CASE NO. 14-CV-05200-EMC

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

JOHN C. FISH, Jr., Bar No. 160620
  jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
  rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
  aspurchise@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:    415.433.1940
Fax:   415.399.8490

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

# JOINT STIPULATION

*In re Uber FCRA Litigation* Plaintiffs Ronald Gillette, Abdul Mohamed, Shannon Wise, Brandon Farmer and Meghan Christenson (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc. ("Uber")[1] and Rasier, LLC (together, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, before filing the *In re Uber FCRA Litigation* lawsuit, Plaintiffs conducted diligent factual investigation regarding Defendants' compliance with the Fair Credit Reporting Act ("FCRA") and corresponding provisions of California and Massachusetts law that are alleged in the Complaint against Uber and Rasier (collectively the "FCRA Laws"), including with respect to Defendants' (i) disclosures to prospective and existing driver partners, as set forth in UBER-GILLETTE0003667 (attached hereto as Exhibit "1"), regarding the fact that Defendants conduct background checks on prospective and existing driver partners, and (ii) "pre-adverse action" policies and procedures ((i)-(ii) collectively the "Background Check Disclosures and Procedures").

WHEREAS, during the pendency of the *In re Uber FCRA Litigation* lawsuit, Plaintiffs have continued to diligently investigate Defendants' compliance with the FCRA Laws, including but not limited to reviewing and analyzing: (i) almost four thousand pages of documents produced by Defendants in formal discovery propounded by Plaintiffs to Defendants prior to mediation; (ii) detailed pre-mediation disclosures submitted by Defendants to Plaintiffs prior to and during mediation; (iii) detailed documents and information produced to Plaintiffs by Defendants' former background report vendor, Defendant Hirease, prior to and during mediation (including documents produced by Defendants to Plaintiffs that Defendants had obtained from Defendant Hirease pursuant to Defendants' subpoena to Defendant Hirease); and (iv) post-settlement confirmatory discovery regarding Defendants' Background Check Disclosures and Procedures ((i)-(iv) collectively the "Investigation").

---

[1] Throughout this Joint Stipulation and Proposed Order, "Uber" shall also refer to Uber Technologies, Inc.'s past, present, and future parents, subsidiaries, affiliates, divisions, and any other legal entities, whether foreign or domestic, that are owned or controlled by Uber Technologies, Inc.

WHEREAS, Defendants prevailed in a lawsuit asserting violations of the FCRA Laws that was filed in the U.S. District Court for the District of Massachusetts, entitled *Goldberg et al. v. Uber Technologies, Inc. et al.*, U.S.D.C. Case No. 1:14-cv-14264 (D. Mass.). *See Goldberg et al. v. Uber Techs., Inc.*, Civ. No. 14-14264, 2015 WL 1530875 (D. Mass. Apr. 6, 2015) (granting Uber's motion to dismiss without leave to amend).

WHEREAS, the Parties have reached a settlement agreement that will resolve the *In re Uber FCRA Litigation* lawsuit, subject to the approval of this Court.

WHEREAS, based on the Investigation, and as part of that settlement agreement, Plaintiffs have agreed to entry of this Proposed Consent Order.

WHEREAS, no final judgment, order, or proceeding has been entered in this action.

WHEREAS, this Joint Stipulation is a significant and material term of the Parties' settlement agreement.

NOW THEREFORE, Plaintiffs hereby stipulate that from January 3, 2015, up to and including the date on which the Parties fully execute this stipulation, Defendants' Background Check Disclosures and Procedures have complied with the FCRA Laws.

Dated: April 25, 2017   Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/ Laura L. Ho*
Laura L. Ho
Andrew P. Lee
William Jhaveri-Weeks

Attorneys for Plaintiffs and the Putative Class

Dated: April 25, 2017   Respectfully submitted,

AHDOOT & WOLFSON, P.C.

*/s/ Tina Wolfson*
Tina Wolfson
Robert Ahdoot
Theodore W. Julya
Bradley K. King

|   |   |   |
|---|---|---|
| | | Attorneys for Plaintiffs and the Putative Class |
| Dated: April 25, 2017 | | Respectfully submitted, |
| | | LITTLER MENDELSON, P.C. |
| | | */s/Rod M. Fliegel*<br>Rod M. Fliegel |
| | | Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC |
| Dated: April 25, 2017 | | Respectfully submitted,<br>GIBSON, DUNN & CRUTCHER LLP |
| | | */s Josh Lipshutz*<br>Josh Lipshutz<br>Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC |

**IT IS SO ORDERED:**

_____
HONORABLE EDWARD M. CHEN