UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABDUL KADIR MOHAMED, et al., | Case No. 14-cv-05200-EMC |
|---|---|
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/11/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kathy Robinson
P.O. Box 368
Palo Alto, CA 94302

Dated: 5/11/2018

Susan Y. Soong
Clerk, United States District Court

By: Leni Doyle-Hickman, Deputy Clerk to the Honorable EDWARD M. CHEN