Michael Creamer California Bar # 204662
PO Box 17743
Anaheim, CA 92817
Telephone     714-623-2299
Facsimile     714-439-2299
Email: shoya@yahoo.com

Attorney for Appellant
Christine Gussoin

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UBER FCRA LITIGATION | CASE NO. 14-cv-05200-EMC |
| | **NOTICE OF APPEAL** |

NOTICE is given that class member and objector, Christine Gussoin, appeals to the United States Court of Appeals for the Ninth Circuit from Order Granting Plaintiffs' Motion for Final Approval of Settlement; Granting in Part and Denying in Part Plaintiffs' Motion for Service Awards; And granting in Part and Denying in Part Plaintiffs' Motion for Attorney's Fees filed on May 2, 2018 [DE 296].

Date: DATE

/s/ Michael Creamer
By: _____
Michael Creamer
*Attorney for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on DATE and served by the same means on all counsel of record.

/s/ Michael Creamer