UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 11 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated; et al.,

        Plaintiffs - Appellees,

CHRISTINE GUSSOIN,

        Objector - Appellant,

  v.

UBER TECHNOLOGIES, INC.,

        Defendant - Appellee.

No. 18-15999

D.C. No. 3:14-cv-05200-EMC
U.S. District Court for Northern California, San Francisco

**ORDER**

    A review of the docket demonstrates that counsel has failed to file the opening brief in this case.

    Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute. Counsel for appellant is directed to notify his/her client immediately in writing regarding this dismissal.

    This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Estela Urrutia
Deputy Clerk
Ninth Circuit Rule 27-7